IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Linda Tirado,<br><br>Plaintiff,<br><br>v.<br><br>City of Minneapolis; Minneapolis Chief of Police Medaria Arradondo, *in his official capacity*; Minneapolis Police Lieutenant Robert Kroll, *in his official capacity*; Minnesota Department of Public Safety Commissioner John Harrington, *in his official capacity*, Minnesota State Patrol Colonel Matthew Langer, *in his official capacity*; and John Does 1-4, *in their official and individual capacities*,<br><br>Defendants. | Case No. 20-cv-1338 (JRT/ECW)<br><br><br>**WAIVER OF SERVICE OF SUMMONS** |

TO:  Kristin R. Sarff, Assistant City Attorney, Minneapolis City Attorney's Office, 350 South 5th Street, City Hall – Room 210, Minneapolis, MN 55415, Kristin.Sarff@minneapolismn.gov, counsel for Defendant City of Minneapolis

I acknowledge receipt of your request that I waive service of a summons in the action of *Linda Tirado v. City of Minneapolis, et al.*, which is case number 0:20-cv-01338 (JRT/ECW) in the United States District Court for the District of Minnesota. I have also received a copy of the complaint in the action, two copies

of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that the City of Minneapolis be served with judicial process in the manner provided by Rule 4.

The City of Minneapolis will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against the City of Minneapolis if an answer or motion under Rule 12 is not served upon you on or before August 17, 2020.

Dated:  June 17, 2020          /s/ Kristin R. Sarff
                                                      Kristin R. Sarff
                                                      Assistant City Attorney
                                                      Attorney for Defendant City of Minneapolis