| | |
|---|---|
| United States District Court | DISTRICT OF MINNESOTA |
| Linda Tirado | Court File Number |
| Plaintiff, | 0:20-cv-01338-JRT-ECW |
| v. | |
| City of Minneapolis, et al., | |
| Defendant, | Affidavit of Service |

State of Minnesota )
County of Hennepin )

I, Cale Moore, state that on Wednesday, June 17, 2020 at 6:01 PM I served the Summons & Complaint upon Robert Kroll, therein named, personally at 6589 145th Circle North, Hugo, MN 55038, by handing to and leaving with Robert Kroll, a true and correct copy thereof.

I declare under penalty of perjury that this information is true.

Dated: 6/17/2020   _____
Cale Moore, Process Server


*2430535 - 1*


METRO LEGAL
legal support specialists since 1969

330 2nd Avenue South, Suite 150
Minneapolis, MN 55401
(800) 488-8994
www.metrolegal.com

RE: Tirado v. City of Mpls.    -1-