UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Linda Tirado,<br><br>    Plaintiffs,<br><br>v.<br><br>City of Minneapolis; Minneapolis Chief of Police Medaria Arradondo *in his official capacity*; Minneapolis Police Lieutenant Robert Kroll, *in his and official capacity*; Minnesota Department of Public Safety Commissioner John Harrington, *in his official capacity*, Minnesota State Patrol Colonel Matthew Langer, *in his official capacity*; and John Does 1-4, *in their individual and official capacities*,<br><br>    Defendants. | Case No:   20-CV-01338 (JRT/ECW)<br><br>**DEFENDANT MINNEAPOLIS POLICE LIEUTENANT ROBERT KROLL'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO RULE 12(B)(6)** |

**TO: PLAINTIFF LINDA TIRADO, THROUGH HER ATTORNEY JOHN M. BAKER, 222 S. NINTH STREET, SUITE 2200, MINNEAPOLIS, MINNESOTA 55402**

## MOTION

Pursuant to Fed. R. Civ. P. 12(b)(6), Defendant Minneapolis Police Lieutenant Robert Kroll hereby moves the United States District Court, District of Minnesota for an Order to dismiss Plaintiff's Complaint for failure to state a claim upon which relief can

1

be granted. Said Motion is based upon the attached Memorandum of Law and all of the files, records, and proceedings herein.

A hearing date has not yet been obtained. The date for submission of the responsive brief will be 21 days from the filing of the motion. The reply brief will be due 14 days after that.

                                        Respectfully submitted,

                                        **KELLY & LEMMONS, P.A.**

Dated: July 6, 2020                  /s/ Joseph A. Kelly
                                        Joseph A. Kelly (#389356)
                                        Kevin M. Beck (#0389072)
                                        2350 Wycliff Road, #200
                                        St. Paul, MN 55114
                                        (651) 224-3781
                                        F: (651) 223-8019

                                        *Attorneys for Defendant Minneapolis Police Lieutenant Robert Kroll*