UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| Linda Tirado,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>City of Minneapolis; Minneapolis Chief of Police Medaria Arradondo *in his individual and official capacity*; Minneapolis Police Lieutenant Robert Kroll, *in his individual and official capacity*; Minnesota Department of Public Safety Commissioner John Harrington, *in his individual and official capacity*, Minnesota State Patrol Colonel Matthew Langer, *in his individual and official capacity*; and John Does 1-4, *in their individual and official capacities*,<br><br>　　　　　Defendants. | Case No:　　20-CV-01338 (JRT/ECW)<br><br><br><br>**AFFIDAVIT OF JOSEPH A. KELLY** |

　　　　COMES NOW Affiant, Joseph A. Kelly, who being first duly sworn, upon his oath and personal knowledge states as follows, to wit:

　　　　1.　　I am a shareholder with Kelly & Lemmons, P.A., attorneys for Defendant Minneapolis Police Lieutenant Robert Kroll. I am licensed to practice in the State of Minnesota and the United States District Court for the District of Minnesota. I am an attorney of record in this matter.

1

2

2. Attached hereto and marked as **Exhibit 1** is a true and correct copy of the Labor Agreement between the Police Officers' Federation of Minneapolis and the City of Minneapolis.

3. Attached hereto and marked as **Exhibit 2** is a true and correct copy of the Business Record Detail from the Minnesota Secretary of State available at https://mblsportal.sos.state.mn.us/Business/SearchDetails?filingGuid=b41c90d8-bad4-e011-a886-001ec94ffe7f.

FURTHER, your Affiant saith not.

                                  /s/ Joseph A. Kelly
                                  Joseph A. Kelly

STATE OF MINNESOTA )
                      ) ss.
COUNTY OF RAMSEY )

On this 8th day of July 2020, before me personally appeared Joseph A. Kelly, to me known to be the person described in and who executed the foregoing Affidavit, and acknowledged that he executed the same as his free act and deed and that the facts therein stated re true to his best information and belief.

                                  /s/ Rachel Nosbush
                                  Notary Public