UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Linda Tirado<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>City of Minneapolis; Minneapolis Chief of Police Medaria Arradondo *in his official capacity*; Minneapolis Police Lieutenant Robert Kroll, *in his official capacity*; Minnesota Department of Public Safety Commissioner John Harrington, *in his official capacity*, Minnesota State Patrol Colonel Matthew Langer, *in his official capacity*; and John Does 1-4, *in their official and individual capacities*.<br><br>　　　　　　Defendants. | Court File No. 0:20-cv-01338<br>(JRT/ECW)<br><br><br><br>**STATE DEFENDANTS'**<br>**MOTION TO DISMISS**<br>**PLAINTIFF'S COMPLAINT** |

　　Minnesota Department of Public Safety Commissioner John Harrington and Minnesota State Patrol Colonel Matthew Langer ("State Defendants") move the Court to dismiss Plaintiff's Complaint against them for lack of subject matter jurisdiction and failure to state a claim upon which relief may be granted.

　　This motion is made pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6) and is based upon the files, records, and proceedings herein, including the memorandum of law filed and served herewith.

**SIGNATURE ON FOLLOWING PAGE**

Dated: July16, 2020

KEITH ELLISON
Attorney General
State of Minnesota


s/ Julianna F. Passe
KATHRYN IVERSON LANDRUM (#0389424)

JULIANNA F. PASSE (#0397317)
Assistant Attorneys General

445 Minnesota Street, Suite 1400
St. Paul, Minnesota 55101-2131
(651) 757-1189 (Voice)
(651) 282-5832 (Fax)
kathryn.landrum@ag.state.mn.us
julianna.passe@ag.state.mn.us

ATTORNEYS FOR DEFENDANTS MINNESOTA DEPARTMENT OF PUBLIC SAFETY COMMISSIONER JOHN HARRINGTON AND MINNESOTA STATE PATROL COLONEL MATTHEW LANGER, *IN THEIR OFFICAL CAPACITIES*

|#4740682-v1