IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Linda Tirado,<br><br>Plaintiff,<br><br>v.<br><br>City of Minneapolis; Minneapolis Chief of Police Medaria Arradondo, *in his official capacity*; Minneapolis Police Lieutenant Robert Kroll, *in his official capacity*; Minnesota Department of Public Safety Commissioner John Harrington, *in his official capacity*, Minnesota State Patrol Colonel Matthew Langer, *in his official capacity*; and John Does 1-4, *in their official and individual capacities*,<br><br>Defendants. | Case No. 20-cv-1338 (JRT/ECW)<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |

Pursuant to Rule 83.7(a) of the Local Rules of the United States District Court for the District of Minnesota, the undersigned attorney hereby notifies the Court and counsel that Clifford M. Greene hereby withdraws as counsel for Plaintiff Linda Tirado and that John M. Baker and Davida S. McGhee of the Greene Espel PLLP law firm will continue as Plaintiff's counsel in this case.

Dated:  July 29, 2020            **GREENE ESPEL PLLP**

*s/ John M. Baker*

John M. Baker, Reg. No. 0174403
Davida S. McGhee, Reg. No. 0400175
222 S. Ninth Street, Suite 2200
Minneapolis, MN  55402
(612) 373-0830
jbaker@greeneespel.com
dwilliams@greeneespel.com

-and-

Tai-Heng Cheng (admitted *pro hac vice*)
Gaëlle E. Tribié (*pro hac vice* pending)
**SIDLEY AUSTIN LLP**
787 Seventh Avenue
New York, NY 10019
(212) 839-5661
tcheng@sidley.com
gtribie@sidley.com

Margaret Hope Allen (admitted *pro hac vice*)
**SIDLEY AUSTIN LLP**
2021 McKinney Ave, Ste. 2000
Dallas, TX 75201
(214) 969-3506
margaret.allen@sidley.com

Gabriel Schonfeld (*pro hac vice* pending)
**SIDLEY AUSTIN LLP**
1501 K Street NW
Washington, DC 20005
(202) 736-8483
gschonfeld@gmail.com

*Attorneys for Plaintiff Linda Tirado*