# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

LINDA TIRADO,

                Plaintiff,

v.

CITY OF MINNEAPOLIS; MINNEAPOLIS
CHIEF OF POLICE MEDARIA ARRADONDO,
*in his official capacity*; ROBERT KROLL, *in
his individual capacity*; and Minneapolis
Police Department Officers John Does 1-4,
*in their official and individual capacities*,

                Defendants.

Civil No. 20-1338 (JRT/ECW)

**ORDER REGARDING BRIEFING SCHEDULE**

    John M Baker, **GREENE ESPEL PLLP,** 222 South 9th Street, Suite 2200, Minneapolis, MN 55402, for plaintiff.

    Kristin R. Sarff, **MINNEAPOLIS CITY ATTORNEY'S OFFICE,** 350 South 5th Street, Room 210, Minneapolis, MN 55415, for Defendants City of Minneapolis and Minneapolis Chief of Police Medaria Arradondo

    Joseph A Kelly, **KELLY & LEMMONS, P.A.,** 2350 Wycliff Street, Suite 200, Saint Paul, MN 55114-1331, for defendant Robert Kroll.

    In accordance with the Stipulation entered into by Plaintiff Linda Tirado and Defendants City of Minneapolis, Minneapolis Chief of Police Medaria Arradondo, and Robert Kroll, by and through their respective counsel, on August 10, 2020, **IT IS HEREBY ORDERED:**

2

1. Defendants shall file their answers, briefed motions to dismiss, or otherwise respond to the amended complaint on or before August 24, 2020.

2. Plaintiff shall file a single consolidated opposition brief, not to exceed 24,000 words, on or before September 28, 2020.

3. Defendants shall file their reply briefs on or before October 19, 2020.

Dated: August 14, 2020      s/John R. Tunheim
at Minneapolis, Minnesota     JOHN R. TUNHEIM
                                           Chief Judge
                                           United States District Court