UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Linda Tirado,<br><br>          Plaintiff,<br><br>vs.<br><br>City of Minneapolis; Minneapolis Chief of Police Medaria Arradondo, *in his official capacity*; Robert Kroll, *in his individual capacity*; and Minneapolis Police Department Officers John Does 1-4, *in their official and individual capacities*,<br><br>          Defendants. | Case No. 20-CV-01338 (JRT-ECW)<br><br>**MOTION TO DISMISS<br>BY DEFENDANTS<br>CITY OF MINNEAPOLIS AND<br>MEDARIA ARRADONDO** |

Defendants City of Minneapolis and Chief of Police Medaria Arradondo (collectively "City Defendants") hereby move the Court pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure for an Order dismissing the Count IV conspiracy claim in Plaintiff's Amended Complaint and entirely dismissing the City Defendants as parties to this lawsuit. This Motion is made upon all the files, records and proceedings herein, including arguments of counsel at a hearing to be scheduled by the Court.

| | |
|---|---|
| Dated: August 24, 2020 | JAMES R. ROWADER, JR.<br>City Attorney<br>By */s Kristin R. Sarff*<br>KRISTIN R. SARFF (0388003)<br>SHARDA ENSLIN (0389370)<br>HEATHER ROBERTSON (0390470)<br>Assistant City Attorneys<br>Minneapolis City Attorney's Office<br>350 South Fifth Street, Room 210<br>Minneapolis, MN 55415<br>(612) 673-3919<br>kristin.sarff@minneapolismn.gov<br>sharda.enslin@minneapolismn.gov<br>heather.robertson@minneapolismn.gov<br><br>*Attorneys for Defendants City of Minneapolis and Minneapolis Chief of Police Medaria Arradondo* |