UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Linda Tirado, | Case No. 20-CV-01338 (JRT-ECW) |
| Plaintiff, | |
| vs. | **AMENDED NOTICE OF HEARING ON MOTION TO DISMISS BY DEFENDANTS CITY OF MINNEAPOLIS AND MEDARIA ARRADONDO** |
| City of Minneapolis; Minneapolis Chief of Police Medaria Arradondo, *in his official capacity*; Robert Kroll, *in his individual capacity*; and Minneapolis Police Department Officers John Does 1-4, *in their official and individual capacities*, | |
| Defendants. | |

Please take notice that the Motion to Dismiss brought by Defendants City of Minneapolis and Medaria Arradondo will be heard by the Honorable John R. Tunheim, Chief Judge for the U.S. District Court, District of Minnesota, by videoconference on December 14, 2020, at 1:00 p.m.

| | |
|---|---|
| Dated: October 28, 2020 | JAMES R. ROWADER, JR.<br>City Attorney<br>By */s Kristin R. Sarff*<br>KRISTIN R. SARFF (0388003)<br>SHARDA ENSLIN (0389370)<br>HEATHER P. ROBERTSON (0390470)<br>Assistant City Attorneys<br>Minneapolis City Attorney's Office<br>350 South Fifth Street, Room 210<br>Minneapolis, MN 55415<br>(612) 673-3919<br>(612) 673-2180<br>(612) 673-3949<br>kristin.sarff@minneapolismn.gov<br>sharda.enslin@minneapolismn.gov<br>heather.robertson@minneapolismn.gov<br><br>*Attorneys for Defendants City of Minneapolis and Minneapolis Chief of Police Medaria Arradondo* |