UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Linda Tirado, | Case No:   20-CV-01338 (JRT/ECW) |
| Plaintiffs, | **DEFENDANT ROBERT KROLL'S NOTICE OF HEARING** |
| v. | |
| City of Minneapolis; Minneapolis Chief of Police Medaria Arradondo *in his official capacity*; Minneapolis Police Lieutenant Robert Kroll, *in his individual capacity*; and John Does 1-4, *in their individual and official capacities*, | |
| Defendants. | |

**TO: PLAINTIFF LINDA TIRADO, THROUGH HER ATTORNEY JOHN M. BAKER, 222 S. NINTH STREET, SUITE 2200, MINNEAPOLIS, MINNESOTA 55402**

**NOTICE OF HEARING**

Please take notice that the Motion to Dismiss brought by Defendant Robert Kroll will be heard by the Honorable John R. Tunheim, Chief Judge for the U.S. District Court, District of Minnesota, by videoconference on December 14, 2020, at 1:00 p.m.

1

Respectfully submitted,

**KELLY & LEMMONS, P.A.**

Dated: October 28, 2020          /s/ Joseph A. Kelly
Joseph A. Kelly (#389356)
Kevin M. Beck (#0389072)
2350 Wycliff Road, #200
St. Paul, MN 55114
(651) 224-3781
F: (651) 223-8019

*Attorneys for Defendant Robert Kroll*