UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

# STUDENT PRACTICE CERTIFICATION AND
# NOTICE OF APPEARANCE OF STUDENT ATTORNEY

Local Rule 83.8 requires that before a law student practices before this Court, this form must be completed and submitted by the law student's supervising attorney to the Clerk's Office by emailing the form to ecfhelpdesk@mnd.uscourts.gov.  This document must also be filed as a notice of appearance in each case in which the law student appears.

| | |
|---|---|
| Supervising Attorney's Name | John M. Baker |
| Supervising Attorney's Employer | Greene Espel PLLP |
| Law Student's Name | Alasdair Phillips-Robins |
| Law Student's Address | 276 Humphrey St, Apt. 1<br>New Haven, CT 06511 |
| Law Student's Phone Number | 518-334-1955 |
| Law Student's Email Address | alasdair.phillips-robins@ylsclinics.org |
| Law Student's Law School and Year | Yale Law School, Class of 2022 |

By signing below, I certify that:

1. I will assume full responsibility for the above-identified law student's work and will accompany the law student to, and be prepared to assist the law student at, every court appearance.

2. I have verified that the above-identified law student meets the requirements of LR 83.8(b).

3.  I have obtained verification from the law student's law school that the student is enrolled in a law school accredited by the American Bar Association and has completed the equivalent of at least two semesters of full-time study.

4.  The law student will not accept compensation in connection with the matter, except as authorized under LR 83.8(b)(5).

| Date<br>12/09/2020 | Signature of Supervising Attorney<br>s/ John M. Baker |
|---|---|