# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

| | |
|---|---|
| LINDA TIRADO | MOTION TO WITHDRAW AS COUNSEL OF RECORD WITHOUT SUBSTITUTION |
| Plaintiff | Case No:    0:20-cv-01338-JRT-ECW |
| v. | |
| CITY OF MINNEAPOLIS; MINNEAPOLIS CHIEF OF POLICE MEDAIRIA ARRADONDO, in his official capacity, MINNEAPOLIS POLICE LIEUTENANT ROBERT KROLL, in his official capacity; MINNESOTA DEPARTMENT OF PUBLIC SAFETY COMMISSIONER JOHN HARRINGTON, in his official capacity, MINNESOTA STATE PATROL COLONEL MATTHEW LANGER, in his official capacity; and JOHN DOES 1-4, in their official and individual capacities, | |
| Defendants | |

Pursuant to Rule 83.7(c) of the Local Rules of the United States District Court for the District of Minnesota, the undersigned attorney hereby requests the Court and counsel that Kierstin S. Fowler, currently listed as counsel of record for Plaintiff Linda Tirado wishes to withdraw as counsel for Plaintiff Linda Tirado in this case because I will be leaving Sidley Austin LLP on January 15, 2021.

Dated:  January 11, 2021          /s/Kierstin S. Fowler
                                  Kierstin S. Fowler
                                  Sidley Austin LLP
                                  787 Seventh Avenue
                                  New York, NY 10019
                                  212-839-5300
                                  Fax: 212-839-5599
                                  kfowler@sidley.com