# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## TELECONFERENCE

Linda Tirado,

          Plaintiff,

v.

City of Minneapolis et al,

          Defendants.

**COURT MINUTES**
Case Number: 20-cv-1338 JRT/ECW

| | |
|---|---|
| Date: | July 9, 2021 |
| Court Reporter: | n/a |
| Time Commenced: | 9:01 a.m. |
| Time Concluded: | 9:24 a.m. |
| Time in Court: | 23 Minutes |

**Status Conference before Elizabeth Cowan Wright, United States Magistrate Judge, at Saint Paul, Minnesota.**

APPEARANCES:

  For Plaintiff:     Gaëlle E. Tribié, Stacy Horth-Neubert, Margaret Allen, John Baker, and Davida McGhee
  For Defendant City of Minneapolis: Kristin R. Sarff
  For Defendant Robert Kroll:   Joseph Kelly

  The Court held a status conference.  The parties are directed to complete their meet-and-confers regarding the discovery issues raised during the status conference by July 23, 2021, so that any remaining disputes may be promptly raised with the Court.  The meet-and-confer should include a telephonic or in-person discussion of the disputes so that any relief requested is narrowly tailored to the remaining issues.  A settlement conference remains scheduled for October 26, 2021.  A status conference regarding discovery and settlement is set for 9:30 am CT on August 20, 2021.

                                              *s/Elizabeth Cowan Wright*
                                              United States Magistrate Judge