## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Linda Tirado,

      Plaintiff,

    vs.

City of Minneapolis; Minneapolis Chief of Police Medaria Arradondo, *in his official capacity*; Robert Kroll, *in his individual capacity*; and Minneapolis Police Department Officers John Does 1-4, *in their official and individual capacities*,

      Defendants.

Case No. 20-CV-01338 (JRT-ECW)

### JOINT STIPULATION TO AMEND SCHEDULING ORDER

The parties, having met and conferred in good faith, respectfully request that the case schedule be adjusted and jointly submit the following proposed amendments to the Court's Pre-Trial Scheduling Order, ECF No. 74 ("Scheduling Order"). The parties' proposal extends by approximately two months Plaintiff's deadline to amend the Complaint, all fact discovery deadlines, all expert disclosure deadlines, the deadline for completing any independent medical examinations, and the dates for dispositive motions and trial. There have been no prior modifications to the Scheduling Order in this case.

The parties agree that there is good cause to modify the Scheduling Order to accommodate their ongoing efforts to complete discovery. All parties have

served and responded to interrogatories and requests for production.  The parties continue to meet and confer on their remaining disputes regarding documentary discovery.  With progress made during the meet and confers to date, the parties are continuing to resolve these disputes.  Plaintiff and the City of Minneapolis anticipate making supplemental productions or reproductions of documents consistent with the ESI protocol.  Plaintiff must review many hours of real-time video footage, along with significant volumes of other records in order to identify the John Doe Defendants and amend the Complaint accordingly.  Defendants must review the native production of numerous photographs prior to certain depositions and review additional medical records prior to the completion of any independent medical examinations.  Extensions to the discovery period and completion of any independent medical examinations will require corresponding shifts elsewhere in the Scheduling Order.

Further, each party has substantial discovery remaining.  The parties have begun to schedule depositions of fact witnesses, including Plaintiff and two individuals that were members of the Minneapolis Police Department in May 2020.  Additional depositions and written discovery are also anticipated.  To this end, a modest extension to the schedule is required

Accordingly, the parties jointly request that the Scheduling Order be modified as set out below.

2

## PROPOSED AMENDED SCHEDULE

| Event | Current Date | New Date |
|---|---|---|
| Amend Pleadings to Add Additional Parties or Include Punitive Damages | August 20, 2021 | October 20, 2021 |
| Close of Fact Discovery | October 22, 2021 | December 20, 2021 |
| Settlement Conference | October 26, 2021 | January 7, 2022[1] |
| Non-Dispositive Motions (Not Relating to Expert Discovery) | November 5, 2021 | January 14, 2022 |
| Rule 35 Medical Exam | November 19, 2021 | January 26, 2022 |
| Identify Experts (Plaintiff) | November 22, 2021 | January 28, 2022 |
| Expert Disclosures (Plaintiff) | December 1, 2021 | February 8, 2022 |
| Identify Experts (Defendants) | January 24, 2022 | April 1, 2022 |
| Expert Disclosures (Defendants) | February 21, 2022 | May 2, 2022 |
| Identify Rebuttal Experts (Plaintiff) | March 21, 2022 | June 2, 2022 |
| Rebuttal Expert Disclosures (Plaintiff) | March 31, 2022 | June 13, 2022 |

[1] The parties understand that the Court's calendar will dictate the scheduling of the Settlement Conference.  The parties recognize that counsel for the City of Minneapolis currently has a trial block scheduled for the second half of January 2022, and the parties jointly request that the Settlement Conference be scheduled before or after the second half of January 2022.

| | | |
|---|---|---|
| Close of Expert Discovery | May 2, 2022 | July 13, 2022 |
| Non-Dispositive Motions (Relating to Expert Discovery) | May 16, 2022 | July 27, 2022 |
| Motions for Summary Judgment | July 1, 2022 | September 16, 2022 |
| Trial | October 3, 2022 | December 12, 2022 |

Dated:  August 19, 2021          **GREENE ESPEL PLLP**

/s/ John M. Baker

John M. Baker, Reg. No. 0174403
Davida S. McGhee, Reg. No. 0400175
222 S. Ninth Street, Suite 2200
Minneapolis, MN  55402
(612) 373-0830
jbaker@greeneespel.com
dwilliams@greeneespel.com

-and-

Tai-Heng Cheng (admitted pro hac vice)
Gaëlle E. Tribié (admitted pro hac vice)
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, NY 10019
(212) 839-5661
tcheng@sidley.com
gtribie@sidley.com

Margaret Hope Allen (admitted pro hac vice)
SIDLEY AUSTIN LLP
2021 McKinney Ave, Ste. 2000
Dallas, TX 75201

(214) 969-3506
margaret.allen@sidley.com

Stacy Horth-Neubert (admitted pro hac vice)
SIDLEY AUSTIN LLP
555 West Fifth Street
Los Angeles, California 90013
(213) 896-6018
shorthneubert@sidley.com

Gabriel Schonfeld (admitted pro hac vice)
SIDLEY AUSTIN LLP
1501 K Street NW
Washington, DC 20005
(202) 736-8483
gschonfeld@gmail.com

*Attorneys for Plaintiff Linda Tirado*

Dated:  August 19, 2021        JAMES R. ROWADER, JR.
City Attorney

/s/ Kristin Sarff
Kristin Sarff, Reg. No. 0388003
Heather P. Robertson, Reg. No. 0390470
Sharda Enslin, Reg. No. 0389370
Assistant City Attorney's
350 South Fifth Street, Room 210
Minneapolis, MN  55415
(612) 673-3919
kristin.sarff@minneapolismn.gov
heather.robertson@minneapolismn.gov
sharda.enslin@minneapolismn.gov

*Attorneys for Defendants City of Minneapolis and Minneapolis Chief of Police Medaria Arradondo, in his official capacity*

/s/ Joseph Kelly                                              .
Joseph Kelly, Reg. No. 389356
Kevin Beck, Reg. No. 389072
Kelly & Lemmons, P.A.
2350 Wycliff Street
Suite 200
St. Paul, MN 55114
(651) 224-3781
jkelly@kellyandlemmons.com
kbeck@kellyandlemmons.com

*Attorneys for Defendant Robert Kroll*