UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Linda Tirado,<br><br>      Plaintiff,<br><br>v.<br><br>City of Minneapolis; Minneapolis Chief of Police Medaria Arradondo, *in his official capacity*; Robert Kroll, *in his individual capacity*; and Minneapolis Police Department Officers John Does 1-4, *in their official and individual capacities*,<br><br>      Defendants. | Case No. 20-CV-01338 (JRT-ECW)<br><br>**ORDER APPROVING JOINT STIPULATION TO AMEND SCHEDULING ORDER** |

This matter is before the Court on the parties' Joint Stipulation to Amend Scheduling Order, filed on August 19, 2021 (Dkt. 84). Based on that Stipulation, and for good cause shown,

**IT IS HEREBY ORDERED** that the Joint Stipulation is **APPROVED** and the Pre-Trial Scheduling Order, ECF No. 74, is **AMENDED** as follows:

1

## AMENDED SCHEDULE

| Event | Previous Date | New Date |
| --- | --- | --- |
| Amend Pleadings to Add Additional Parties or Include Punitive Damages | August 20, 2021 | October 20, 2021 |
| Close of Fact Discovery | October 22, 2021 | December 20, 2021 |
| Settlement Conference | October 26, 2021 | January 7, 2022 |
| Non-Dispositive Motions (Not Relating to Expert Discovery) | November 5, 2021 | January 14, 2022 |
| Rule 35 Medical Exam | November 19, 2021 | January 26, 2022 |
| Identify Experts (Plaintiff) | November 22, 2021 | January 28, 2022 |
| Expert Disclosures (Plaintiff) | December 1, 2021 | February 8, 2022 |
| Identify Experts (Defendants) | January 24, 2022 | April 1, 2022 |
| Expert Disclosures (Defendants) | February 21, 2022 | May 2, 2022 |
| Identify Rebuttal Experts (Plaintiff) | March 21, 2022 | June 2, 2022 |
| Rebuttal Expert Disclosures (Plaintiff) | March 31, 2022 | June 13, 2022 |
| Close of Expert Discovery | May 2, 2022 | July 13, 2022 |
| Non-Dispositive Motions (Relating to Expert Discovery) | May 16, 2022 | July 27, 2022 |
| Motions for Summary Judgment | July 1, 2022 | September 16, 2022 |
| Trial | October 3, 2022 | December 12, 2022 |

Dated: August 20, 2021

                                         *s/Elizabeth Cowan Wright*
                                         ELIZABETH COWAN WRIGHT
                                         United States Magistrate Judge