# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## TELECONFERENCE

Linda Tirado,

          Plaintiff,

v.

City of Minneapolis, et al,

          Defendants.

**COURT MINUTES**
Case Number: 20-cv-1338 JRT/ECW

| | |
|---|---|
| Date: | August 20, 2021 |
| Court Reporter: | n/a |
| Time Commenced: | 9:00 a.m. |
| Time Concluded: | 9:10 a.m. |
| Time in Court: | 10 Minutes |

**Status Conference before Elizabeth Cowan Wright, United States Magistrate Judge, at Saint Paul, Minnesota.**

APPEARANCES:

For Plaintiff:    John Baker, Davida Williams, Gaëlle E. Tribié, and Stacy Horth-Neubert

For Defendants City of Minneapolis and Minneapolis Chief of Police Medaria Arradondo, in his official capacity: John Baker, Davida Williams, Gaëlle E. Tribié, and Stacy Horth-Neubert

For Defendant Robert Kroll: Joseph Kelly

The Court held a status conference regarding discovery.  The parties are encouraged to continue to identify and resolve disputes expeditiously and to promptly raise any issues with the Court if they reach impasse.  The Court will hold a status conference regarding discovery at 10:00 a.m. on October 21, 2021.

                                                   *s/Elizabeth Cowan Wright*
                                                  United States Magistrate Judge