# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Linda Tirado, | Case No. 20-CV-01338 (JRT-JFD) |
| Plaintiff, | |
| vs. | **ORDER APPROVING SECOND JOINT STIPULATION TO AMEND SCHEDULING ORDER** |
| City of Minneapolis; Minneapolis Chief of Police Medaria Arradondo, *in his official capacity*; Robert Kroll, *in his individual capacity*; and Minneapolis Police Department Officers John Does 1-4, *in their official and individual capacities*, | |
| Defendants. | |

This matter is before the Court on the parties' Second Joint Stipulation to Amend Scheduling Order, filed on October 20, 2021 (Dkt. No. 94). Based on that Stipulation, and for good cause shown,

**IT IS HEREBY ORDERED** that the Joint Stipulation is **APPROVED** and the Scheduling Order, ECF No. 86, is **AMENDED** as follows:

1

## AMENDED SCHEDULE

| Event | Current Date | New Date |
|---|---|---|
| Amend Pleadings to Add Additional Parties or Include Punitive Damages | October 20, 2021 | December 3, 2021 |
| Close of Fact Discovery | December 20, 2021 | January 31, 2022 |
| Settlement Conference | January 7, 2022 | February 16, 2022 |
| Non-Dispositive Motions (Not Relating to Expert Discovery) | January 14, 2022 | February 25, 2022 |
| Rule 35 Medical Exam | January 26, 2022 | March 9, 2022 |
| Identify Experts (Plaintiff) | January 28, 2022 | March 11, 2022 |
| Expert Disclosures (Plaintiff) | February 8, 2022 | March 22, 2022 |
| Identify Experts (Defendants) | April 1, 2022 | May 13, 2022 |
| Expert Disclosures (Defendants) | May 2, 2022 | June 13, 2022 |
| Identify Rebuttal Experts (Plaintiff) | June 2, 2022 | July 14, 2022 |
| Rebuttal Expert Disclosures (Plaintiff) | June 13, 2022 | July 25, 2022 |
| Close of Expert Discovery | July 13, 2022 | August 24, 2022 |
| Non-Dispositive Motions (Relating to Expert Discovery) | July 27, 2022 | September 7, 2022 |

| | | |
|---|---|---|
| Motions for Summary Judgment | September 16, 2022 | October 28, 2022 |
| Trial | December 12, 2022 | January 23, 2023 |

**IT IS SO ORDERED.**

Dated: October 21, 2021

                                          *s/ John F. Docherty*
                                          JOHN F. DOCHERTY
                                          United States Magistrate Judge