UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

LINDA TIRADO,                                                   Case No. 20-cv-1338 (JRT/JFD)

          Plaintiff,

**ORDER**

v.

CITY OF MINNEAPOLIS,
MEDARIA ARRANDONDO
*Minneapolis Chief of Police in his official capacity,* ROBERT KROLL *in his individual capacity,*
MINNEAPOLIS POLICE OFFICERS
JOHN DOES 1-4 *in their official and individual capacities*,

          Defendants.

This matter came before the Court on Thursday, October 21, 2021 for a telephonic status conference, during which the parties described a discovery dispute that has not yet ripened into a formal motion. The Court requires further information about this dispute, and therefore, based on the information conveyed during the October 21 status conference, the Court hereby **ORDERS:**

    1.    On or before Thursday, October 28, 2021, counsel for Plaintiff Linda Tirado and counsel for Defendants City of Minneapolis and Medaria Arrandondo shall provide the Court with a short letter (three to five single-spaced pages) setting out their description of what evidence bears on the question of the identity of the Defendant John Doe Minneapolis Police Officers 1 – 4. These letters will also summarize the discovery that has

taken place on this issue and any further discovery contemplated on this issue. These letters will not be docketed on CM/ECF but will be submitted to docherty_chambers@mnd.uscourts.gov and provided to the other parties to this case. The parties submitting letters may append to their letters a limited number of extracts from evidence which they believe it is particularly important for the Court to see.

2. Counsel for Defendant Robert Kroll need not submit a letter.

Date: October 22, 2021

*s/ John F. Docherty*
JOHN F. DOCHERTY
United States Magistrate Judge