# Exhibit J

```
                                                              1
 1

 2          UNITED STATES DISTRICT COURT

 3        FOR THE DISTRICT OF MINNESOTA

 4   ------------------------------X
     LINDA TIRADO,
 5
                 Plaintiff,          Civil Action No.
 6
            v.                       20-cv-01338 (JRT-ECW)
 7
     CITY OF MINNEAPOLIS;
 8   MINNEAPOLIS CHIEF OF POLICE
     MEDARIA ARRADONDO, in his
 9   official capacity; ROBERT KROLL,
     in his individual capacity; and
10   Minneapolis Police Department
     Officers John Does 1-4, in their
11   official and individual
     capacities,
12
                 Defendants.
13   ------------------------------X

14

15         REMOTE VIDEOTAPED DEPOSITION

16                    OF

17             GEORGE PELTZ

18       THURSDAY, SEPTEMBER 30, 2021

19

20

21

22

23

24   Reported by:
     ANNETTE ARLEQUIN, CCR, RPR, CRR, CLR
25   JOB NO. 2021-812399
```

46

1                      G. Peltz

2     precinct has for 40-millimeter launchers.

3         Q.    Do you know how many

4     40-millimeter launchers were issued on the

5     night of May 29th?

6         A.    I have no idea.

7         Q.    But you're aware of one that was

8     issued to your team; is that right?

9         A.    Correct.

10        Q.    And are you aware of any of the

11    processes that you need to go through to be

12    issued a 40-millimeter launcher?

13              What processes do you have to go

14    through?

15        A.    You have to go through

16    qualification through the MPD range to be

17    issued a 40-millimeter, less-than-lethal

18    launcher.

19        Q.    And as a supervisor, do you have

20    to sign off or request the issuance of a

21    40-millimeter launcher?

22              MS. SARFF:   Objection.  Lack of

23        foundation.

24        A.    No, I didn't have to sign off.

25    An operator can be issued a 40-millimeter

1         G. Peltz

2   through a precinct that has them assigned

3   or from the range, is my belief.

4        Q.   Do you have to request one for

5   your team if you wanted one?

6        A.   Well, if an officer is assigned a

7   40-millimeter, it's basically assigned to

8   them as part of their equipment.  So I

9   would have to make a request.

10       Q.   And you said you would have to go

11  through the MPD range; is that right?

12       A.   MPD range would be the trainers

13  of 40-millimeter operators.

14       Q.   And do you have to receive -- do

15  you have to go to the MPD range to receive

16  other weapons?

17       A.   You have to do your

18  qualifications on your weapons that you are

19  issued to work as a police officer.

20       Q.   And is a 40-millimeter launcher

21  assigned to an officer for a particular

22  shift, or does he carry that with him for

23  every shift, if you are aware?

24            MS. SARFF:  Objection.  Lack of

25       foundation.