# Exhibit K

1

2    UNITED STATES DISTRICT COURT

3    FOR THE DISTRICT OF MINNESOTA
     ---------------------------------------------
4
     LINDA TIRADO,
5                              Plaintiff,

6              vs.

7                              Civil Action No.
                               20-cv-01338 (JRT-ECW)
8

9    CITY OF MINNEAPOLIS; MINNEAPOLIS
     CHIEF OF POLICE MEDARIA
10   ARRADONDO, in his official
     capacity; ROBERT KROLL, in his
11   individual capacity, and
     MINNEAPOLIS POLICE DEPARTMENT
12   OFFICERS JOHN DOES 1-4, in their
     official and individual
13   capacities,

14                             Defendants.
     ---------------------------------------------
15

16         REMOTE VIDEOTAPED DEPOSITION OF

17                 BRIAN BENNETT

18

19         Thursday, October 21, 2021

20             8:15 a.m. (CST)

21

22

23   Reported by:

24   Nicolette Urzia, CSR

25   Job No. 2021-812427

56

```
 1                   B. Bennett

 2   launchers by the XO.

 3        Q     Talking about the year 2020,

 4   let's say, you know, January through May

 5   2020, would you have a 40-millimeter

 6   less-lethal launcher with you during every

 7   shift?

 8        A     I would have it available to me.

 9        Q     But you would not bring it with

10   you on every shift, is that correct?

11        A     That's correct.

12        Q     Under what circumstances would

13   you bring it with you on your shift?

14        A     I would bring it -- the majority

15   of the time, the exceptions would be when I

16   wouldn't bring it and those would be if we

17   were assigned to a detail, we weren't going

18   to be 911 patrol at that time.

19        Q     Do you have to go through a

20   process to check out a 40-millimeter

21   launcher?

22        A     As a SWAT member, if you're

23   issued one, that's just part of your

24   assigned equipment.  If you're not and the

25   SWAT sergeant wants you to have one, then
```

TIRADO vs
CITY OF MINNEAPOLIS

Brian Bennett
October 21, 2021

57

1                    B. Bennett

2   you'll sign one out at that time.

3        Q     So when you used -- when you

4   would bring your 40-millimeter launcher

5   with you on a shift, you did not have to

6   check it out or sign it out?

7        A     That's correct.

8        Q     So when you brought a

9   40-millimeter launcher on your shift, you

10  did not need to fill out any kind of

11  paperwork or documentation noting that you

12  were bringing it with you on your shift?

13       A     That's correct.

14       Q     Did you need to separately check

15  out 40-millimeter rounds at the beginning

16  of your shift?

17       A     As a SWAT member that is issued

18  a 40-millimeter launcher, they are also

19  issued a certain number of rounds that is

20  inventoried and assigned to you.

21       Q     Is there any process that tracks

22  when a SWAT member has brought a

23  40-millimeter launcher with them on their

24  shift?

25       A     As far as SWAT operations, yes.

58

1              B. Bennett

2   As far as 911 patrol, no.

3        Q      Can you describe the difference?

4        A      Minneapolis SWAT Unit is not a

5   full-time unit.  So my primary job duties

6   is 911 patrol, uniformed police officer,

7   dressed as a police officer, driving a

8   marked squad car, responding to 911 calls,

9   enforcing State and City law.

10              And then as a SWAT member, three

11   times a year you're assigned -- three to

12   four times a year, you're assigned to what

13   they call a 1280 team.  That's just a call

14   sign.  It's a warrant servant team.  And

15   for one month, then you would be assigned

16   to that unit and that would be your job.

17   You would not be uniform patrol.

18              So as for the launcher in this

19   question, if you're to carry a launcher

20   during your SWAT activities, there would be

21   a record of that.

