UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Linda Tirado, | Case No. 20-CV-01338 (JRT-JFD) |
| Plaintiff, | |
| vs. | **[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO AMEND SCHEDULING ORDER** |
| City of Minneapolis; Minneapolis Chief of Police Medaria Arradondo, *in his official capacity*; Robert Kroll, *in his individual capacity*; and Minneapolis Police Department Officers John Does 1-4, *in their official and individual capacities*, | |
| Defendants. | |

This matter is before the Court on Plaintiff's Motion to Amend Scheduling Order, filed on November 24, 2021. Based on the matters stated in that Motion, and for good cause shown,

**IT IS HEREBY ORDERED** that the Motion is **GRANTED** and the Scheduling Order, ECF No. 96, is **AMENDED** as follows:

1

## [PROPOSED] AMENDED SCHEDULE

| Event | Current Date | New Date |
|---|---|---|
| Amend Pleadings to Add Additional Parties or Include Punitive Damages | December 3, 2021 | June 3, 2022 |
| Close of Fact Discovery | January 31, 2022 | July 29, 2022 |
| Settlement Conference | February 16, 2022 | August 16, 2022 |
| Non-Dispositive Motions (Not Relating to Expert Discovery) | February 25, 2022 | August 25, 2022 |
| Rule 35 Medical Exam | March 9, 2022 | September 1, 2022 |
| Identify Experts (Plaintiff) | March 11, 2022 | August 26, 2022 |
| Expert Disclosures (Plaintiff) | March 22, 2022 | September 8, 2022 |
| Identify Experts (Defendants) | May 13, 2022 | October 21, 2022 |
| Expert Disclosures (Defendants) | June 13, 2022 | November 23, 2022 |
| Identify Rebuttal Experts (Plaintiff) | July 14, 2022 | December 8, 2022 |
| Rebuttal Expert Disclosures (Plaintiff) | July 25, 2022 | December 22, 2022 |
| Close of Expert Discovery | August 24, 2022 | January 10, 2023 |
| Non-Dispositive Motions (Relating to Expert Discovery) | September 7, 2022 | February 17, 2023 |

| Motions for Summary Judgment | October 28, 2022 | March 28, 2023 |
| --- | --- | --- |
| Trial | January 23, 2023 | May 25, 2023 |

**IT IS SO ORDERED.**

Dated: _____          By:

                                                                _____
                                                                Hon. John F. Docherty
                                                                Magistrate Judge, District of Minnesota