```
                                                              1
 1

 2   UNITED STATES DISTRICT COURT

 3   FOR THE DISTRICT OF MINNESOTA
     -------------------------------------------
 4
     LINDA TIRADO,
 5                              Plaintiff,

 6          vs.

 7                              Civil Action No.
                                20-cv-01338 (JRT-ECW)
 8

 9   CITY OF MINNEAPOLIS; MINNEAPOLIS
     CHIEF OF POLICE MEDARIA
10   ARRADONDO, in his official
     capacity; ROBERT KROLL, in his
11   individual capacity, and
     MINNEAPOLIS POLICE DEPARTMENT
12   OFFICERS JOHN DOES 1-4, in their
     official and individual
13   capacities,

14                              Defendants.
     -------------------------------------------
15

16         REMOTE VIDEOTAPED DEPOSITION OF

17                  BRIAN BENNETT

18

19          Thursday, October 21, 2021

20               8:15 a.m. (CST)

21

22

23   Reported by:

24   Nicolette Urzia, CSR

25   Job No. 2021-812427
```

TIRADO vs  
CITY OF MINNEAPOLIS

Brian Bennett  
October 21, 2021

107

1                    B. Bennett
2       Q    So how are incident detail
3   reports put together?
4       A    One officer will start the
5   incident report, such as date and time,
6   location, and the incident number.
7            Then any officer that needs to
8   do -- needs to complete a report then would
9   write a narrative attached to that incident
10  detail report.
11      Q    Generally, how long after the
12  incident date is the incident detail report
13  put together or drafted?
14      A    During the riots, it could be
15  several days.
16      Q    Did you receive a squad or a
17  SWAT team assignment for May 29?
18      A    Yes.
19      Q    What squad were you assigned to?
20      A    I don't recall the number.  It
21  would have been a 12-8 number.
22      Q    And what does the -- you
23  mentioned earlier this 1280.  What does
24  1280 signify?
25      A    1280 signifies SWAT, and then

CASE 0:20-cv-01338-JRT-JFD   Doc. 113   Filed 12/13/21   Page 3 of 7

TIRADO vs
CITY OF MINNEAPOLIS

Brian Bennett
October 21, 2021

108

1      **B. Bennett**

2  **any 1280, such as 1281, 82, that also**

3  **indicates SWAT and a subunit, a subgroup, a**

4  **sub team under the whole SWAT umbrella.**

5      Q    So if a unit or squad does not

6  have a 1280 number, does that mean it is

7  not a squad unit?

8      **A    Yes.  You would not be deployed**

9  **without a SWAT call sign, a number.**

10     Q    Let's turn to page 3 of the PDF.

11          MS. TRIBIE:  John, can you

12     please zoom in a bit?  Can you center

13     it so the text is not cut off on the

14     side?

15 BY MS. TRIBIE:

16     Q    So if you can see this, Mr.

17 Bennett, your name appears next to unit

18 1286.

19          Do you see that?

20     **A    I do.**

21     Q    And so is it correct that the

22 other individuals in your unit on May 29

23 were Tyrone Barze, Andrew Braun, Michael

24 Glavan and Sawyer Moen?

25     **A    That's correct.**

TIRADO vs  
CITY OF MINNEAPOLIS

Brian Bennett  
October 21, 2021

154

1         B. Bennett  
2         For the record, I would like to  
3    mark at Exhibit 5 a photograph that  
4    was taken by Ms. Tirado. It's Bates  
5    numbered Tirado_0000045.  
6         (Exhibit 5, Bates  
7    Tirado_0000045, Photograph, was remotely  
8    introduced and provided electronically to  
9    the reporter, as of this date.)  
10   BY MS. TRIBIE:  
11        Q    Mr. Bennett, do you recognize  
12   the area in which this photograph was  
13   taken?  
14        **A    I believe it is taken at the**  
15   **intersection of 31st and Nicollet facing**  
16   **south.**  
17        Q    And is this the same, roughly  
18   the same area as the body worn camera  
19   footage that we just reviewed?  
20        **A    It is.**  
21        Q    Do you know if you're pictured  
22   in this photograph?  
23        **A    I do not see myself in that**  
24   **photograph.**  
25        Q    You were wearing a short-sleeve

155

1           B. Bennett

2    shirt on May 29th, correct?

3       A    Correct.

4       Q    Do you have any reason to

5    believe that --

6           MS. TRIBIE:  John, can you

7       please zoom in on the corner?

8    BY MS. TRIBIE:

9       Q    Do you have any reason to

10   believe that you may not be this person

11   partially pictured with the short-sleeve

12   shirt?

13      **A    I cannot tell who that is.**

14      Q    Can you tell whether any of the

15   officers in this photograph are using a

16   40-millimeter launcher?

17      **A    The individual on the right-hand**

18   **side just up from the bicycle, from your**

19   **cursor, right there, that individual**

20   **appears to have a 40-millimeter.**

21      Q    What about the individual in the

22   center of this photograph, in the

23   foreground, do you know what that

24   individual is carrying?

25          MS. SARFF:  Objection.  Lack of

156

```
1              B. Bennett
2     foundation.  Calls for speculation.
3         A     Could you zoom in on it?  I
4    cannot tell what that is.
5         Q     Based on the uniforms that these
6    personnel are wearing, can you tell if they
7    are SWAT team members?
8         A     They are SWAT members minus --
9    if you could zoom in one more time, please,
10   to the left, yep, right there -- the one
11   that your curser is on, that person does
12   not appear to be a SWAT member.
13        Q     And that person has some sort of
14   a red insignia or something on the front of
15   their uniform, is that right?
16             MS. SARFF:  Objection.
17       Misstates the record.
18   BY MS. TRIBIE:
19        Q     Something red on the front of
20   their uniform.  Do you see that?
21        A     I see something there.  I don't
22   know what it is.
23        Q     And they are not wearing a vest,
24   is that right?
25        A     They are not wearing a SWAT
```

CASE 0:20-cv-01338-JRT-JFD   Doc. 113   Filed 12/13/21   Page 7 of 7

TIRADO vs
CITY OF MINNEAPOLIS

Brian Bennett
October 21, 2021

157

1                    B. Bennett

2    heavy vest.

3        Q    The person immediately next to

4    them -- the person immediately next to

5    them, can you tell if they are a SWAT team

6    member?

7        A    I cannot tell.

8        Q    Do strike team members have that

9    same badge on their arm as the SWAT team

10   members?

11       A    That appears to be the

12   Minneapolis uniform shirt, and all licensed

13   officers wear that.

14       Q    Can you identify any of the

15   individuals in this photograph?

16       A    I cannot identify those.

17            MS. TRIBIE:  Let's pull up tab

18       7-1.  I'd like to mark that Exhibit 6.

19            This document, this is another

20       photograph taken by Ms. Tirado on May

21       29th.  The Bates Number is

22       Tirado_0000044.

23            (Exhibit 6, Bates

24   Tirado_0000044, Photograph, was remotely

25   introduced and provided electronically to