UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Linda Tirado, | Court File No. 20-CV-01338 (JRT-JFD) |
| Plaintiff, | |
| v. | **PLACEHOLDER AND STATEMENT FOR TEMPORARILY SEALED DOCUMENT** |
| City of Minneapolis; Minneapolis Chief of Police Medaria Arradondo, *in his official capacity;* Robert Kroll, *in his individual capacity;* and Minneapolis Police Department Officers John Does 1-4, *in their official and individual capacities*, | |
| Defendant. | |

Pursuant to Local Rules 5.6(c)(2) and 5.6(d)(1)((A)(ii), the City of Minneapolis and Chief of Police Medaria Arradondo, in his official capacity, file the following documents under temporary seal because they have been designated as confidential under the Protective Order in this matter (Dkt. No. 72), and the entirety of the documents are confidential and redaction is impracticable:

Exhibits F, G, H and J to the Declaration of Kristin Sarff

1

Dated: December 13, 2021                JAMES R. ROWADER, JR.
                                        City Attorney
                                        By */s Kristin Sarff*
                                        KRISTIN R. SARFF (0388003)
                                        SHARDA ENSLIN (0389370)
                                        HEATHER P. ROBERTSON (0390470)
                                        Assistant City Attorneys
                                        350 South Fifth Street, Room 210
                                        Minneapolis, MN 55415
                                        (612) 673-3919
                                        (612) 673-2180
                                        (612) 673-3949
                                        kristin.sarff@minneapolismn.gov
                                        sharda.enslin@minneapolismn.gov
                                        heather.robertson@minneapolismn.gov

                                        *Attorneys for Defendants*
                                        *City of Minneapolis and Medaria*
                                        *Arradondo, in his official capacity*