UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Linda Tirado,

Case No. 20-CV-01338 (JRT/JFD)

Plaintiff,

vs.

**DECLARATION OF KRISTIN SARFF**

City of Minneapolis; Minneapolis Chief of
Police Medaria Arradondo, *in his official
capacity*; Robert Kroll, *in his individual
capacity*; and Minneapolis Police
Department Officers John Does 1-4, *in
their official and individual capacities*,

Defendants.

Your Declarant is Kristin R. Sarff, and she submits the following declaration on

behalf of the Defendant City of Minneapolis:

1.      I am an Assistant City Attorney with the Minneapolis City Attorney's Office.

I am one of the attorneys assigned to represent the Defendant City of Minneapolis in this

matter. I submit this declaration in opposition to the Plaintiff's motion for leave to amend

to file the proposed Second Amended Complaint.

2.      Attached as Exhibit A is a true and correct copy of email correspondence

from Plaintiff's counsel, dated February 2, 2022.

3.      Attached as Exhibit B is a true and correct copy of the first version of a

redlined copy of the Proposed Second Amended Complaint provided to the City's counsel,

along with the February 2, 2022, attached as Exhibit A.

4.      Attached as Exhibit C is a true and correct copy of correspondence from the City of Minneapolis' counsel to Plaintiff's counsel, dated February 3, 2022.

5.      Attached as Exhibit D is a true and correct copy of correspondence from Plaintiff's counsel to the City of Minneapolis' counsel, dated February 3, 2022.

6.      Attached as Exhibit E is a true and correct copy of correspondence from Plaintiff's counsel to the City of Minneapolis' counsel, dated February 3, 2022.

7.      Attached as Exhibit F is a true and correct copy of the second version of the Plaintiff's proposed Second Amended Complaint that was sent to the City of Minneapolis' counsel

I declare under penalty of perjury that everything I have stated in this document is true and correct. Signed in Hennepin County, Minnesota.

Dated: February 10, 2022                        */s Kristin R. Sarff*
                                                Kristin R. Sarff