## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| LINDA TIRADO, | **COURT MINUTES** |
| | BEFORE: JOHN F. DOCHERTY |
| Plaintiff, | U.S. MAGISTRATE JUDGE |
| v. | Case No.: 20-cv-1338 (JRT/JFD) |
| | Date: February 24, 2022 |
| CITY OF MINNEAPOLIS; MEDARIA ARRANDONDO, *Minneapolis Chief of Police, in his official capacity*; and ROBERT KROLL, *in his individual capacity*, | Location: n/a (videoconference) |
| | Court Reporter: n/a (recorded) |
| | Time in Court: 10:01–10:46 a.m. |
| | 10:50–10:56 a.m. |
| Defendants. | |

## MOTION HEARING

**APPEARANCES:**

Plaintiff Linda Tirado: Gabriel Schonfeld, Stacy Horth-Neubert, and John Baker

City of Minneapolis Defendants: Kristin Sarff and Heather Robertson

Defendant Robert Kroll: Joseph Kelly

**PROCEEEDINGS:**

The Court held a hearing on Plaintiff's Motion for Leave to File Second Amended Complaint (Dkt. No. 126). For the reasons stated fully on the record, the Court **GRANTED** the motion from the bench. No written order will issue, and the Court's oral ruling shall serve as the Court's formal order.

Plaintiff must file the Second Amended Complaint by February 25, 2022. The fact discovery deadline is extended to April 4, 2022, solely for the City Defendants to take discovery on the new request for injunctive relief in the Second Amended Complaint. In addition to written discovery, Plaintiff's deposition may be re-opened and additional depositions taken beyond the limits set forth in the scheduling order.

*s/ ALM*
Judicial Law Clerk