# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Linda Tirado,<br><br>  Plaintiff,<br><br>vs.<br><br>City of Minneapolis; Interim Minneapolis Chief of Police Amelia Huffman, *in her official capacity*; Robert Kroll, *in his individual capacity*; Andrew Braun, *in his individual and official capacities*, and Minneapolis Police Department Officer John Doe #1, *in his official and individual capacities*,<br><br>  Defendants. | Case No. 20-CV-01338 (JRT-JFD)<br><br>**ORDER APPROVING THIRD JOINT STIPULATION TO AMEND SCHEDULING ORDER** |

This matter is before the Court on the parties' Third Joint Stipulation to Amend Scheduling Order (Dkt. No. 151). Based on that Stipulation, and for good cause shown,

**IT IS HEREBY ORDERED** that the Joint Stipulation is **APPROVED** and the operative Scheduling Order, Dkt. No. 118 (as amended by Dkt. No. 147), is **AMENDED** as follows: The Rule 30(b)(6) deposition of the City of Minneapolis must be completed on or before March 25, 2022. All other deadlines in the Court's operative pretrial scheduling order remain in force and are not effected by this extension.

Dated: March 7, 2022

*s/ John F. Docherty*
JOHN F. DOCHERTY
United States Magistrate Judge