IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Linda Tirado,<br><br>                                    Plaintiff,<br><br>v.<br><br>City of Minneapolis; Interim Minneapolis Chief of Police Amelia Huffman, *in her official capacity*; Robert Kroll, *in his individual capacity*; Andrew Braun, *in his individual and official capacities*, and Minneapolis Police Department Officer John Doe #1, *in his official and individual capacities,*<br><br>                                    Defendants. | Case No. 20-cv-1338 (JRT/JFD)<br><br><br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE OF PLAINTIFF'S CLAIMS AGAINST DEFENDANT KROLL** |

Pursuant to Fed. R. Civ. P. 41(a), IT IS HEREBY STIPULATED AND AGREED by Plaintiff Linda Tirado, Defendant Robert Kroll, and Defendants City of Minneapolis, Interim Minneapolis Chief of Police Amelia Huffman, in her official capacity, and Andrew Braun, that all of Plaintiff Tirado's claims asserted in the above-captioned legal action against Kroll should be DISMISSED WITH PREJUDICE, with Tirado and Kroll to bear their own costs, expenses and attorneys' fees.

Dated:  March 23, 2022       **GREENE ESPEL PLLP**


s/ John M. Baker
John M. Baker, Reg. No. 0174403
Davida S. McGhee, Reg. No. 0400175
Nicholas B. Scheiner, Reg No. 0402470
222 S. Ninth Street, Suite 2200
Minneapolis, MN  55402
jbaker@greeneespel.com
dwilliams@greeneespel.com
nscheiner@greeneespel.com
(612) 373-0830

-and-

Tai-Heng Cheng (admitted *pro hac vice*)
Gaëlle E. Tribié (admitted *pro hac vice*)
Cassandra Liu (admitted pro hac vice)
John G. Plotz (admitted pro hac vice)
Alyssa M. Hasbrouck (admitted pro hac vice)
**SIDLEY AUSTIN LLP**
787 Seventh Avenue
New York, NY 10019
(212) 839-5661
tcheng@sidley.com
gtribie@sidley.com
cassandra.liu@sidley.com
jplotz@sidley.com
ahasbrouck@sidley.com

Margaret Hope Allen (admitted *pro hac vice*)
**SIDLEY AUSTIN LLP**
2021 McKinney Ave, Ste. 2000
Dallas, TX 75201
(214) 969-3506
margaret.allen@sidley.com

Stacy Horth-Neubert (admitted pro hac vice)
**SIDLEY AUSTIN LLP**

2

555 West Fifth Street
Los Angeles, California 90013
(213) 896-6018
shorthneubert@sidley.com

Gabriel Schonfeld (admitted *pro hac vice*)
**SIDLEY AUSTIN LLP**
1501 K Street NW
Washington, DC 20005
(202) 736-8483
gschonfeld@gmail.com

*Attorneys for Plaintiff Linda Tirado*


Dated:  March 23, 2022          **JAMES R. ROWADER, JR.**
                                **City Attorney**


                                s/ Kristin Sarff
                                _____
                                Kristin Sarff, Reg. No. 0388003
                                Heather P. Robertson, Reg. No. 0390470
                                Sharda Enslin, Reg. No. 0389370
                                Assistant City Attorney's
                                350 South Fifth Street, Room 210
                                Minneapolis, MN 55415
                                (612) 673-3919
                                kristin.sarff@minneapolismn.gov
                                heather.robertson@minneapolismn.gov
                                sharda.enslin@minneapolismn.gov

                                *Attorneys for Defendants City of Minneapolis and*
                                *Interim Minneapolis Chief of Police Amelia Huffman,*
                                *in her official capacity, and Andrew Braun*

Dated:  March 23, 2022                 **KELLY & LEMMONS, P.A.**

s/ Joseph A. Kelly

Joseph A. Kelly, Reg. No. 389356
Kevin M. Beck, Reg. No. 389072 2350 Wycliff Street
Suite 200
St. Paul, MN 55114
(651) 224-3781
jkelly@kellyandlemmons.com
kbeck@kellyandlemmons.com
*Attorneys for Defendant Robert Kroll*