IN THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MINNESOTA

| | |
|---|---|
| **LINDA TIRADO,**<br><br>    **Plaintiff,**<br><br>v.<br><br>**CITY OF MINNEAPOLIS,** *et al.*,<br><br>    **Defendants.** | Case No.: 20-CV-1338 (JRT/JFD) |

**JOURNALIST ANDREW MANNIX'S MOTION TO QUASH
CITY DEFENDANTS' IMPROPER THIRD-PARTY SUBPOENA**

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 45, Andrew Mannix, by and through undersigned counsel, respectfully moves this Court for an order quashing the third-party subpoena directing him to appear for a deposition and for the production documents served on him by Defendants City of Minneapolis, Interim Chief of Police for the Minneapolis Police Department Amelia Huffman, and Police Officer Andrew Braun. This motion is based on the record of this case, all applicable case law, and a forthcoming memorandum of law and attendant exhibits, which will be timely filed pursuant to Local Rule 7.1(b).

Dated: March 28, 2022

Respectfully submitted,

*/s/ Leita Walker*

Leita Walker (No. 0387095)
Isabella Salomão Nascimento (No. 0401408)
Ballard Spahr LLP
2000 IDS Center, 80 South 8th Street
Minneapolis, MN 55402-2119
T: (612) 371-6222
F: (612) 371-3207
walkerl@ballardspahr.com
salomaonascimentoi@ballardspahr.com

*Counsel for Journalist Andrew Mannix*