IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Linda Tirado, <br><br> Plaintiff, <br><br> v. <br><br> City of Minneapolis; Interim Minneapolis Chief of Police Amelia Huffman, in her official capacity; Robert Kroll, in his individual capacity; Andrew Braun, in his official and individual capacities; and Minneapolis Police Department Officer John Does 1, in his official and individual capacities, <br><br> Defendants. | COURT FILE NO. 20-cv-01338 (JRT-JFD) <br><br> **NON-PARTY MAXWELL NESTERAK'S MOTION TO QUASH SUBPOENA *DUCES TECUM*** |

TO: Defendants City of Minneapolis, Interim Minneapolis Chief of Police Amelia Huffman, and Andrew Braun, by and through their counsel, Kristin R. Sarff, Sharda Enslin, and Heather Robertson, Assistant City Attorneys, 350 South Fifth Street, Room 210, Minneapolis, MN 55415.

Pursuant to Federal Rules of Civil Procedure 26 and 45, non-party Maxwell Nesterak moves the Court for an order quashing Defendants City of Minneapolis, Interim Minneapolis Chief of Police Amelia Huffman, and Andrew Braun's subpoena, requiring Mr. Nesterak to produce documents and testify at a deposition on March 29, 2022.

Non-party Maxwell Nesterak's motion is based upon the Court's files, records, and proceedings herein, including the arguments of counsel, the memorandum of law that will be filed in support of this motion, and other supporting documents filed with the Court.

7717626v1

|  |  |
|---|---|
|  | MOSS & BARNETT<br>A Professional Association |
| Dated: March 28, 2022 | By *s/ Megan J. Renslow*<br>   Matthew P. Kostolnik (#310669)<br>   Kelly C. Engebretson (#0396327)<br>   Megan J. Renslow (#0399964)<br>150 South Fifth Street, Suite 1200<br>Minneapolis  MN  55402<br>Telephone:  (612) 877-5000<br>Email:  matt.kostolnik@lawmoss.com<br>         kelly.engebretson@lawmoss.com<br>         megan.renslow@lawmoss.com<br>ATTORNEYS FOR MAXWELL NESTERAK |

7717626v1