UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

LINDA TIRADO,

          Plaintiff,

v.

CITY OF MINNEAPOLIS, et al.,

          Defendants.

Civil No. 20-1338 (JRT/JFD)

**ORDER**

    John M Baker, **GREENE ESPEL PLLP,** 222 South 9th Street, Suite 2200, Minneapolis, MN 55402, for plaintiff.

    Kristin R. Sarff, **MINNEAPOLIS CITY ATTORNEY'S OFFICE,** 350 South 5th Street, Room 210, Minneapolis, MN 55415, for City of Minneapolis defendants.

    Joseph A Kelly, **KELLY & LEMMONS, P.A.,** 2350 Wycliff Street, Suite 200, Saint Paul, MN 55114-1331, for defendant Robert Kroll.

    The parties have filed a stipulation of dismissal of Plaintiff's claims against Defendant Kroll with prejudice. [ECF No. 164]

    Based on a review of the file, record, and proceedings herein, **IT IS HEREBY ORDERED** that Plaintiff Linda Tirado's claims against Defendant Robert Kroll in this matter are **DISMISSED WITH PREJUDICE**, each party to bear its own costs, disbursements, and attorney's fees.

Dated: March 31, 2022
at Minneapolis, Minnesota.

                                                    <u>s/John R. Tunheim</u>
                                                    JOHN R. TUNHEIM
                                                    Chief Judge
                                                    United States District Court