22              If you were working 911 patrol

23   and just had your SWAT gear with you in

24   your patrol car, you would not -- there

25   wouldn't be any record of you having it

TIRADO vs
CITY OF MINNEAPOLIS

Brian Bennett
October 21, 2021

59

```
 1                     B. Bennett

 2   unless you deployed it.

 3       Q     Okay.

 4             So on May 29th, would you have

 5   had to -- would there be a record of you

 6   checking out your -- or taking with you

 7   your 40-millimeter launcher?

 8       A     It would be noted in my report.

 9       Q     By report, do you mean the

10   general offense report?

11       A     Correct.

12       Q     Would there be any other record

13   of you or any other SWAT members taking a

14   40-millimeter launcher on May 29th?

15             MS. SARFF:  Objection.  Lack of

16        foundation as to other officers.

17       A     I didn't have to check out a

18   launcher because I had one issued to me

19   already.  So that process, I don't know

20   what that all entailed.

21       Q     I think you also mentioned there

22   being a record when you deploy the

23   40-millimeter launcher, is that right?

24       A     Yes.  You would make an offense

25   report.
```

TIRADO vs
CITY OF MINNEAPOLIS

Brian Bennett
October 21, 2021

60

1                   **B. Bennett**

2        Q      So in your general offense

3    report, whenever you deploy your

4    40-millimeter launcher, are you required to

5    make a record of that?

6        **A      Yes.**

7        Q      Do you have to state how many

8    times you deployed the launcher?

9        **A      If practical.**

10       Q      Do you have to provide details

11   regarding the targets that you were aiming

12   at or hitting when using the launcher?

13       **A      If practical.**

14       Q      If -- can you explain what you

15   mean by if practical?

16       **A      On -- on that night during the**

17   **riots, there were so many individuals that**

18   **were being assaultive, committing property**

19   **damage.  You were -- I was unable to keep**

20   **track of each and every time and how many**

21   **rounds that were fired.**

22       Q      Is there a record of how many

23   rounds you bring with you at the beginning

24   of a shift?

25              MS. SARFF:  Objection.  Lack of

TIRADO vs
CITY OF MINNEAPOLIS

Brian Bennett
October 21, 2021

61

```
1                    B. Bennett

2        foundation.

3        A       Can you clarify shift for me,

4    ma'am?

5        Q       So when you start your workday,

6    when you go out on patrol or you go out on

7    a SWAT capacity and you bring your

8    40-millimeter launcher with you, is there

9    some record of what rounds you are bringing

10   with you when you go out?

11       A       If you -- on the 911 response

12   side patrol function of my job, there is a

13   record maintained by the SWAT Unit of the

14   inventory of the munition that have been

15   assigned to me.

16               When you're assigned to the 1280

17   SWAT team, the warrant service team, or you

18   go out on a deployment, if you carry your

19   munitions, there would be that record, that

20   same record.

21               If you were assigned

22   projectiles, less-lethal projectiles from

23   the SWAT Unit, then there would be an

24   inventory of those rounds at that time.

25       Q       When you finish your shift, so
```

TIRADO vs
CITY OF MINNEAPOLIS

Brian Bennett
October 21, 2021

62

```
1                    B. Bennett

2     when you return to the precinct, do you

3     then need to return any unused rounds?

4          A     Once again, to clarify that, the

5     911 patrol side of it, no.  Those rounds

6     are assigned to you.

7                    If you were assigned rounds from

8     the SWAT Unit, because you're on the 1280

9     warrant service team or you were deployed

10    for an operation, then those rounds would

11    be inventoried and returned to the SWAT

12    Unit at the end of your shift.

13         Q     And would there be a record of

14    how many rounds you deployed during your

15    shift?

16             MS. SARFF:  Objection.  Lack of

17         foundation.  And vague as to time

18         frame.

19         A     On a normal -- on a normal

20    shift, in the 911 patrol function, you

21    would -- there would be -- you would have

22    to update your inventory.

23                    The 1280 response, yes, because

24    you're returning those rounds.  So they

25    would have to update the -- excuse me --
```

63

```
1                      B. Bennett

2     the inventory at the end of that

3     deployment.

4               MS. SARFF:  So before you go on

5          to another question, I'll just note

6          that it's 9:44.  I guess that's a

7          minute early, but I would like to

8          break so that I can get to another

9          location and set up my computer in

10         advance of the status conference.

11              MS. TRIBIE:  Yep.  Now is fine.

12              MS. SARFF:  Okay.  Thank you.

13              MS. TRIBIE:  So can we go off

14         the record for a second?

15              THE VIDEOGRAPHER:  Off the

16         record at 9:44 a.m.

17              (Whereupon, a brief recess was

18         taken at 9:44 a.m.)

19              (Resumed 10:50 a.m.)

20              THE VIDEOGRAPHER:  Back on the

21         record at 10:50 a.m.

22    BY MS. TRIBIE:

23         Q    Mr. Bennett, we will pick up

24      where we left off.

25              So do the 40-millimeter
```