# Exhibit A

Page 1

1                  UNITED STATES DISTRICT COURT

2                     DISTRICT OF MINNESOTA

3    ----------------------------------------------------------------

                               COURT FILE NO. 20-cv-01338

4    Linda Tirado,                              (JRT-JFD)

5                    Plaintiff,

6         v.

7    City of Minneapolis; Interim
     Minneapolis Chief of Police

8    Amelia Huffman, in her official
     capacity; Robert Kroll, in his

9    Individual capacity; Andrew Braun,
     in his official and individual

10   capacities; and Minneapolis
     Police Department Officer John

11   Does 1-4, in their official and
     individual capacities,

12
                       Defendants.

13
     ----------------------------------------------------------------

14

15             REMOTE DEPOSITION OF JARED GOYETTE

16        DATE:  April 4, 2022

17        TIME:  8:00 a.m. CDT

18        PLACE:  Veritext Virtual Videoconference

19        REPORTED BY:  Jill Garrison, RPR

20        VERITEXT TECH CONCIERGE: Paul Rafferty

21

22        Whereupon, on April 4, 2022 at 8:00 a.m. CDT, the

23   following proceedings were duly hosted by Veritext Legal

24   Solutions, with all of the attendants appearing via virtual Zoom

25   videoconference.

Page 2

```
 1   APPEARANCES:
 2   On Behalf of Plaintiff, Linda Tirado:
 3        GAËLLE TRIBIÉ, Esq.
             Sidley Austin, LLP
 4           787 Seventh Avenue
             New York, New York 100019
 5           212.839.5300
             gtribie@sidley.com
 6
          MARGARET H. ALLEN, Esq.
 7           Sidley Austin, LLP
             2021 McKinney Avenue
 8           Suite 2000
             Dallas, Texas 75201
 9           2214.981-3300
             margaret.allen@sidley.com
10
          EVAN D. MEDINA, Esq.
11           Sidley Austin, LLP
             555 West Fifth Street
12           Suite 4000
             Los Angeles, California 90013
13           212.896.6000
             emedina@sidley.com
14
          JOHN M. BAKER, Esq.
15           Greene Espel, PLLP
             222 South Ninth Atreet
16           Suite 2200
             Minneapolis, Minnesota 55402
17           612.373.0830
             jbaker@greeneespel.com
18
19
     On behalf of the Defendants:
20
          HEATHER ROBERTSON, Esq.
21           Minneapolis City Attorney's Office
             350 South Fifth Street
22           Room 210
             Minneapolis, Minnesota 55415
23           612.673.2010
             heather.robertson@minneapolismn.gov
24
25
```

```
                                          Page 3

1    On behalf of the Witness, Jared Goyette:
2          EDWARD B. SCHWARTZ, Esq.
              Reed Smith, LLP
3             1301 K Street NorthWest
              Suite 1000 - East Tower
4             Washington, DC 20005
5          ANTHONY R. TODD, Esq.
              Reed Smith, LLP
6             10 South Wacker Drive
              40th Floor
7             Chicago, Illinois 60606
              312.207.1000
8
           KAREN SCHANFIELD, ESQ.
9             Fredrikson & Byron
              200 South Sixth Street
10            Suite 4000
              Minneapolis, Minnesota 55402
11            kschanfield@fredlaw.com
              612.492.7357
12
13                            *       *       *
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 4

1                        I N D E X

2   Examination by Ms. Robertson.................................5

3   Examination by Ms. Tribié.................................117

4

5   EXHIBITS                                              PAGE

6   Exhibit 1. 5/27/2020 Tweets from @jaredgoyette..............45

7   Exhibit 2. 5/30/2020 Video Clip from Jared Goyette's iPhone..97

8

9   REPORTER'S NOTE:  All quotations from exhibits are reflected

    in the manner in which they were read into the record and do

10  not necessarily indicate an exact quote from the document.

11                        *       *       *

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 5

1          (Upon Witness JARED GOYETTE being sworn, the

2      following proceedings were duly had:)

3

4                      JARED GOYETTE,

5              after having been first duly sworn,

6               testified and stated as follows:

7

8                      EXAMINATION

9      BY MS. ROBERTSON:

10         Q. Good morning, Mr. Goyette.

11         A. Good morning.

12         Q. My name is Heather Robertson.  I'm an attorney

13     for the city of Minneapolis.  I just wanted to start

14     out by asking, how would you prefer I address you.  Is

15     Mr. Goyette okay with you?

16         A. Mr. Goyette is fine or, Jared, whichever sounds

17     natural.  I'm just not used to seeing my last name so

18     much as has happened because of this proceeding.

19         Q. That makes sense.  So I'm just going to go over

20     some of the rules of how depositions work.  Possibly

21     your attorney talked to you about these already but I

22     just want to make sure everybody is clear how we are

23     operating.  So as you can see there is a court reporter

24     in another Zoom window here who is taking down

25     everything we say.  So it is important to answer my

Page 6

```
 1   questions by saying yes or no or speaking out loud and
 2   not saying uh-huh or huh-uh just because she can't
 3   accurately capture what that is.
 4        A. Yeah.
 5        Q. Also, just a good example of what I was about
 6   to say, naturally when we speak, we kind of anticipate
 7   what the end of the person's sentence is going to be
 8   and we talk over each other.  But, again, because a
 9   court reporter is taking down what we say, if we start
10   talking over each other, she will interrupt us and say
11   you have to wait for us to finish.  And I make this
12   mistake, I have done this before and I still make this
13   mistake of talking over each other.
14        A. Like doing a radio interview.
15        Q. Exactly.  Exactly.  And then also, your
16   attorney or another attorney for Ms. Tirado might
17   object to a question, but basically the objection will
18   be noted for the record, which will be saved for a
19   judge to rule on later if that becomes necessary, but
20   ultimately you will still have to answer the question
21   unless your attorney directs you not to answer the
22   question.  And then, if at any time you need a break,
23   you can ask for one, the only caveat is if I have asked
24   you a question, you just need to answer the question
25   that I have asked and then we can take a break right
```

Page 7

1    after.

2         A. Okay.

3         Q. All right?

4         A. Makes sense.

5         Q. Okay.  So, Mr. Goyette, did you do anything to

6    prepare for this deposition?

7              (Whereupon, the witness's line dropped and

8    the witness had to sign back in.)

9              THE WITNESS:  Are we back on?  I backed up

10   and went over the cord of my computer, which ended my

11   transmission.  Let me make sure I'm actually charging.

12   Okay.

13   BY MS. ROBERTSON:

14        Q. Okay.  So, Mr. Goyette, did you do anything to

15   prepare for this deposition?

16        A. Yeah.  I read through a few things.  I read

17   through my tweets because, you know, it was two years

18   ago, you want to refresh your memory.  I read through

19   the Tirado latest filing that brought us here today

20   just to make sure I understood the context.  I read

21   through my declaration.  And I had a few meetings with

22   -- two meetings with the lawyers, with counsel, as you

23   would say.  And I requested off work.

24        Q. Okay.  So besides any meeting with your

25   attorney, which I don't want to know the substance of

```
 1    any meeting with your attorney, did you speak with

 2    anyone else in advance about this deposition?

 3         A. Only for the purposes of like scheduling, like,

 4    I can't come in because I have this happening, and

 5    people knowing where I would be, but nothing beyond

 6    that.

 7         Q. Okay.  And so is there any reason this morning,

 8    today, that you would be unable to recall and recount

 9    facts accurately?  Like, are you feeling ill?

10         A. Nothing of that nature, no.

11         Q. Are you on any medications?  Okay.  All right.

12    And so as you know, we are here in the matter of Linda

13    Tirado versus the city of Minneapolis.  Do you know who

14    Linda Tirado is?

15         A. Yeah.

16         Q. And can you tell me, who is she?

17         A. She is a journalist.  She is known for covering

18    protests and, obviously, more recently for losing an

19    eye while covering a protest here.

20         Q. And have you ever directly communicated with

21    Ms. Tirado?

22         A. Briefly.  In the course of work at some point

23    after she lost her eye, I remember conveying basic

24    empathy for her situation or for what had happened to

25    her as it resonated with me, but was more severe.
```

Page 9

1      Q. How did you communicate with her?

2      A. We spoke over the phone at some point and, you

3    know, the only concrete thing I remember from that

4    conversation is just expressing empathy.  Yeah.

5              MR. SCHWARTZ:  And, Jared, I'm just going to

6    caution you not to disclose communications with

7    Ms. Tirado that, you know, that are related to your

8    work as a journalist or the rise in the context of your

9    work as a journalist.

10             THE WITNESS:  Yeah, that was the context,

11   but, you know, I can also say truthfully that the only

12   thing I concretely remember from that is expressing

13   basic empathy.

14   BY MS. ROBERTSON:

15     Q. Okay.  And have you ever communicated with

16   someone who identified themselves as Ms. Tirado's

17   attorney?

18     A. No.

19     Q. Have you been asked by Ms. Tirado to testify in

20   her case?

21     A. No, not to my knowledge.  The first thing I

22   heard about it was a tweet, someone else's tweet.

23     Q. Do you remember whose tweet that was?

24     A. Tony Webster.

25     Q. All right.  So, I believe I know the answer to

Page 10

1    this but, Mr. Goyette, what is your profession?

2        A. I'm a journalist.  At the moment I'm working as

3    a desk editor and enterprise digital reporter at FOX 9.

4        Q. Can you give me a little idea of what that

5    means?

6        A. Sure.  Desk editor is essentially you're

7    running the news desk, which means responsibility for

8    the website, responsibility for social media and for

9    coordinating where the photographers or camera people

10   are.  Make sure they are at the right places or if

11   there is breaking news, we get someone there, as well

12   as keeping track on any things we might need to be

13   recording in terms of press conferences or other events

14   that we may want footage of.  And then I have one day a

15   week where I can sort of do my own reporting.

16       Q. Okay.  How long have you been at FOX 9?

17       A. That's a fairly recent -- I would have to go

18   back and check the exact date, but I would say like a

19   month.  That's not exact.  Around that time.

20       Q. So what were you doing before that?

21       A. I was doing a mix of freelancing and I also

22   work for the Wild or for the NHL as a replay tech.

23       Q. The Wild, NHL gig, is that journal related?

24       A. Not really, it is some of the same skill sets,

25   but I help a goal judge and the referee supervisor find

Page 11

 1    the correct camera angles to either, one, determine if

 2    there was a goal or not or, two, evaluate a referee's

 3    decision in real time.

 4         Q. Okay.  So when you said you were doing

 5    freelance, apart from doing this Minnesota Wild game,

 6    what was -- what does it mean to be a freelance

 7    journalist?

 8         A. It means you are contracted per story or

 9    assignment and work with an editor to its completion.

10         Q. Are you contracted before you start doing the

11    reporting on the story?

12         A. Yeah.  The way that that works in a technical

13    sense can differ from publication to publication.  You

14    know, if some places where you have an existing

15    relationship, where you already have a contract signed,

16    you don't need to sign a new contract for a new

17    assignment.  Where if it is a new relationship, you may

18    begin with a verbal agreement and then a contract may

19    come down the line, either -- even after the story is

20    completed, as long as it is established over e-mail

21    what the agreement is.

22         Q. Is the idea for the story already -- I mean, do

23    you know the story before you get the agreement for the

24    freelance assignment?

25         A. Generally, yes.  Relevant to the time period

Page 12

1    that we are talking about today is sometimes you are

2    just paid -- sometimes you are paid by a story,

3    sometimes you are paid a day rate, which means:  We are

4    going to contract you for a series of days no matter

5    what news happens and you are going to be working for

6    us and basically covering things as we direct as they

7    come up.

8         Q. Okay.

9         A. So you have time periods where you are

10   contracted or you have specific stories.

11        Q. Okay.  And how long were you working as a

12   freelance journalist, you know, before you started at

13   FOX?

14        A. Well, I mean, the most direct way of answering

15   that would be that I have been working as a freelance

16   journalist off and on since I arrived in Minnesota

17   about six years ago.

18        Q. Okay.  And how did you end up becoming a

19   freelance journalist?

20        A. Well, I moved to Minnesota to be close to my

21   daughter.  I didn't come here with like any job offer

22   or anything in hand.  I knew that, obviously,

23   journalism was an area where I had experience and until

24   I found a permanent job, it seemed like the thing to

25   do, so I started sending inquiries out after I arrived

Page 13

1    in Minnesota and found my first regular gig doing

2    write-ups for Public Radio International shows, taking

3    a radio script and turning it into a web article, or

4    just a recording of an interview and turning it into

5    either/or.

6         Q. Okay.  So you said before you came to Minnesota

7    you had experience in journalism.  What was your

8    previous experience in journalism?

9         A. Let's see if I can -- Is it alright if instead

10   of going backwards, I start from when I started?

11        Q. Sure.

12        A. Just because it is easier for me to remember in

13   that kind of order.  I studied geography and urban

14   studies -- essentially urban studies -- in school but

15   decided toward the end of my time that I wanted to sort

16   of be in the field, be in the writing, interviewing

17   people talking as opposed to doing policy work.  I got

18   a -- I worked -- I was in school and I had a job and I

19   got an internship or a chance to write for Alternative

20   Weekly.  That led me to get enough clips where I could

21   apply for an internship at a small local paper near

22   where I grew up in suburban Philadelphia.

23        From there, I sort of -- I got enough clips at the

24   end of school to apply for my first job, but I hadn't

25   studied journalism, and one way to break into the field

Page 14

1    is to go into remote areas.  So I got a job in rural

2    South Carolina at a city hall and crime cops reporter

3    for a small paper in Walterboro, South Carolina.  I

4    worked in that area of South Carolina for about two

5    years then mainly covering crime and politics and some

6    feature stories.  When you are at a small paper, you

7    have to do a lot.

8        From there, I went to -- my partner at the time had

9    -- you know, she had followed me to South Carolina, so

10   I agreed to follow her to her next spot and she wanted

11   to do a doctorate in south Florida.  From there just

12   went, but went to grad school, got an internship with

13   the Miami Herald, ended up working at the Miami Herald,

14   where I ended up with a job that is sort of an

15   assignment editor job, it's very similar to what I do

16   at FOX 9, but I was also overseeing some of their local

17   partnerships in terms of hyper-local or

18   neighborhood-local coverage.

19       That led me to eventually be recruited to be an

20   editor of what at the time was a start-up, Sacramento

21   Press, in Sacramento.  I was there for about a year and

22   a half or so, but the owner decided to sell.  It was a

23   privately-owned business, so helped wrap that up.  Took

24   a job with Fusion, which at the time was another

25   start-up, this one though with Disney and Univision.

Page 15

1    And I worked -- focused on Latin America there as an

2    editor and writer as needed in Univision's offices.

3    That also eventually slowly wound down and I, you know,

4    when I got laid off there, I got a severance check, I

5    came to Minnesota.

6         In Minnesota, I started freelancing for Public

7    Radio International.  I got a grant for a year to work

8    on sort of -- it was focused on the Syrian Refugee

9    crisis and a lot of youth protests were happening in

10   the world.  And from there -- that lasted a year.  Then

11   I went back to freelancing and I was at WCCO and then

12   after an extended period of freelancing, I went to WCCO

13   radio, worked there for a year or so, was part of a

14   mass layoff from Covid, went back to freelancing, which

15   concerns the period that we're talking about now, and

16   then FOX 9.

17        Q. All right.  Thank you.  You mentioned that when

18   you were working on this -- reporting on the Syrian

19   refugee crisis, that there was protests involved in

20   that.  Is that --

21        A. Yes.

22        Q. How so?

23        A. Well, there was a moment where there was like

24   flash points of youth protests around the world.  I'm

25   thinking like electric -- what was it -- I don't want

Page 16

 1    to -- I don't want to misstate the country's places.

 2    Yerevan is -- oh, what capital -- well protests in

 3    eastern Europe, protests in Central America were part

 4    of what I was assigned to do and oftentimes that would

 5    be involved finding English speakers that were part of

 6    those movements that could be on an MPR show and help

 7    explain what was happening from their perspective to

 8    the audience.

 9         Q. Did that involve traveling to these areas where

10    these protests were occurring?

11         A. No, it was all remote, because oftentimes it

12    would be -- one week it would be one place and another

13    week it would be another.

14         Q. So you said you didn't study journalism in your

15    undergraduate but you went to grad school.  Was that in

16    journalism?

17         A. No, I decided to do Latin American studies but

18    then ended up becoming full time at the Miami Herald

19    and dropping the pursuit of that degree just to focus

20    on the job, and also the kid at the time, so it became

21    more important to focus on the job while her mother was

22    in school.  So it was important that I would be

23    working.

24         Q. So please forgive my ignorance of the

25    journalism field.  Is there any sort of professional

Page 17

1    associations or other organizations that you belong to

2    as a journalist?

3          A. No, that's a fair question.  I think in terms

4    of applying to places, it's really -- it's -- your

5    credentials are your clips, the work that you have done

6    is the key thing.  I have been, at times, a part of the

7    Society of Professional Journalists here in the Twin

8    Cities and also a part of the On-Line News Association.

9          Q. Are there particular professional or ethical

10   guidelines that you follow as a journalist?

11         A. Yeah, I think there is a Society of

12   Professional Journalism.  SPJ has a good outline in

13   terms of those.  But, yeah, there is lots of moral and

14   ethical considerations that govern what we do.  And

15   some of them are in flux, yeah.  Go ahead.

16         Q. Sorry.  What do you mean some of them are in

17   flux?

18         A. Oh, just like any other profession.  There is

19   lots of discussion and debate around the guidelines.

20         Q. I guess, is there any -- as a lawyer, I'm a

21   member of the bar and if I, you know, were to have an

22   ethical violation, there could be a complaint and I

23   could be disbarred.  Is there any sort of similar

24   centralized organization for journalists --

25         A. No, and very intentionally, but no.

Page 18

1      Q. Okay.  So how is the understanding of what the

2   sort of professional standards and ethical standards of

3   journalism, how is that disseminated to anyone who is a

4   journalist?

5      A. I'm not even sure if that's for me to say.  You

6   know, it's -- it's something that you learn in practice

7   and from the editors that you work with and you -- the

8   key thing is to know the basics in terms of

9   independence and facts and reporting and also to

10  understand the specific guidelines of the publication

11  you are working for.

12     Q. Okay.  When you talk about independence, what

13  do you mean by that for a journalist?

14     A. You --

15          MS. TRIBIÉ:  For the -- Sorry, Mr. Goyette.

16  For the record, I'm just going to object to this line

17  of questioning.  For the record, I'm counsel for

18  Ms. Linda Tirado and I am going to object.

19  BY MS. ROBERTSON:

20     Q. So here is an example of when the attorney

21  objects and you still go ahead and answer the question.

22  So what do you mean by independence in journalism?

23     A. That you, in anything that you are covering,

24  you are not -- you have to maintain independence of

25  thought.  You are not on the side of any of the

Page 19

1    parties, that you are there as an independent observer

2    to document what happens in a way, as close to

3    objectively true as you can.

4         Q. And then individual publications that you work

5    for might have their own guidelines as to what, you

6    know, they believe their journalists should be doing or

7    not doing?

8         A. Yes.

9         Q. Okay.  And so you have talked a lot about, kind

10   of, you have worked in radio, you have worked, it

11   sounds like, in print media.  What other sort of

12   mediums of journalism have you worked in?

13        A. Well, Fusion was a cable network.  Sacramento

14   Press was a digital start-up.  Now I'm working for

15   local TV.  So it covered the major mediums.

16        Q. When you were a freelancer, did you take your

17   own photographs?

18        A. At times, yes.  And, also, when I was -- that

19   was also true when I worked at small publications, like

20   in South Carolina I would often have to take my own

21   photographs for stories I was working on.

22        Q. So did you have your own photography equipment?

23        A. Yes.

24        Q. Now, you talked a little bit about the work

25   that you did reporting on protests regarding the Syrian

Page 20

1   refugee crisis.  Prior to May 2020 had you done any

2   other reporting on protests?

3        A. Yeah.  A lot of the work I did at Fusion was

4   around a particular case in Mexico, the Ayotzinapa

5   case.  And that involved, in addition to a criminal

6   investigation where you had to follow, it also had a

7   protest movement associated with it.  And I would say

8   that it's, you know, covering social movements and

9   associated protests has been a -- one of the themes of

10  things I have come back to repeatedly.

11       Q. Why is that?

12       A. Because I understand how they -- I understand

13  how they operate and organize themselves.

14       Q. How is it that you have an understanding of how

15  they operate and organize themselves?

16       A. Experience on the ground.

17            MR. SCHWARTZ:  I'm not going to object.  I

18  am just going to note though that, you know, we do have

19  limited time this morning and that's because we made a

20  real effort to try to give you the opportunity to

21  examine Mr. Goyette prior to your deadline of today

22  that the court imposed.  And we are pretty far afield,

23  but it is up to you how you want to spend your time.

24            MS. ROBERTSON:  Okay, Mr. Schwartz, I

25  appreciate that.

Page 21

1   BY MS. ROBERTSON:

2        Q. All right.  Mr. Goyette, did your understanding

3   of how protests organize and operate come from being a

4   protester or come from your work as a journalist?

5        A. It came from my work as a journalist.

6        Q. Now, these other kinds of protest movements

7   that you have reported on, did you cover them kind of

8   from the field, from the midst of the protests?

9        A. No.  The -- I had some early experience with

10  that around when I was in college working with student

11  media and at the time, the internet wasn't as

12  ubiquitous as it is now.

13       Q. Okay.  Have you done much reporting from large

14  scale events where there is a lot of journalists out in

15  public with you?

16       A. Certainly in Minnesota because I was -- a lot

17  of the freelance work I did was for international or

18  national publications and they tend to cover Minnesota

19  when there are large scale events.  I'm sure it's

20  happened in other situations, but it is not as common

21  when you are in local news.

22       Q. When you are out in the field, how do you

23  identify other individuals as journalists?

24            MS. TRIBIÉ:  I'm just going to object as too

25  broad.

Page 22

1    BY MS. ROBERTSON:

2         Q. If you understand my question, go ahead.

3         A. It's a difficult question to answer, to be

4    honest with you, because it is very broad and a lot of

5    these things are contextual.  So it would really sort

6    of depend on the situation so I could answer more

7    precisely.  But, you know, you identify journalists by

8    principally what they are doing.  And how they are

9    acting in a situation is usually what identifies them.

10   Beyond that, there are signifiers in terms of dress and

11   equipment and everything like that, but I would say the

12   principle thing is how they are acting or what they are

13   actively doing.

14        Q. What kind of things that you observe would make

15   you think that person is a journalist?

16             MS. TRIBIÉ:  I'm also, for the record, going

17   to note that this is really outside of the scope of the

18   judge's order and what the scope of discovery is for

19   this deposition.

20             MS. ROBERTSON:  Okay.  Gaëlle, I think you

21   can make that objection shorter.  So, if you want to do

22   that next time, if you want to object, outside the

23   scope, you don't need a 30-second sentence.

24             MS. TRIBIÉ:  Now that I have established for

25   the record, let's just establish what the scope is for

Page 23

```
 1    the record and then I will make it shorter going

 2    forward, Heather.  So the scope of it is that this is

 3    solely for the city defendants to take discovery on the

 4    new request for injunctive relief in Plaintiffs' Second

 5    Amended Complaint.  So I will -- in the future when I

 6    object on that ground, that is because the questions

 7    are outside of the scope of the judge's order.

 8              MS. ROBERTSON:  Okay.  Sounds good.

 9    BY MS. ROBERTSON:

10       Q.  Okay.  So, Mr. Goyette, my question was

11    approximately, if you are out in the field, what kind

12    of things that you saw someone else doing would make

13    you think, that person is a journalist?

14       A.  They would be actively trying to document what

15    is happening through whatever means that they have

16    depending on the medium that they work in without

17    directly participating in the same way that the actors

18    would.

19       Q.  Okay.  Is it possible that they are just using,

20    for example, a smart phone to document?

21       A.  Yes, that's correct.

22              MS. TRIBIÉ:  Also, just for the record, can

23    we agree that any objections made by Mr. Goyette's

24    counsel are also lodged on behalf of Plaintiff Linda

25    Tirado as well.
```

Page 24

```
 1            MS. ROBERTSON:  I don't know that we need to
 2    agree to that.
 3            MS. TRIBIÉ:  Just for the sake of both of us
 4    not having to object at the same time.  If he objects,
 5    it also --
 6            MS. ROBERTSON:  Okay.  Your objection tag-on
 7    is noted.
 8    BY MS. ROBERTSON:
 9       Q. Okay.  So you mentioned what they were doing
10    would be your principle means of identifying them, but
11    you said also perhaps what they were wearing?  Did I
12    misquote you there?  I apologize if I did.
13       A. No.  In certain contexts, that can be useful.
14       Q. Okay.  And you said equipment; is that right?
15       A. That can be a signifier.  But it is not a
16    necessary signifier, but it can help in the
17    determination.
18       Q. What kind of equipment?
19            MS. TRIBIÉ:  Again, objecting to this line
20    of questioning as outside of the scope of discovery.
21    BY MS. ROBERTSON:
22       Q. What kind of equipment, Mr. Goyette?
23       A. First of all, I'm not really -- it is not --
24    this is not my area of expertise and I think -- but to
25    put it in the broadest way possible, anything that is
```

Page 25

1    used to document.  That could be a recorder, that could

2    be a notebook, that could be a camera, that could be a

3    smart phone used in specific ways.  Now, that's -- I

4    think the important thing is, I might be forgetting

5    something and I don't want to be put on the spot for

6    having to come up with a comprehensive list of all the

7    pieces of possible equipment that a journalist has to

8    have to be a journalist.  I'm not in a position to do

9    that right now, which is why I come back to the first

10   thing I said, which is that the principle thing is what

11   they are doing and how they are acting at the scene.

12        Q. Okay.  I think I understand what you are trying

13   to say.  And I am not trying to trick you into

14   forgetting something.  I'm just trying to get some

15   information.

16        Let me shift gears a little bit.  Do you have a

17   social media account?

18        A. Yes.

19        Q. And what social media forums do you have

20   accounts on?

21        A. Twitter, Instagram --

22             MS. TRIBIÉ:  I just object as outside the

23   scope of this deposition.

24   BY MS. ROBERTSON:

25        Q. All right.  Sorry.  You said Twitter,

Page 26

1       Instagram; is that right, Mr. Goyette?

2            A. Yes.

3            Q. Did you have any others?

4            A. Facebook.

5            Q. Facebook?

6            A. Linked In I don't really use.  Snapchat I don't

7       really use.  TikTok I use even less.  I recently had my

8       daughter not use it.

9                 MS. TRIBIÉ:  I'm just going to object just

10      again for the record.

11                MS. ROBERTSON:  I think your objection is on

12      the record, Gaëlle.  Thank you.

13      BY MS. ROBERTSON:

14           Q. Okay.  Social media, TikTok.  All right.

15      What's your Twitter handle?

16           A. My name.

17           Q. So --

18                MS. TRIBIÉ:  Objecting again as to

19      relevance.

20      BY MS. ROBERTSON:

21           Q. So @JaredGoyette; is that right?

22                MS. TRIBIÉ:  Objecting again as to

23      relevance.

24                THE WITNESS:  That's right.

25      BY MS. ROBERTSON:

Page 27

1        Q. Okay.  Has anyone besides you ever posted

2    content under your Twitter handle?

3                MS. TRIBIÉ:  Objecting as to relevance and

4    outside of the scope of this deposition.

5                THE WITNESS:  Not to my knowledge.

6    BY MS. ROBERTSON:

7        Q. So any tweets appearing as posted by Jared

8    @JaredGoyette would be written by you?

9                MS. TRIBIÉ:  Objecting to relevance and

10   outside of the scope of this deposition.

11               THE WITNESS:  Correct.

12   BY MS. ROBERTSON:

13       Q. Okay.  Thank you.  All right.  I want to shift

14   to talking about specifically protests at the end of

15   May of 2020.  Do you recall how you learned about the

16   murder of Mr. George Floyd?

17       A. I do.

18       Q. When did you learn about that?

19       A. I --

20               MS. TRIBIÉ:  Objecting as irrelevant.  I'm

21   sorry.  Go ahead, Mr. Goyette.

22               THE WITNESS:  No, I'm sorry.  I should have

23   waited.

24               I learned about it through a mix of that

25   evening, there -- I -- I don't remember what I was

Page 28

1    doing but I remember I wasn't focused on social media,

2    but I started to get -- started to see something about

3    a powerful video and then I started to get -- and then

4    got messages from organizers indicating that this is

5    something serious, and I went out to the scene the next

6    morning.

7    BY MS. ROBERTSON:

8        Q. And what scene was that?

9        A. The corner where it --

10       Q. And I mean, what location.

11       A. Yeah.  The corner where George Floyd was

12   killed.

13       Q. And that would be 38th and Chicago?

14       A. Yeah.

15       Q. And were you out there trying to cover the sort

16   of reaction to the murder or were you just there sort

17   of --

18       A. Yeah, I was -- I had a standing contract with

19   the Washington Post and I had had some initial

20   communication from them that this is something that we

21   should cover.  They okayed it.  And I went out.

22       Q. Was this the kind of situation where you agreed

23   to kind of a set number of days or was there a

24   particular story that you were covering?

25       A. You know, it evolved into a set number of days.

Page 29

1   The -- but, yeah, it was -- the first thing I did was

2   to get approval, so I knew that who all I was with and

3   then went to the scene and I think that we figured out

4   the details in terms of how to approach it later.  The

5   key thing was that once -- was to get there as soon as

6   I could.

7        Q. So you were at 38th and Chicago on the morning

8   of, you said the morning after that he was killed?

9        A. Uh-huh.

10       Q. So that would be May 26th, 2020?

11       A. Correct.

12       Q. Okay.  And when you were at that location, did

13   you see any members of law enforcement?

14       A. No.  Well, I'm trying to -- again, I don't want

15   to forget.  I did have the impression that police were

16   not trying to maintain a very active visible presence

17   at the scene.  It was mainly protesters or the

18   beginning of protesters.  But that's not to say that

19   there wasn't an officer present at all.  I don't want

20   to, you know, neglect to say that if there were.

21       Q. Okay.  So it sounds like you just don't

22   remember.  Is that fair?

23       A. Yeah, I can safely say there was not a big

24   presence, but I can't say for sure whether -- I'm not

25   saying there was no police there.

Page 30

1        Q. Okay.  So when did you first notice the

2    presence of law enforcement, either there or somewhere

3    else?

4        A. I -- where I remember it most distinctly was at

5    the Third Precinct when there was a march from -- that

6    evening, there was a march from 38th and Chicago to the

7    Third Precinct.

8        Q. Did you walk with the people who were marching,

9    I mean, just to be present?

10       A. Well, I was filing feeds to the Washington Post

11   at that time.  So I remember -- I would have filed a

12   feed from the initial event at 38th and Chicago, then

13   during the march I would keep doing another interview,

14   send that feed, so I wasn't -- I was in the -- I was

15   sort of running around in the -- within the march doing

16   interviews and then stopping and then sending a feed

17   and then going back and getting more information and

18   sending more feeds.

19       Q. So if you remember, what equipment did you have

20   with you?

21            MR. SCHWARTZ:  Do you want to pin this down

22   on what day and event you are talking about?

23            MS. ROBERTSON:  Sure.  I'm happy to do that.

24   BY MS. ROBERTSON:

25       Q. On May 26, 2020, when you are kind of, you

Page 31

```
 1    said, talking to people, you know, in the march on your

 2    way to the Third Precinct, what equipment did you have

 3    with you?

 4              MS. TRIBIÉ:  I am just going to object as

 5    relevance and outside of the scope of this deposition.

 6              THE WITNESS:  During that time period, I had

 7    with me a basic DSL camera, a monopod, my phone, and a

 8    radio recorder and a notebook and a pen.

 9    BY MS. ROBERTSON:

10         Q. Did you have these with you on multiple days

11    when you were covering protests at the end of May?

12         A. Yes.

13         Q. And I am just going to ask you in a little bit

14    more detail about this equipment.  When you said a

15    basic DSL camera, can you describe that a little bit

16    more?

17         A. Yes --

18              MS. TRIBIÉ:  I'm going to object again as to

19    relevance and outside of the scope of this deposition.

20    BY MS. ROBERTSON:

21         Q. You can go ahead.

22         A. I had a Lumix camera, I can't remember the

23    model number right now.

24         Q. Okay.

25         A. But, you know, that had a -- I had two lenses.
```

Page 32

1    One shorter, one longer.  That camera would be good for

2    video or potentially photos.  I had a monopod, I don't

3    remember the model, but that was to stabilize the

4    camera for videos.  And it was a monopod because you

5    can carry that more easily and it is more mobile in

6    places like marches or protests.  The video recorder I

7    didn't need as much but that was to get, if needed,

8    higher quality audio, which should become relevant

9    later.  Phone, principle thing for communicating with

10   editors, et cetera.  It is also likely that I had a

11   laptop at different points in a bag that I would carry

12   with me when it became necessary to sort of sit down

13   and write a story or write a longer feed.

14       Q. All right.  And can you indicate to me how

15   large the camera was that you were carrying?

16           MS. TRIBIÉ:  I'm going to object as to

17   relevance and outside of the scope of this deposition.

18   BY MS. ROBERTSON:

19       Q. Either you can hold your hands up or give me an

20   estimate in inches, whatever works for you.

21       A. (Witness indicating by holding hands up.)

22       Q. Okay.  So I'm going to estimate.  Is that to

23   say like eight inches?

24       A. Yeah.  It's --

25           MS. TRIBIÉ:  I'm going to object as to

Page 33

1   relevance.

2            THE WITNESS:  Yeah.  It's something of that

3   nature.  It's one that can be held around your neck.  I

4   was equipped to record and also be mobile.

5            MR. SCHWARTZ:  I -- never mind.  Go ahead.

6   BY MS. ROBERTSON:

7      Q. Okay.  So the monopod you were carrying, if I

8   am understanding correctly, is it just basically like a

9   stick that you can use to hold the camera on?

10           MS. TRIBIÉ:  Objecting as to relevance and

11   outside of the scope of this deposition.

12           THE WITNESS:  Yes.  The camera affixes onto

13   the top so that the -- it can remain steady as opposed

14   to -- or more steady than you would have if you were

15   just holding it in your hands.

16   BY MS. ROBERTSON:

17      Q. Is it balanced -- or not balanced -- but do you

18   use the ground to help stabilize the monopod?

19      A. Yes.

20           MS. TRIBIÉ:  Objecting to relevance, outside

21   of the scope of this deposition.

22   BY MS. ROBERTSON:

23      Q. So it would have to be pretty tall; is that

24   right?

25      A. Uh-huh.

Page 34

1              MS. TRIBIÉ:  Objecting to relevance and

2      outside the scope of this deposition.

3              (Court reporter requesting witness answer

4      with a word.)

5              THE WITNESS:  Oh, sorry.  The monopod would

6      come to my chin and I am 5'10".

7      BY MS. ROBERTSON:

8          Q. Does the monopod collapse or change length?

9              MS. TRIBIÉ:  Objecting as to relevance and

10     outside of the scope of this deposition.

11             THE WITNESS:  Yes, it can get shorter.

12     BY MS. ROBERTSON:

13         Q. How short does it get?

14         A. I --

15             MS. TRIBIÉ:  Objection.  Relevance.

16     BY MS. ROBERTSON:

17         Q. All right.  Go ahead.  How short does it get?

18         A. I can't remember how short this particular

19     monopod would get.  I was principally using it all the

20     way as a way to stabilize the camera or I would shrink

21     it or I would put it into my bag and my bag is about

22     this big (indicating) so maybe, you know, I would have

23     had a bag like this (indicating).

24         Q. Okay.

25         A. And it would be able to fit, if not entirely,

Page 35

1    at least partially into the bag.

2         Q. Okay.  Does that look like a sort of standard

3    messenger bag that appeared to be, I don't know, maybe

4    18 inches wide?  Would that sound accurate, from my

5    description of your bag?

6         A. Yes.  Uh-huh.

7         Q. All right.  And you said a notebook and pen you

8    might have been carrying?

9         A. I was.

10        Q. How large of a notebook?

11             MS. TRIBIÉ:  Objection as to relevance.

12             THE WITNESS:  Standard reporter's notebook.

13   BY MS. ROBERTSON:

14        Q. Forgive me.  I don't know what that -- you

15   know, I have an idea from like movies and stuff but --

16        A. They are narrow and long.  They are designed to

17   be narrow enough to be able to fit comfortably in the

18   back pocket of pants and they are, not a foot long

19   (indicating with hands) but, well, ten inches long.

20   They tend to come in standard sizes so that, you know,

21   that can be looked up.  I just don't know off the top

22   of my head.

23        Q. Okay.  Were you wearing any press credentials?

24        A. I had a basic lanyard press credential.  I

25   think it was from the Society of Professional

Page 36

1    Journalists.

2         Q. How large is the credential that you were

3    wearing?

4              MS. TRIBIÉ:  Objection to relevance and

5    outside of the scope of this deposition.

6              THE WITNESS:  I don't remember.

7    BY MS. ROBERTSON:

8         Q. Would you say it is, you know, about the size

9    of your cell phone, for example?

10              MR. SCHWARTZ:  Objection --

11              MS. TRIBIÉ:  Objection also.

12              THE WITNESS:  Again, I don't remember.

13    BY MS. ROBERTSON:

14         Q. Okay.  Would you say it is as large as an

15    8-by-10 piece of paper?

16              MR. SCHWARTZ:  Objection.

17              MS. TRIBIÉ:  Objection.

18              THE WITNESS:  A standard press credential at

19    that point would have been larger than a cell phone but

20    not as large as a piece of paper, a standard set of

21    lanyard ID.

22    BY MS. ROBERTSON:

23         Q. Okay.  Were you wearing any other clothing?

24    And I guess I should specify the date.  On May 26th,

25    were you wearing any clothing that said "press"

                                                            Page 37

1    conspicuously?

2               MR. SCHWARTZ:  Objection, outside the scope.

3    BY MS. ROBERTSON:

4        Q. I'm sorry.  Did you answer, Mr. Goyette?  I

5    didn't hear.

6        A. Yeah, I attempted to dress specifically in a

7    formal way that would differentiate me from protesters.

8    You know, we -- early on, we didn't yet know the degree

9    of mass protests that were occurring or about to occur.

10   But even at that early stage, I tried to -- I wore

11   slacks, I wore a dress shirt and, you know, put effort

12   into making sure that I did not visibly look like a

13   protester.

14       Q. Okay.  So you said the first time you

15   encountered law enforcement or saw law enforcement

16   presence was when you arrived at the Third Precinct.

17   Am I remembering that correctly?

18       A. That is the first distinctive memory I have of

19   it.

20       Q. What do you remember law enforcement to be

21   doing at the Third Precinct on May 26th?

22               MS. TRIBIÉ:  I'm just going to object as to

23   relevance and outside of the scope.

24               MR. SCHWARTZ:  Yeah, I will join in that

25   objection.  And, just to be clear, you were shot on the

Page 38

1    27th.  I believe that is the scope of your authority to

2    take this deposition is the assault on the 27th, but go

3    ahead.

4              MS. ROBERTSON:  Okay.

5              THE WITNESS:  I don't -- I am very wary of

6    describing something from the 27th when I mean to be

7    describing the 26th.  So I don't want to misspeak in

8    that regard.

9    BY MS. ROBERTSON:

10        Q. Okay.

11        A. I do remember -- if I remember correctly, there

12   was a line of police by the precinct and there were

13   protesters that had already been there for sometime

14   when the march arrived, which is to say that the

15   protests had already been happening, but I wasn't there

16   until the march arrived there.  I remember that it

17   started to rain and that there had already been tear

18   gas fired at protesters at that point.  A distinctive

19   memory I have is a kind of call in response that police

20   did amongst themselves at one point that I interpreted

21   as kind of a moral-boosting activity, if you will.  I

22   think I described that in a tweet.

23        Q. Okay.  And on May 26th when you were reporting

24   outside the Third Precinct or, sorry, when you were

25   present outside the Third Precinct, did you have any

Page 39

```
1    interactions with law enforcement personally?
2                 MR. SCHWARTZ:  Objection.  Outside the
3    scope.
4                 MS. TRIBIÉ:  Objection.  Relevance.
5                 THE WITNESS:  I don't remember any direct
6    interactions now.
7    BY MS. ROBERTSON:
8        Q.  Okay.  So I'm trying to think of the best way
9    to get the information that I am looking for.  So
10   during the time that you were covering the response to
11   Mr. Floyd's murder, do you believe that law enforcement
12   officers singled you out because you were a journalist?
13                MS. TRIBIÉ:  I'm just going to object as
14   outside of the scope on what's been permitted for this
15   deposition.
16                THE WITNESS:  Yeah, I think your -- if
17   you're talking about the 27th when I was shot, in that
18   scenario, which we haven't gotten to in the course of
19   this discussion, but in that scenario, what I saw was
20   officers on the roof who were slowly and intentionally
21   targeting individuals with less than lethal projectiles
22   and, as far as I could tell, independently, whether
23   they were engaged in violent or illegal activity, those
24   officers did not seem panicked or rushed or under
25   threat.  And I believe that the officer who shot me did
```

Page 40

1    so knowing that I was press.

2    BY MS. ROBERTSON:

3         Q. Okay.  And I want to get into all of that and

4    talk about that.  But I just want to make sure that I'm

5    not missing any other occasions besides the ones, you

6    know, that you have just mentioned on the 27th where

7    you felt that you were singled out by law enforcement

8    because you were a journalist.

9         A. Well, there was the --

10             MR. SCHWARTZ:  Objection to scope and

11    relevance.

12             MS. TRIBIÉ:  Same.

13             MR. SCHWARTZ:  But go ahead.

14             THE WITNESS:  I think I was -- the thing

15    that immediately comes to mind is that after that,

16    there was a curfew protest or a protest happening

17    around the time of curfew.  I was, you know, already

18    had been injured, I was injured and operating with a

19    bandage on my eye and officers were approaching a line

20    of protesters.  I was, as always, off to the side and

21    as they -- but as they passed, they pointed their --

22    and I started to say "press" and they pointed their

23    guns at me.  And I started to yell "press" again

24    because I was afraid of getting shot again.  I was with

25    another journalist who was doing the same thing.  And

Page 41

1    then I remember one of them telling me we need to shut

2    up.  And then after that, after that line had

3    dissipated, an officer came in a -- rolled up to the

4    journalist I was with and told me directly that he

5    wished he -- that he wished he could have hurt me, that

6    he wished he could have pegged me.  So that was another

7    interaction which I felt very directly targeted.

8    BY MS. ROBERTSON:

9        Q. Okay.  And I want to talk about that, too.  I

10   just want to make sure I know the universe of what we

11   need to talk about.  Were there any other incidents

12   where you felt you were singled out as a journalist

13   during that time period?

14       A. No.

15       Q. All right.  So now I do want to talk about

16   May 27th.  When did you start -- or I should say, on

17   the 27th, when were you first in the presence of law

18   enforcement?

19       A. I started reporting that day in the vicinity of

20   38th and Chicago.  Most of my interactions in that area

21   did not directly concern law enforcement, although

22   there was, I think, a light presence.  And, again, when

23   moving out of 38th and Chicago, I heard helicopters and

24   then as I was driving -- yeah, I specifically heard

25   helicopters and thought I should stop by the Third

Page 42

1    Precinct to see what was happening there.

2         Q. Do you remember what time that was?

3         A. It would have been sometime between 5 and

4    as in the late evening or early evening.  Sorry.  Not

5    late.

6         Q. And how did you get from 38th and Chicago to

7    the Third Precinct?

8         A. I drove.

9         Q. Were you with anyone else?

10        A. No.  I was in communication with Slack, with

11   editors, the Washington Post that were in Washington,

12   DC and with reporters and photographers who were on the

13   ground.

14        Q. How were you in communication with them?

15        A. Slack.

16        Q. Oh, I'm sorry.  Slack.  Okay.

17        A. Yeah.

18        Q. So you were in direct communication with other

19   reporters who were also on the ground?

20             MS. TRIBIÉ:  I'm going to object as to scope

21   and relevance.

22             THE WITNESS:  Yeah, it's a Slack channel, so

23   you simultaneously are communicating with people that

24   are on the ground and with people that are not -- that

25   are in DC.

Page 43

1    BY MS. ROBERTSON:

2        Q. Okay.  Okay.  When you got to the Third

3    Precinct, or at least in the vicinity of the Third

4    Precinct, I'm just trying to think, did you choose a

5    specific location to sort of stop and see what was

6    going on or were you more mobile?

7        A. I started -- I think I parked at the Target and

8    first tried to assess things from there as I

9    approached.

10       Q. Okay.  And what did you observe as you were

11   assessing things from the Target parking lot?

12       A. A number of things.  I observed that there were

13   groups of protesters on two sides of the precinct, the

14   side that I was at and, well, the side by the

15   intersection.  I observed that there was a line of

16   police officers, I think, facing the group in the

17   intersection by the precinct.  I observed that there

18   were officers on the roof who appeared to be credibly

19   firing down, and I also observed, you know, individuals

20   throwing debris or water bottles and things harder than

21   water bottles at police.

22       Q. Okay.  So when you say there was a group of

23   protesters on two sides, can you make it a little more

24   clear for me what sides you are talking about?

25       A. There is the side of the Target and then there

Page 44

```
 1    is -- well, there is an intersection, right, can you
 2    see this like a T (indicating with his hands)?  So you
 3    have the base of the T, here is the Target right here,
 4    there is some people, and then on the other side you
 5    have a larger group here.  I know for the court
 6    reporter's sake, how do I describe this.  It is like a
 7    T, it's like a square, and I'm indicating that there is
 8    two sides, Target on one side and the other side, I
 9    guess this would be -- I can't remember the
10    intersection right now -- but this is the prominent
11    intersection right here.  Over here would be the liquor
12    store, down that way would be Moon Palace Books, but,
13    yeah, two sides.
14         Q. Would it help you to look at a map of the area?
15         A. Yeah, sure, that would.  I can probably
16    describe it better.
17         Q. Let me see what I can do here.  Okay.  Now I'm
18    sharing my screen, which is showing a Google map of the
19    area of Lake and Minnehaha.
20         A. Yeah.  So I'm describing the, you know, one
21    group that's -- that's on Lake, one group that's by the
22    parking area, and the other --
23         Q. Parking area of the Target?  I'm sorry to
24    interrupt you.
25         A. Yeah, the parking area of the Target is one
```

Page 45

```
 1    line and then there is another group gathered at this
 2    intersection of Minnehaha and Lake.
 3         Q. Okay.  And they were in the intersection
 4    itself?
 5         A. Yeah.
 6         Q. Okay.  I will stop the sharing for a minute.
 7    And so where did you go?
 8         A. At first, I just stood at the -- near the
 9    parking itself.  Near that -- near the -- not -- it was
10    just not very far from my car, but I observed there,
11    documented there, sent an initial feed in from there.
12    Then I saw a young man sort of spread out on the ground
13    in front of me.  I saw him a moment after he had been
14    injured.  He was bleeding from the head.  And people
15    were trying to help him and I began to focus on that,
16    which was just down the green slope from the parking
17    onto the street itself.  Actually, no, it may not have
18    gone to the street itself, but it was in that area
19    between the Target parking and the street itself, the
20    street in front of the Third Precinct.
21              (Exhibit 1 marked for identification.)
22         Q. All right.  I'm going to show you what I will
23    ask to be marked as Exhibit 1.  And I'm sorry.  You
24    won't be able to control it, so you can just ask me to
25    kind of scroll down.  It's just a few pages long.  So
```

Page 46

```
 1    hold on one second.  All right.  I'm going to scroll
 2    down.  And just let me know once you have had a chance
 3    to see what's on the screen.
 4         A. Karen wants to be able to see what this is.
 5               MS. SCHANFIELD:  Do you mind if I just look
 6    over his shoulder since the screen sharing function --
 7               MS. ROBERTSON:  No, not at all.
 8               MR. SCHWARTZ:  Heather, do you have a Bates
 9    Number for this or did you pull this from another
10    source?
11               MS. ROBERTSON:  No, it's something that I
12    pulled.
13               MR. SCHWARTZ:  Okay.
14               MS. TRIBIÉ:  I'm just going to object to
15    this now that I have seen it as outside of the scope of
16    the permitted deposition and to relevance.  And, I
17    mean, it is also hard for us to read it because this is
18    being scrolled very quickly.
19               MS. ROBERTSON:  Okay.
20    BY MS. ROBERTSON:
21         Q. Have you had a chance to look at those,
22    Mr. Goyette?
23         A. Yeah.
24               THE WITNESS:  I just need to take a break
25    here if that's okay just to get water and to use the
```

Page 47

```
 1    rest room.

 2               MS. ROBERTSON:  Okay.  That's fine.

 3               MS. TRIBIÉ:  How long of a break are we

 4    taking?

 5               MS. ROBERTSON:  Let's take 5 minutes and

 6    come back at 9:20.  And I am going to e-mail everybody

 7    a copy of this PDF document just so you can see it

 8    better.

 9               MS. TRIBIÉ:  Yeah, that would be helpful.

10               MS. ROBERTSON:  So we can go off the record

11    until 9:20 then.

12               (Break taken from 9:15 a.m. to 9:24 a.m.)

13    BY MS. ROBERTSON:

14        Q. Okay.  Mr. Goyette, so I'm showing you -- and I

15    went through that document.  Do you recognize what was

16    in there?

17        A. Yes.

18        Q. What are they?

19        A. They are tweets.

20        Q. Are they your tweets?

21        A. Indeed, they are.

22        Q. All right.  And then I'm going to ask you about

23    this one that is on page 6.  I'm more interested in the

24    picture than the verbiage.  This photograph, did you

25    take that?
```

Page 48

1        A. I did.

2        Q. And does that show the young man that you were

3    talking about?

4        A. It does.

5        Q. Okay.  And just to try to get an idea of where

6    this was, I think you were describing it as sort of a

7    green slope by the parking lot.  How close was that to

8    the intersection of Minnehaha and Lake, if that makes

9    sense?

10        A. Can you put up the map again?

11        Q. Sure.  I'm sorry, this is an image of the area.

12    Here is the map again.

13        A. Oh, I guess you can go back.  It would -- it

14    was on Lake closer to the parking area than it was to

15    the intersection, like a little bit further -- this

16    would be a little bit east, like a tick east of the

17    intersection and north.

18        Q. Okay.  East and north.  But it was still on the

19    side with the Target?

20        A. Yeah, it was closer to the corner though as I

21    recall.

22        Q. Okay.  Close to the corner on this sort of

23    green area?

24        A. Yeah.

25        Q. Okay.  And so how long were you there with him

Page 49

1    or with the people around him?

2        A. I would have to actually -- I don't want to say

3    for sure.  I mean, I think you can measure that by

4    looking at the live streams present and calculating the

5    amount of minutes that he was on the ground, but I was

6    there for the entire duration of him being there

7    because I was there -- when I initially saw him, there

8    wasn't a large group around him.  And I was -- so I was

9    there from the beginning until he was moved.

10       Q. Okay.  Maybe it will be easier if we just sort

11   of go through the tweets that you posted.  So I'm going

12   to share my screen again.  Okay.  So this first tweet

13   that starts out, "A protester, a young man went down

14   hard after getting hit in the side of the head."  The

15   time stamp at the bottom of this is 5:59 p.m.  Does

16   that appear correct?

17       A. It does.  But there is an important caveat

18   here, which is that when there are large groups of

19   people at protests, all using mobile phones, there is

20   sometimes a delay between when you hit send and when it

21   posts.

22       Q. Okay.

23       A. And I can't remember what the delay was at that

24   time.

25       Q. Okay.  Okay.  And then it looks like there is a

Page 50

1    post at 6:01 p.m.  But again, I understand your caveat

2    there.  That "His eyes are closed.  I'm not posting

3    images out of respect."

4         A. I was close to him at the time.  And I felt

5    weird about sticking a phone in someone's face while a

6    paramedic is trying to tend to them.

7         Q. And then, "He seems to be hurt badly.

8    Protesters are carrying to safety."  That was posted a

9    minute later.

10        A. It strikes me as likely that these tweets were,

11   how do I put it, pending, and then all posted at once

12   as opposed to this being an actual depiction of the

13   time that occurred between the individual events.  A

14   better way to calculate the time would be to look at

15   the, at least one live stream that was happening.  That

16   gives you a better sense of the passage of time because

17   while it is not sped up or slowed down in the way that

18   -- that this could be.

19        Q. Do you remember what the live stream was?  Was

20   that your live stream?

21        A. No.  One of the prominent ones was -- I'm going

22   to mispronounce it.  Sippyzooms?  It's a hip-hop

23   producer, local, that was live streaming.  Someone

24   replied in the thread to it at one point.

25        Q. Okay.

Page 51

1        A. I interviewed him later for a Washington Post
2    piece about another issue, but, yeah, there was one
3    live stream there.
4        Q. So that's Mr. -- not Mr. -- but Sippyzoom or
5    something to that effect?
6        A. Yeah --
7        Q. And it is -- I apologize.  It is referenced in
8    the thread of your tweets?
9        A. Yeah, someone else referenced it and said like,
10   hey, is this the incident.  And that would give you a
11   better sense of passage of time than these tweets
12   would.
13       Q. Understood.  But this one says, "Protesters are
14   carrying him to safety."  Do you remember where they
15   carried him?
16       A. Yeah, they -- Well, I think I indicated that.
17       Q. You can scroll down.
18       A. Yeah.  There was a parking lot area in front of
19   the Wendy's.  And where we were initially, there was a
20   lot of anxiety that, you know, it didn't seem -- we
21   wanted to move him out of the potential of getting hit
22   -- of getting shot again.
23       Q. Okay.  All right.  So I'm going to switch over
24   to the map again.  The intersection of Minnehaha and
25   Lake.  You said, I believe, that he was on this

Page 52

1    northeast corner of the intersection on that sort of

2    grassy knoll.  There is the Wendy's that's indicated

3    across Minnehaha.  Does that appear accurate to your

4    recollection of the layout at the time?

5        A. Yes.

6        Q. Okay.  And then there is also an Auto Zone

7    store on this side of the corner of -- sorry, that's

8    actually the northeast corner of the quadrant --

9        A. Yeah, I misspoke, sorry.  I didn't --

10       Q. I understand.  Cardinal directions are not my

11   forte.

12       A. Yeah.

13       Q. Okay.  So the Target was on the northwest

14   corner.  Is that right?

15       A. Yeah, the Target appears to be on the northwest

16   corner.

17       Q. So I guess my question for you is, when you

18   said you were at the parking lot by the Wendy's, were

19   you behind or was he behind this Auto Zone store?

20       A. Yes.

21       Q. Okay.  And you said you were close to the group

22   that was with him.  Is that accurate?

23       A. Yes.

24       Q. All right.  Back to the tweets.  Your next

25   tweet talked about that there were concussion grenades

Page 53

1    going off and the crowd scattering periodically.  And

2    that was posted a few minutes later.

3        A. Yes.

4        Q. Does that seem, at least the gap in-between,

5    seem more accurate than the previous tweets?  That was

6    a five-minute gap.

7        A. Yeah, it does, but I don't want to be, you

8    know, I don't want to be relied on for an accurate

9    sense of exactly how many minutes passed considering

10   the way, you know, considering the heightened nature of

11   that scene and the time that has passed.

12       Q. Okay.  From where you were, near this injured

13   young man, what were you able to see of what was

14   happening in front of the precinct?

15       A. The -- I was able to see that the protesters

16   would start a chant, get energy going in terms of the

17   strength of the chant, the amount of people

18   participating, then at some point, there would be a

19   police response with concussion grenades and tear gas

20   and they would sort of scatter.  And then they would

21   slowly build up again.  And that seemed to be something

22   of a pattern, yeah, that I could -- yeah.

23       Q. Okay.  I appreciate that description.  But I'm

24   also wondering like visibly, what were you able to see?

25   What was your line of site from where you were

Page 54

1   standing?

2        A. I could see to the roof of the precinct, and I

3   could see the protesters in the intersection.  Yes.

4   Now I'm describing the initial -- there is two areas.

5   In the initial area, where, you know, there was -- it

6   was more in the middle of everything.  I could see the

7   officers.  At one point I specifically tried to sort of

8   make eye contact, indicate that I was a journalist,

9   because I realized that we were close to the roof.

10  There was a group of people gathering and that would

11  get their attention.  So I remember sort of pointing to

12  my notebook and looking at an officer trying to convey

13  who I was, and then the second location was slightly

14  removed and it was when I started to move away from the

15  parking lot and the Wendy's that I was hit -- or how do

16  I put it -- I was shot when I was -- after he had been

17  taken away and I started to edge back towards the

18  intersection, but I was taking a moment before

19  re-entering the -- that area when I was shot.

20       Q. Okay.  We are making our way toward that event.

21       A. I guess what my line of sight was, and there is

22  different moments, so it's hard to answer, yeah.  Okay.

23       Q. And just so I'm a hundred percent clear, when

24  you say the first area and you describe the initial

25  area and you described your line of sight, that was on

Page 55

1   that grassy knoll, if we --

2       A. Yeah.  It's important to note that I -- I was

3   trying to keep my wits about me, trying to keep my

4   situational awareness, that I wouldn't stand in one

5   place with my eyes fixed in one place.

6       Q. Okay.

7       A. I would, you know, go from one side or the

8   other of the group.  I would look beyond the group.

9   Again, trying to both focus on the efforts to treat

10  this young man who seemed at the time to be in serious

11  condition while also keeping awareness of what was

12  happening in the larger area.

13      Q. Okay.  And so you described the second location

14  as this being somewhat removed and that's when you were

15  in that Wendy's parking lot?

16      A. Correct.

17      Q. Okay.  And so I guess my question is, what were

18  you able to see from that location?

19      A. Initially, I was focused on him, but as he was

20  taken away -- can you bring up the map again?

21      Q. Sure.  All right.

22      A. So if we are in the Wendy's parking lot, you

23  know, I remember the car coming and taking him and then

24  me, I moved east slightly beyond the Auto Zone, and

25  from there I could see the intersection of Lake and

Page 56

```
 1    Minnehaha, from one side.  I couldn't -- I was -- you

 2    know, it should be clear that I am seeing the -- well,

 3    yeah, I'm seeing the side of the intersection, if

 4    you're -- yeah, hopefully that's understandable.

 5         Q. All right.  So you're seeing it, you are on the

 6    east side of the Auto Zone store.  Is that accurate?

 7         A. Um, yes, yeah.

 8         Q. Okay.  And so from wherever you were standing,

 9    you were able to see around the Auto Zone store?

10         A. Well, because what I remember is that -- I

11    remember looking up from, you know, as I turned my

12    attention away from him being taken away, I saw police

13    -- a larger presence of police arriving and people on

14    horseback.

15         Q. Okay.  Do you remember where you were when you

16    were seeing all of this?

17         A. Where I just described.

18         Q. Okay.  I guess my question is, were you still

19    kind of back by the Wendy's parking lot or were you

20    closer, coming around the outside of the Auto Zone

21    store?  Does that make sense?

22         A. Yeah, if I could point toward the -- was that

23    the west side?

24         Q. This is the east side.  The east side is the

25    right hand side of the screen.
```

Page 57

```
 1          A. Oh okay.  So I would have been west.  I would
 2     have been west of the Auto Zone headed -- okay.  I need
 3     to mark this for myself.  West is over here on my left.
 4     Okay.  I would have been moving west like a little bit
 5     to see -- to see the gathering of police on Minnehaha
 6     and Lake.
 7          Q. All right.  So you were coming towards the west
 8     side of the Auto Zone store, so toward the left hand
 9     side of the screen toward Minnehaha?
10          A. Yeah, I didn't actually reach Minnehaha though.
11          Q. Okay.
12          A. And this is not an exact approximation.
13          Q. That's all right.  I'm just trying to get as
14     good of an idea as I can of where you were.  How long
15     were you there before you got struck in the face?
16          A. I don't want to give inaccurate time stamps,
17     but as I remember it, he was -- the young man who, as
18     it turns out was not a protester but a YouTuber I would
19     later learn, was treated there for several minutes.
20     How long that was, I can't say right now in front of
21     you today.  Like, I'm not sure.  It was less than
22     twenty minutes, more than five.  And, yeah, I guess
23     that answers your question.
24          Q. Okay.  And you saw him leave or taken in a car,
25     taken away?
```

Page 58

1          A. I saw people carefully -- there was a volunteer
2    -- there was a fire fighter in the group who also works
3    as a first responder.  She was sort of taking on a
4    leadership role because of her expertise and she helped
5    them carefully -- there was fear of head injury -- and
6    she coordinated people lifting him up and putting him
7    in the back seat of her car.
8          Q. Okay.
9          A. An SUV.
10         Q. Okay.  Did you see the car leave?
11         A. I did.
12         Q. All right.  Do you remember which way it went?
13         A. I think it would have gone north on Minnehaha,
14   but all I know for sure is I saw it leave.  You know, I
15   didn't track it, if that makes sense.
16         Q. Yes, that makes sense.  And then I thought you
17   had said before that you were sort of gathering
18   yourself.  Did you use those words?
19         A. Yes.
20         Q. How long were you doing that after the car
21   left?
22         A. A few minutes.  I can't say for sure.
23         Q. And were you still on the western side of the
24   Auto Zone?
25         A. I would have been in that general vicinity.

Page 59

1        Q. Okay.  So that's the side closer to Minnehaha?

2        A. Yes.

3        Q. I believe you had also mentioned you saw horses

4    come into the intersection?

5        A. Yeah.  I remember seeing like a -- you know,

6    police gathering at that intersection in riot gear.

7    You know, I tweeted that there were horses, so I must

8    have seen them.  I have a blurry memory of that part of

9    it.

10       Q. Okay.  And you tweeted that, you say you

11   tweeted that before you were struck in the face?

12       A. Yes.

13       Q. Did you move your position at all after you

14   posted that tweet and before you got hit in the face?

15            MR. SCHWARTZ:  I'm going to object to your

16   use of the term "hit in the face," but go ahead.  He

17   was shot.

18            THE WITNESS:  I can't say for sure if I

19   moved my position.  I don't recall.

20   BY MS. ROBERTSON:

21       Q. Okay.  All right.  So why don't you describe

22   for me what happened next?

23       A. What I remember is that I had taken a moment,

24   you know, the -- seeing the efforts to help that young

25   man had -- it was very tense and sort of a draining

                                                          Page 60

1      situation.  As I said in the tweets, I saw him

2      convulsing, I thought that his life was in danger from,

3      you know, getting shot in the head from the officers on

4      the roof.  And I wanted to take a moment to gather

5      myself and to let my daughter know -- let my editors

6      and my daughter know that I was okay and that I was

7      going to move on to the next -- to sort of another

8      thing they needed me to do.

9           Q. Okay.

10          A. Or I wanted to touch base with them.

11          Q. All right.  Were you able to do so?

12          A. I know that I -- I can't recall to the degree

13     with which I touched base with the editors or not.  I

14     know that was on my mind at that juncture.  The first

15     thing I did was respond to my daughter.  She was

16     worried.  I checked to make sure I wasn't around anyone

17     and that I was off to the side, because I'm continually

18     checking myself.  You know, am I off to the side, you

19     know, am I not in the direct line between protesters

20     and police.  The one moment where I got close to that

21     was when the person who was being treated was closer to

22     the precinct itself and I couldn't move because he was

23     being treated there, is that's when I tried to signal

24     to the officers to make sure they knew who I was.  So

25     I'm constantly checking myself to make sure I'm not in

Page 61

1    a direct line.  And so I messaged her and everything

2    goes black.

3         Q. And so what is the next thing you remember

4    after everything went black?

5         A. I remember I'm on the -- it's sort of a

6    realization, if you will, that I'm screaming, and that

7    I'm on the ground.  And there is people trying to talk

8    to me and there is a searing pain in my eye.  It almost

9    happened in that order in terms of -- it wasn't like I

10   -- it wasn't almost -- it was a realization that these

11   things were happening, if that makes sense.

12        Q. Okay.  All right.  And then what happened?

13        A. I was in a lot of pain.  I was scared because I

14   couldn't see.  And there were people trying to help me.

15   They were saying, hey, we're going to -- you know, your

16   eye is hit.  We're going to try to apply a bandage.

17   And I remember with my left eye, so that slowly

18   beginning to open that and realizing that I could see

19   something, and then there was a brief exchange of those

20   people where they were trying to calm me down and, you

21   know, saying that they were trying to help, and I can't

22   recall the exact words.  But not long a sort of tear

23   gas landed right next to the group.

24        Q. Okay.  Do you remember what direction that tear

25   gas came from?

Page 62

1        A. You know, I was on the ground, but my

2    perception would be that it would come from the

3    direction of the Third Precinct, which would also be

4    the direction from which I was hit or shot.  There were

5    officers firing continuously from the roof of the Third

6    Precinct at people below.

7        And in past incidences in covering protests, you

8    could more easily discern why officers were firing at a

9    given person or given location.  Typically this would

10   occur when someone would throw a rock or bottle or

11   water bottle and the police would retaliate in that

12   direction.  There was some of that, but it also seemed

13   to be a steady fire that was harder to determine what

14   the pattern was.

15       So that was the general situation.  You had, you

16   know, I -- I was focused on one man being hurt very

17   seriously, but other people were also being hit in the

18   vicinity, they were hit or shot by police firing into

19   the crowd.

20       So everything was coming from that direction and

21   that's what -- like I say, with a fair degree of

22   confidence, even though I was on the ground, that the

23   tear gas also came from that direction.

24       Q. Okay.  And by "that direction," there is

25   several things that you just said that I want to talk

Page 63

1    more about.  But just to clarify, "from that

2    direction," do you mean the precinct building itself or

3    from the officers who you said were in the

4    intersection?

5        A. Most of the fire itself was coming from the

6    roof.  That's not to say that officers in the

7    intersection who had just recently -- who had arrived

8    were not also firing.  But the most steady and

9    consistent fire that I observed was from the roof.

10       Q. Okay.  Well, I'm going to go back and talk a

11   little bit more, if we can, about when you were hit and

12   you said everything went black.

13            MR. SCHWARTZ:  Objection.  Heather, you are

14   intentionally mischaracterizing his testimony, which is

15   that he was shot.

16            MS. ROBERTSON:  Mr. Schwartz, I understand

17   your position, but I don't think it is a proper

18   objection for you to mince my words between shot and

19   hit.

20            MR. SCHWARTZ:  Well, there is a big

21   difference between shot and hit and it's intentional

22   that you are not adopting the testimony of this

23   witness, which is that he was shot.

24            MS. ROBERTSON:  Mr. Schwartz, I'm going to

25   keep using the word "hit".  I would thank you to stop

Page 64

```
 1    interrupting me.
 2              MR. SCHWARTZ:  Then I would like you to
 3    agree to a standing objection to your use of the word
 4    "hit" which is a mischaracterization of this witness's
 5    testimony and then I will stop objecting.
 6              MS. ROBERTSON:  All right.  I will recognize
 7    your standing objection.  Thank you.
 8              MR. SCHWARTZ:  Thank you.
 9    BY MS. ROBERTSON:
10       Q. Okay.  So, Mr. Goyette, I want to talk about to
11    the best that you can recall when you were injured,
12    where exactly were you standing?
13       A. I was standing in that general vicinity that I
14    described.  I can't give you an exact X on the map.  I
15    know that I was in a position where I could see the
16    police officers arriving.  So that means I had a line
17    of sight to the intersection.
18       Q. Okay.  Do you remember if there were any kind
19    of landmarks that you were standing near?  Street
20    signs, bus shelters, does anything --
21       A. I have told you as well as I can recall.
22       Q. All right.  Do you remember if you were
23    standing on the sidewalk?
24       A. I was not standing on the sidewalk.
25       Q. Were you closer to the street or closer to the
```

Page 65

1    buildings, if that makes sense?

2         A. I know that I fell on concrete and, to my

3    recollection, I was in a parking lot.

4         Q. Okay.  And I believe you had mentioned that you

5    had just responded to a text from your daughter.  And I

6    will stop the screen share for now.  Were you looking

7    down at your phone when this happened?

8         A. I was eager, my daughter had been texting me

9    for several minutes or, you know, throughout this time.

10   I'm not -- somehow she knew -- somehow -- I remember

11   that she was worried.  I can't remember exactly why she

12   was worried, but I know that she was worried and it was

13   on my mind that I wanted to reply to her and let her

14   know that I was coming home like I said.  I think I had

15   promised her that I would be home at a certain time or

16   something like that.  And, as such, I made an effort to

17   make sure like, well, it was, you know, as much as I

18   could, to sort of make sure that I was in a position

19   not in a crowd of people and I thought, therefore, out

20   of the line of fire when I looked down to reply to her,

21   as I had been wanting to do for sometime, but was busy

22   and also wanted to make sure that I was in a safer, I

23   thought, situation before I did that.

24        Q. Okay.  So you -- am I correct in understanding

25   you to be saying that you believe you were looking at

Page 66

1    your phone when you were struck?

2          A. Yes.

3          Q. Okay.

4          A. But the context is important.

5          Q. All right.  And thank you for giving me that.

6    And I think you had also said that you believe that it

7    came from the direction of the precinct building?  I

8    might be misremembering there.

9          A. Yes.  Yeah, in a general sense, yes.

10         Q. Why do you believe that?

11         A. Because it hit me.  Because I was shot in the

12   face.  Right?  So, behind me would have been buildings

13   and protesters.  In front of me were some other

14   protesters, but they were facing the precinct.  They

15   were facing the police.  The only people that were

16   facing the direction that -- I would have been facing

17   the police that were moved and off to the side.  There

18   was no other source of projectiles in that direction

19   from -- I'm going to get my cardinal directions

20   wrong -- but from that direction into the direction

21   that I was, the only source of projectiles was the

22   officers primarily on the roof, but I can't discount

23   that possibly others were also firing.  What I

24   witnessed most frequently and steadily was officers on

25   the roof.

Page 67

1      Q. Would it be fair to say that you did not see

2    anyone taking aim at you?

3      A. I saw officers on the roof slowly and

4    deliberately aiming throughout that time.  That is why

5    I, when I was closer, tried to signal to them -- and

6    basically, you know, when that kid is getting treated,

7    I feel a little bit locked in place.  And I don't want

8    to be locked in place in these scenarios.  So I tried

9    to signal to the officers on the roof that I was a

10    journalist.  The -- What was your question again?

11    Sorry.

12      Q. That's all right.  Did you see an officer

13    aiming at you?

14      A. So, yeah.  I wouldn't say the officer was

15    aiming at me on the roof.  He was aiming in a general

16    -- like he was looking, scanning the crowd and I had

17    like eye contact with him.  The -- and, you know, it's

18    accurate to say I did not see the person who shot me.

19    I did not see the officer who shot me, because I did

20    look down.

21      Q. Okay.  All right.  And I think you said that

22    behind you were buildings and protesters.  Is that

23    accurate?

24      A. If you bring up the map.

25      Q. Sure.

Page 68

1      A. So, if you look behind me, you know, there is a

2    parking lot and off to the -- and I guess an Aldi over

3    there, there was no big gathering of people behind me.

4    But there was, like, a loose stream of people coming

5    from Minnehaha to the intersection, but there was no

6    protest behind me.  There was no -- there was no -- the

7    gathering of people was at the intersection itself and

8    in the street and in Minnehaha.  I was removed from the

9    main group.  Now, I guess what I'm getting at is that,

10   yeah, that -- the main group of protesters was there.

11      Q. Was there where?  Sorry.

12      A. In the intersection and coming from Minnehaha

13   to the intersection.

14      Q. Okay.  Big group coming from Minnehaha toward

15   the intersection?

16      A. A steady stream.  Again --

17      Q. Steady stream.

18      A. Like there was -- there were people adding to

19   the protesters from there and that was where the line

20   of police and protesters were.  There was a line of

21   police and protesters on Minnehaha and Lake and on Lake

22   Street itself.  I was removed from that line.

23      Q. Okay.  Were you able to see what the protesters

24   were doing around this time?

25      A. Yeah, at exactly that time?

Page 69

1      Q. Well, at this time when you were kind of -- you

2    said, you described as taking a minute to sort of

3    recover from what you had just witnessed.  I know you

4    were trying to communicate with your editor and with

5    your daughter, but I'm wondering if at the same time

6    you were able to observe what the protesters were doing

7    at that time?

8      A. I mean, I don't remember anything specific

9    other than to say that I saw a group of officers

10   arriving at the intersection.  I have, you know, a

11   vague recollection they were on horseback.  But what

12   was more concrete for me was that there was a group of

13   officers arriving.  There was chanting.  And part of

14   what's feeding into the dynamic is hat officers had

15   been firing pretty steadily into the crowd, so there

16   was a lot of -- you know, that created a scenario in

17   which people were angry, people were hurt, but, yeah.

18   That's my sense of the scene.

19      Q. Okay.  Now, I want to ask you about something

20   you had said earlier.  I think you had said something

21   to the effect of that in past incidences of protest,

22   you could discern why officers were firing at certain

23   individuals.  Are there any specific past instances of

24   protest are that you were referring to that you are

25   basing that on?

Page 70

1        A. In a broad sense --

2              MR. SCHWARTZ:  Objection as to scope.

3              MS. TRIBIÉ:  Yeah, same objection on that

4    basis.

5    BY MS. ROBERTSON:

6        Q. All right.  Go ahead.

7        A. You know, just speaking in a broad sense, I had

8    covered extensively the protests and police response

9    around Philandro Castile and around Justine Damond

10   consistently enough to have developed an idea of

11   patterns.  So that's what I'm referring to.

12       Q. All right.

13       A. And other cases as well.  Those are the big

14   ones, but there are other cases.  And -- Well, go on.

15       Q. Go ahead.  What were you going to say?

16       A. No, um, there were other instances, too, where

17   communication would be clearer from police to

18   protesters than it was in this case.

19       Q. Now, I think you said you did observe

20   protesters throwing items at the police?

21       A. Yes.

22       Q. Is that accurate?

23              MS. TRIBIÉ:  I'm just going to object that

24   that's vague as to the time period of when Mr. Goyette

25   observed this and outside of the scope.

Page 71

1    BY MS. ROBERTSON:

2        Q. Mr. Goyette, counsel does make a good point.

3    When you were observing protests outside of the Third

4    Precinct, with what frequency were you seeing

5    protesters throw items at the police?

6        A. It is hard for me to say that definitively now.

7    What I can say is that it seemed scattered.  And, how

8    do I put it, like individuals would do it around the

9    margins as opposed to it being a big organized group

10   activity that everyone was participating in.  But in

11   those scenarios, I'm trying to be independent.  I'm

12   trying to observe what both sides are doing and I did

13   observe that.

14       Q. Uh-huh.  It --

15       A. The issue that I am raising though is that, you

16   know, in past instances you would see someone throw

17   something and you would see police direct their fire in

18   that direction.  What was happening in that moment was

19   well beyond that in terms of the police firing into the

20   crowd.

21       Q. Okay.  But, and I am just wondering, in this

22   instance did you see the police -- how did you see the

23   police respond to the individuals who were throwing

24   things at them?

25               MS. TRIBIÉ:  I'm just also going to object

Page 72

1    as to the timeframe again.  I think that is not very

2    clear here and it's outside of the scope.

3              THE WITNESS:  You know, and my recollection

4    is, honestly, you remember seeing two groups of people

5    throw stuff at police, there being no response to them,

6    but then police firing at a person holding a camera.

7    And I remember filming it.  There was an older man

8    holding a -- using his phone as a camera.  He was just

9    kind of formally and stun grenades went off by his feet

10   and then he sort of raised his hands in the air.  I

11   remember that very distinctly.  So, again, it was hard

12   to determine what the logic or reason at times was, but

13   I also remember observing the officers on the roof and

14   being struck by the degree to which they seemed calm

15   and deliberate about what they were doing.

16   BY MS. ROBERTSON:

17        Q. And what were they doing?

18        A. Firing.

19        Q. At what?

20        A. People.

21        Q. And so your impression was that the people that

22   were being fired at were not doing anything illegal?

23        A. That's not exactly what I said.  What I am

24   saying is that the people that were being fired at were

25   both, in some instances, would have been people that

Page 73

1    had thrown something or done something illegal, but in

2    other instances, clearly not.  And that the pattern

3    that I had observed while covering past protests was

4    the patterns that I had observed covering past protests

5    or at least the police practice I had observed covering

6    past protests was not observed.

7        Q. Okay.

8        A. But, yes, people -- yes the police shot people

9    who were not doing anything illegal.

10       Q. So we had talked earlier about the equipment

11   that you were carrying, the monopod, the camera,

12   notebook, audio recorder.  Were you still carrying all

13   of that on May 27th?

14       A. Yes.

15       Q. And I'm showing you this tweet that's labeled

16   6:27 p.m. on May 27th.  Is that a picture you took of

17   yourself?

18       A. It is.

19       Q. And then is that accurate as to what you were

20   wearing?

21       A. Yeah, the bandana that was on my neck, that was

22   in the neck area, that came undone right there.

23       Q. And you were wearing a black face mask?

24       A. Yeah, I had a black mask on, a dress shirt, and

25   slacks.

Page 74

1      Q. Did you have a bag with you to carry your

2   equipment?

3      A. I can't remember which bag it would have been,

4   but I do have a habit of having a bag with me.

5      Q. And in this photograph, can we see your press

6   credentials?

7      A. No.

8      Q. Do you remember what happened to them?

9      A. No.

10      Q. Were you wearing them at the time that you were

11   hit?

12      A. It's -- I can't say for sure that I had the

13   lanyard.  The way the lanyard was positioned, at that

14   distance, the key things that marked me as a journalist

15   is the equipment I have, the way that I am dressed and

16   that I am not participating in the protest.  I don't

17   think there was any doubt to anyone who looked at me

18   that I was a journalist.  And when I stepped aside to

19   text my daughter, I was not in a crowd of people.

20      Q. Uh-huh.  Where was your camera?

21      A. I wouldn't -- I just am hurt.  I am not going

22   to hold a camera in that moment.

23      Q. Okay.  So it wasn't out at that moment or --

24          MR. SCHWARTZ:  Are you talking about the

25   moment after he was shot?

Page 75

1          A. No, I'm talking about the moment he was shot,

2     to use your word.

3                    MR. SCHWARTZ:  Let's make sure we're being

4     clear about that.

5                    THE WITNESS:  Yeah, what I can tell you most

6     clearly is what was in my mind, which was that I wanted

7     to take a step away from the front line, if you will,

8     for lack of a better term, between protesters and

9     police and communicate to my daughter that I was okay.

10    Now, where I would have put my camera in that moment,

11    I'm not sure.  I know that what I was finding most

12    useful in that moment was my phone and my notebook.  So

13    those were the two tools that I sort of defaulted to

14    using.  Now -- yeah.

15    BY MS. ROBERTSON:

16         Q. Okay.

17         A. I made a decision that it was too fluid of

18    situation to use the big camera, but I still had it.

19    And the same goes for the recorder and the microphone

20    that would go with the camera, but I still had all of

21    that material.

22         Q. At that time when you were struck, were you

23    carrying the camera around your neck?

24         A. I think it would have been -- again, I can't

25    say for sure.  It could have been in my bag, it could

Page 76

1    have been around my shoulder.  I know that I had it

2    with me.

3         Q. Okay.  And you don't -- and so just making sure

4    I'm understanding you correctly, you're not sure if it

5    was in your bag or over your shoulder?

6         A. I don't recall.

7         Q. Okay.  And was the camera attached to the

8    monopod?

9         A. I don't specifically recall at what point I

10   attached it or I detached it.  At that time, because of

11   the fluidness of the situation, I decided to focus on

12   using my phone and my notebook to take what notes I

13   could, yeah.

14        Q. Would it make sense that if you're using your

15   phone, you are not holding your notebook at the same

16   time?

17                  MR. SCHWARTZ:  Objection.

18                  THE WITNESS:  Actually, no.

19   BY MS. ROBERTSON:

20        Q. Explain.  Sorry.  Just explain to me how you

21   hold the notebook and the phone?

22        A. I am in the habit of holding both of them at

23   once.

24        Q. And that was at the time you were struck?

25        A. As a general practice, I have the notebook

Page 77

1    close at hand and I have my phone close at hand.

2         Q. When you say close at hand, I guess I'm

3    questioning --

4         A. Usually, it is like underneath my phone.

5         Q. Okay.

6         A. Like this (indicating).  But, you know, it was

7    a fluid situation.

8         Q. All right.  Okay.  So you might have been

9    carrying your notebook and your phone in your hands at

10   the same time?

11             MR. SCHWARTZ:  Objection.  Mischaracterizes

12   his testimony.  Go ahead.

13             THE WITNESS:  I often keep my notebook and

14   my phone in the same hand, but a notebook can go in

15   your pocket.  Like, it was a fluid situation.  I can't

16   tell you exactly where the notebook was.  And, yeah.

17   To answer truthfully, I'm not sure where the notebook

18   was.  I know I had a notebook with me.  And I know that

19   as a general practice, I like to keep the notebook

20   where I can grab it quickly, and often times hold both

21   the notebook and the phone in one hand.  That's the

22   general practice.

23   BY MS. ROBERTSON:

24        Q. Okay.  No, I appreciate that clarification.

25        A. Yeah.

Page 78

1      Q. And so just to kind of come full circle on

2  that, you are not sure whether you actually had your

3  notebook in your hand, it could have been in your hand

4  with your phone, or it could have been in your pocket.

5  Because it was a fluid situation, you don't have a

6  specific recollection.

7      A. I do not recall exactly where my notebook was.

8      Q. Okay.

9      A. I know that I -- what I do remember, if you

10  recall like the -- when I was closer to the Third

11  Precinct and I was worried that I -- that that was

12  keeping -- that the treating of the young man was sort

13  of keeping me fixed in place, when in those situations,

14  I like to be sort of mobile so I can adjust to the

15  situation as necessary.  It was keeping me fixed in

16  place.  And when I was trying to like signal in a way

17  that was clear that I was press, I used the notebook to

18  do that.  So I like held it up and looked and tried to

19  make eye contact with the officer.  So when I say that,

20  to say, like, I was trying to keep the notebook visible

21  at times as a way of -- because, you know, I was aware

22  that that was the one thing that officers could see.

23  Now, but that's a general rule.  That's not, you know,

24  the specific moment that you are referring to when I

25  got shot, I can't recall exactly what was in my hands.

Page 79

1       Q. And so I think you said that some individuals

2   nearby helped you out?

3       A. Attempted to render what treatment they could.

4       Q. Okay.

5       A. Because I was bleeding from the face and it was

6   on the ground.

7       Q. And did they give you the bandage that's

8   pictured in that tweet?

9       A. Yes.  Yes.

10      Q. And I think you said also a tear gas canister

11  landed close by to you?

12      A. Well, what I can tell you that I remember is I

13  was on the ground, I was getting treatment, and a cloud

14  of tear gas came over the group.  Everyone started

15  coughing and -- there was a moment where they had to

16  leave or where they backed up as they were trying to

17  gather themselves and I was alone.

18      Q. And is this when -- I'm sorry.  Go ahead.

19      A. Sorry.  Go on.

20      Q. And I just wanted to clarify, this was still in

21  that sort of parking lot area that you described?

22      A. Correct.

23      Q. Okay.  How long were you alone for?

24      A. I can tell you, what I remember is that a

25  woman, I was -- I remember I wanted to get out of the

Page 80

1    tear gas.  I was coughing.  I could not see.  And the

2    people around me had scattered.  It probably wasn't

3    that -- I remember a woman sort of grabbed my arm and,

4    like, basically guided me away from the tear gas.  But

5    it's really hard to give you like a time stamp,

6    considering the circumstances.

7        Q. Okay.  Where did you go?

8        A. She led me to a side of a building, talked to

9    me to make sure that I was okay, and I -- yeah, I just

10   remember a brief conversation with her, getting her

11   name and information and I remember that I was leaning

12   against a building.

13       Q. Do you know what building it was?

14       A. I can't say for sure.  It would have been

15   further north.

16       Q. So further north on Minnehaha?

17       A. Yeah.

18       Q. And when in relation to that interaction did

19   you take that selfie that you posted in the tweet?

20       A. I can't say for sure.

21       Q. How long did you remain there after you were

22   struck in the face?

23       A. I would say more than ten minutes, but I can't

24   say for sure.

25       Q. And when did you decide to leave or was there

Page 81

1    something that occurred that made you decide to leave?

2         A. Well, there was, I mean, again, I am trying to

3    be an independent observer here.  I am in like the

4    crowd of protesters, but I am trying to observe what

5    they are doing and what police are doing.  And I did

6    observe at that point someone breaking a window near

7    where I was.

8         Q. Do you remember what building they broke a

9    window on?

10        A. Can you bring up the map again?

11        Q. Certainly.

12             MS. TRIBIÉ:  I'm just going to object as to

13    the scope.

14    BY MS. ROBERTSON:

15        Q. Go ahead.

16        A. So I did see a window get -- I'm guessing it

17    was near the Aldi's.  I think there is maybe a liquor

18    store, a small store, somewhere in that vicinity and --

19    but I think the main thing was is that I was -- I felt,

20    you know, I felt under pressure to keep working

21    throughout this time and I was trying to see if I could

22    gather myself to continue, but I determined that I

23    couldn't, that I needed to leave.  And that was more

24    about self-analyst than anything.  I was trying to

25    continue to observe what was happening, but had I been

Page 82

1    in better condition, I would have stayed.

2         Q. Okay.  How did you leave?

3         A. I just kind of made my way to my car.  I

4    remember people asking me if I needed help along the

5    way.

6         Q. Okay.  Were you able to drive yourself away?

7         A. I was.  I'm not sure how wise that was, in

8    retrospect, but I wanted to -- because I tried to tell

9    my daughter that I was okay, that I was injured but

10   okay and then that just made her feel more worried

11   because, obviously, that is incomplete information from

12   her point of view.  And I was eager to like get back to

13   her.  And, also, I was a little bit shook.  I mean, I

14   was shaken, trying to observe still what was happening,

15   but needed to leave.

16        Q. Do you believe that you were targeted to be hit

17   in the face because you were a journalist?

18             MR. SCHWARTZ:  Objection.  Asked and

19   answered.

20             THE WITNESS:  I'm confident that the officer

21   who shot me in the face knew I was a journalist.

22   BY MS. ROBERTSON:

23        Q. Okay.  Do you believe it is possible that you

24   were hit by accident?

25             MR. SCHWARTZ:  Objection.

Page 83

1              THE WITNESS:  I can't -- I'm not going to

2     speculate as to the intentions or actions that I did

3     not witness.  What I can say is that I only messaged my

4     daughter at that point because I had taken a step out

5     of what I perceived to be the potential line of fire

6     between protesters and police.

7     BY MS. ROBERTSON:

8         Q. Okay.  So is there anything else you want to

9     tell me about what happened to you on May 27th, 2020?

10        A. I'm sure there will be plenty of future

11    opportunities to do that.

12        Q. Then I want to move to talk about the other

13    incident or incidents you spoke of from May 30th, 2020.

14        A. Okay.

15        Q. Had you been out in the field reporting any

16    time between May 27th and May 30th?

17        A. I'm sorry.  I'm trying to recall.

18        Q. No worries.  If it gives you any context,

19    May 28th was the evening where the Third Precinct was

20    set on fire.

21        A. Yeah.  I started that evening at George Floyd

22    Square and then -- no, actually, I was out all night

23    with another reporter whose name is in that -- I'm sure

24    you're familiar with -- and started on Lake Street

25    maybe and then went down to the 38th and Chicago area.

Page 84

```
 1   No, then went to the Third Precinct, then went back to
 2   38th and Chicago.  I was -- yeah, I mean, I don't want
 3   to -- how do I put it -- there was a lot going on in
 4   that particular moment but, yes, I was out reporting.
 5   I don't want to give you a mischaracterization of
 6   exactly when I was where.
 7        Q. Okay.  But you were out, you think, the night
 8   the Third Precinct was set on fire?
 9        A. Yeah.
10        Q. And when you say May 30th, 2020, was that in
11   the early, like after midnight May 29th, if that makes
12   sense, or are you talking the evening of May 30th?
13        A. Which?  What are you referring to?
14        Q. Well, you told me about these other incidents
15   that happened on May 30th where an officer pointed
16   something, a weapon at you.  Another one where they
17   said, "I wish I could have --"
18        A. "Pegged you," which is an odd choice of words,
19   but it was theirs.
20        Q. "-- pegged you."  Okay.  So, I'm just trying to
21   get, because the night or the date May 30th, 2020, is a
22   whole 24-hour period.  Are we talking about after
23   1:00 a.m.?
24        A. No, this is protests that were, you know, after
25   -- I remember it was a protest after curfew or around
```

Page 85

1    the arrival of curfew.  It was around that time.

2         Q. Okay.  So it would have been sort of like after

3    8:00 p.m.?

4         A. Correct.

5         Q. But close -- Okay.  But you think it is that

6    evening time of May 30th?

7         A. Yes.

8         Q. Okay.  So then I'm going to go back and ask you

9    a question about were you out on May 29th, 2020,

10   reporting?

11        A. Is that the Third Precinct fire?

12        Q. No.  The 28th is the Third Precinct fire.  May

13   29th, 2020 was a lot of activity concentrated around

14   the Fifth Precinct.

15        A. I was not at the Fifth Precinct.

16        Q. Okay.  But I guess were you out between the

17   28th when the Third Precinct was set on fire and the

18   30th when you described these incidents with police?

19        A. Honestly, I would have to go back and check.

20        Q. All right.  And so on the 30th, when this other

21   incident happened, can you describe where you were?

22        A. Yeah.  There was a line of protesters in the

23   street.  And police -- a line of police started to form

24   down the street from them.  And Maggie and I positioned

25   ourselves to the side so that we were not in-between

Page 86

1    them but could observe those parties.

2         Q. Okay.  And you said this was sometime -- not

3    too long after the curfew went into effect?

4         A. Yeah.

5         Q. All right.  And what street were you on?

6         A. I don't recall.

7         Q. Do you remember what area of town you were in?

8         A. I mean, I could probably determine this looking

9    at the footage and talking to her, but in a broad

10   sense, south Minneapolis area.  Yes.  Like as in not

11   south-south, but like within the broader area of

12   Lyn-Lake, Nicollet, that area.  I can't -- right now, I

13   can't recall exactly the intersection.

14        Q. Okay.  And you said you were with someone named

15   Maggie?  Can you give us her full name?

16        A. Koerth.  She works for 538.  I don't want to

17   mispronounce it.  But I think that she's referenced in

18   the tweets.  I can try to look it up right now if you

19   want.

20              (Court Reporter requesting clarification.)

21              MR. SCHWARTZ:  No, that's alright.  You

22   don't have to look it up.

23   BY MS. ROBERTSON:

24        Q. Do you know the spelling of the name even if

25   you can't pronounce it?

Page 87

1          A. No, but I'm sure you have it in your records.

2               MS. ROBERTSON:  I will try to provide that

3     to you, Madam Court Reporter.

4          Q. Okay.  So, you were in the Lyn-Lake, Nicollet

5     area.  We know it was after 8:00 p.m. curfew.  Was it

6     dark yet?

7          A. Yes.

8          Q. And the protesters you observed, what were they

9     doing?

10         A. Standing in the street.

11         Q. And that evening, were you still carrying the

12    same equipment that we talked about earlier?

13         A. I remember very specifically that, you know,

14    there had been, like, press had, just as everyone else

15    did, we realized the scale of what was happening and

16    the seriousness of it.  So I had a more clearly labeled

17    like reflective press indication on me.  And I can't

18    say for sure what equipment I had with me at that

19    particular moment, but I know that I had like those --

20    I had -- I was trying to have as many indications as

21    possible that I was press.  I was aware that it was

22    night, too, which was part of why what part of it was

23    reflective and part of why I was so vocal about being

24    press, because I didn't want to be misunderstood as

25    being anything else.

Page 88

1        Q. Okay.  The reflective -- you described it as a

2   reflective press indication.  Where were you wearing it

3   on your person?

4        A. I'd have to go back and look at the photos, but

5   it was like I had one here (indicating) and one behind

6   me.

7        Q. Were you still wearing a face mask?

8        A. I don't recall.

9               THE WITNESS:  Can I run to the rest room?  I

10   don't even have to take a full break.  I just have to

11   run -- I'm sorry.  I've been drinking water.

12               MR. SCHWARTZ:  Yeah, yeah, yes.  We can take

13   a break.

14               MS. ROBERTSON:  Yes, we can definitely take

15   a break.

16               THE WITNESS:  I'm not trying to drag it out.

17   I just --

18               MS. ROBERTSON:  That's okay.  I'll take the

19   opportunity to use the restroom as well.  Let's come

20   back at 10:45.

21               THE WITNESS:  All right.  Thanks.

22               MS. ROBERTSON:  Thanks.

23               (Break taken from 10:40 a.m. to 10:52 a.m.)

24               (Discussion off the record.)

25   BY MS. ROBERTSON:

Page 89

1        Q. Okay.  Mr. Goyette, we were talking about

2    May 30th, 2020.  What I was going to ask is were you

3    wearing any protective equipment, such as a helmet or a

4    gas mask or goggles?

5        A. I believe I had goggles on.  I wasn't able to

6    get a bullet proof vest that quickly, so I was wearing

7    a life jacket, just something, and then I put "press"

8    on the life jacket.

9        Q. So the press sign was reflective or was the

10   life jacket also reflective?

11       A. I think the life jacket was reflective.  I

12   remember that we worked to put like press insignia on

13   our life jackets.  I can't recall exactly the material

14   used at this point.  I would have to go back and check

15   and confer, but there was, yeah.

16       Q. And you were wearing, you said, goggles?

17       A. Yeah.

18       Q. What kind of goggles?

19       A. I don't recall the kind of goggles I had.  I

20   just had them ready if I needed them.  I think I had

21   protective eye stuff or protective goggles from when I

22   have done weed-whacking in the past.  So it was likely

23   that.

24       Q. Any other protective equipment?

25       A. Not that I recall.

Page 90

1      Q. Okay.  So you said you were standing off to the

2    side of the street?

3      A. Correct.

4      Q. Okay.  Were you on the sidewalk?

5      A. I think I was not on -- I think we were not on

6    the sidewalk, but a little bit further away from the

7    street and the sidewalk.  Does that make sense?  The

8    sidewalk was in front of me.  There was, first, the

9    sidewalk, then the street, but there was a buffer of

10   distance.

11     Q. Okay.  And you said the protesters were located

12   in the street itself?

13     A. Yes.

14     Q. And so as this line of police passed you, what

15   happened?

16     A. Well, as they started to get closer, one, I

17   backed up.  I'm trying to make sure that I'm

18   sufficiently off to the side so that I don't end up

19   directly behind them or there is not a risk of me

20   ending up directly behind them, but that I'm also

21   visible to them.  And that was the first thing.  You

22   know, as they got closer, I just verbally said, "press,

23   press," because I was nervous.

24     Q. So, I want to ask you a couple of questions

25   about what we have talked about so far.  You said you

Page 91

1    didn't want to be directly behind them.  Why was that?

2         A. Because, you know, you don't want to be

3    directly behind or above a line of officers because

4    that's where they're vulnerable and they're defensive

5    and protective of areas where they're vulnerable.  And

6    I'm trying to stay out of their way and I'm trying to

7    appear not to be a threat and I'm also trying to be

8    clearly press.

9         Q. Okay.  And so you said when they got closer,

10   you said, "press, press," several times?

11        A. Yeah.

12        Q. How loudly were you saying this?

13        A. It grew in a crescendo.  I guess that's

14   redundant.

15        Q. So would you say you were shouting it at some

16   point?

17        A. At the end, yeah.  I only shouted it because

18   they turned their guns at me.  So I'm like, "press,

19   press, press" (indicating tone).

20        Q. So you got louder when you thought they were

21   aiming towards you?

22        A. I got louder when I saw them aim the gun at my

23   face.

24        Q. How did you know they were aiming a gun at your

25   face?

Page 92

1          A. Because I saw them turn with the gun and point

2      it at my face.

3          Q. Do you know what kind of gun it was?

4          A. I don't have a clear memory of that.  If my --

5      I remember it being like larger barrel which made me

6      think like a bean bag type round.  But that's not

7      definitive.  I'm not saying here that it was definitely

8      a bean bag round pointing at me, to be clear.

9          Q. I understand.  Do you remember if the barrel,

10     if it was -- what color the barrel was?

11         A. Dark.

12         Q. Now, I think you said at one point, you said

13     "gun" or used the plural "guns" or "weapons".  I can't

14     remember what you said --

15         A. Well, officers -- Sorry.

16         Q. I'm sorry.  Go ahead.  I'm just trying to get

17     an idea if there was more than one officer aiming at

18     you.

19         A. So I'm going to try to speak as exactly as I

20     can, but leaving some room for what I don't recall and

21     do recall.

22         There was -- the officers had weapons of some kind.

23     My assumption right now is that those were less than

24     lethal weapons, but I can't say for sure.  I remember

25     that the officers in general sort of looked in my

Page 93

1    direction and I remember one officer very specifically

2    turning, seeing me, pointing at me, and keeping it on

3    me.  And I was so focused on that particular officer at

4    that point, that I don't recall what the other officers

5    were doing with their weapons.

6         Q. Okay.  When you use the word "weapons," what

7    types of weapons are you referring to?

8         A. I can't recall.  I just remember the guy

9    pointing a gun at my face.

10        Q. Okay.  I guess, by "other weapons," were you

11   referring to weapons that looked like guns or could you

12   also be referring to, like, riot batons or mace or

13   anything else?

14        A. They weren't -- they hadn't reached the line of

15   protesters yet.  I presume that they were equipped with

16   those things.  What I distinctly remember is the

17   officer pointing a gun at me.

18        Q. Uh-huh.  Okay.

19        A. And my colleague.

20        Q. And your colleague was Maggie Koerth?

21        A. Yeah, correct.

22        Q. Did the officer move the weapon so it looked to

23   be pointing at you and then at her or was it just --

24        A. I remember him -- it seemed to me that he

25   pointed it at me.  Like he saw me, pointed it at me,

Page 94

1    and kept it pointed at me, which is why my voice kept

2    on -- why I started to shout.

3         Q. Could you see the officer's face?

4         A. He had a visor on, but yes.

5         Q. What do you mean by "a visor"?

6         A. Like, I remember there being like a protective

7    shield kind of scenario, I believe.  What I remember

8    most distinctly is like a moment of sort of eye

9    contact.  You know, I can't -- I would have to look

10   back at the footage which I filmed so like as far as --

11   as to how they were dressed, but I remember there being

12   a moment of eye contact.

13        Q. Okay.  Was the officer wearing a gas mask?

14        A. I don't believe so.

15        Q. You said you took footage of this incident?

16        A. Well, the footage, you know, the footage is

17   kind of like of -- there is before, but then as they

18   approached, I, like, put my hands up and was very

19   focused on just not getting hurt and not filming, so

20   you will see, like, the phone doesn't stay fixed on the

21   officers because I'm trying to show my hands.

22        Q. Okay.  So it was your phone that you were

23   filming with?

24        A. Yes.

25        Q. Did you have your large camera with you at this

Page 95

1    point?

2         A. I can't say for sure.  I know I carried it with

3    me to the Third Precinct, the initial incident.  After

4    that, at some point I became more reliant on the phone

5    because of the mobility that it provided.  I sometimes

6    kept my camera with me as kind of a backup, but I

7    became more reliant on my phone.  I can't say for sure

8    where the camera was at that moment.

9         Q. And when you described that you were showing

10   your hands, do you remember where they were relative to

11   the rest of you?

12        A. No.  I just remember I was trying to show the

13   officers that I was not a threat and that I was press.

14   I was, yeah, it was -- I had recently been shot in the

15   face, so I was anxious.

16        Q. All right.  And you described making eye

17   contact with the officer who was pointing a weapon at

18   you?

19        A. Uh-huh.

20        Q. How long was the weapon pointed toward you?

21        A. I remember, longer than it needed to be.  I

22   thought as if he made a point of keeping it fixed on me

23   after it was clear that I was press.

24        Q. Did you ever speak with this officer besides

25   yelling, "press"?

Page 96

1      A. No, because they were approaching the line of

2   protesters.

3      Q. So you don't know actually what he was

4   thinking, do you?

5          MR. SCHWARTZ:  Objection --

6          THE WITNESS:  Well, all I can speak to is

7   that I clearly identified myself as press.  I was with

8   another reporter.  We were both labeled as clearly as

9   press as we could be in those circumstances.  She was

10  also saying, "press."  And that I saw the officer point

11  a gun at me and then as I said, "press," he continued

12  to point it at me, and as I said, "press" again, he

13  continued to point it at me, until I said, please, you

14  know, I told him not to point the gun at me.  I may

15  have used more colorful language.  But it was

16  prolonged.  It was not a just (indicating) and away.

17  He kept it pointed at me, enough for me to say, "press"

18  at least three times.

19     Q. Okay.  And so you took footage of the incident

20  with your phone, we talked about --

21     A. With the caveat that when I have my hands --

22  when I'm trying to say "press," I'm not -- at that

23  moment, I'm not focused on filming, I'm focused on not

24  getting shot again.  So this isn't high quality

25  cinematic video.

Page 97

1            (Exhibit 2 marked for identification.)

2        Q.  Right.  All right.  Now I'm going to show you a

3    video, and I'm going to talk about this as Exhibit 2,

4    which you can tell me whether or not this is the video

5    that we are talking about.

6            MS. ROBERTSON:  And this does have a Bates

7    Label, Mr. Schwartz.  It is from the Goyette case,

8    Plaintiffs000157.  Do you have any objection to me

9    showing this video to your client?

10           MR. SCHWARTZ:  I do not.

11           MS. TRIBIÉ:  Heather, can you also please

12   send us this video since we don't have it.

13           MS. ROBERTSON:  It will be provided as an

14   exhibit to this deposition.  And you will be able to

15   see it right now.

16           I'm going to try it one more time to make

17   sure that I am including the sound.  Hold on.  There we

18   go.  It should work now.

19           (Exhibit 2 being played at this time.)

20           THE WITNESS:  I can't believe it went on

21   like that.  Jesus.

22   BY MS. ROBERTSON:

23       Q.  Okay.  Where you able to see and hear that

24   video?

25       A.  Yes.

Page 98

1       Q. Is that the video that you were referring to as

2    capturing this incident?

3       A. Yeah, you are not seeing what I'm seeing in the

4    video, but you are seeing some of the scene.

5       Q. Okay.

6       A. I wasn't shining a phone at the person who had

7    a gun pointed at me, because I wanted him to see my

8    face and I wanted him to understand what I was saying.

9       Q. Were you able to see in that video the person

10   who pointed the gun at you?

11      A. No, it was -- like I said, it was very

12   specifically not pointed at the -- they were closer to

13   me than the people in the video.

14      Q. Okay.  So the people that walked past you on

15   the video, none of those people are the people that

16   pointed a gun at you?

17             MR. SCHWARTZ:  Objection.

18             THE WITNESS:  Yeah, I -- when I'm saying

19   "press," you cannot see the person who is pointing a

20   gun at me.

21   BY MS. ROBERTSON:

22      Q. Okay.  I'm being unclear in my question.  I

23   wasn't asking if you could see the incident on video.

24   What I am asking you is, the officers that walked past

25   you in the video, can you identify one of them as the

Page 99

1   individual who was pointing the weapon at you?

2        A. Not at this time, no.

3        Q. Okay.  Did the officer that was pointing the

4   weapon at you, was it possible that he passed behind

5   you?

6        A. No.

7        Q. Okay.  The officer pointing a weapon at you,

8   did he leave the street and go a different direction?

9        A. Not to my knowledge.

10       Q. All right.  Would it be reasonable to expect

11  that the officer that was pointing the weapon at you

12  was captured as passing you later in the video?

13            MR. SCHWARTZ:  Objection.

14            THE WITNESS:  I cannot say for sure.  I

15  really can't.  I would have to think about it and look

16  at the video a dozen more times to be -- and then,

17  yeah, I can't say for sure.  Because, yeah, there is

18  other possibilities.

19  BY MS. ROBERTSON:

20       Q. What are those other possibilities?

21       A. Sorry.  Meaning that they could have passed in

22  a way that the camera doesn't capture because of the

23  angle that the camera was facing, for instance.

24       Q. Okay.  I'm going to show you the video one more

25  time and when you watch the video, I would ask that if

Page 100

1    you do see the officer who you believe was pointing the

2    weapon at you, if you would --

3         A. Please, um, yeah, I told you the answer and I'm

4    going to stick to that answer, so I don't really see a

5    need to see the video again.

6         Q. Okay.  Regardless, I am going to show it one

7    more time.  If you are able to give me more

8    information, great.  If not, that's perfectly fine,

9    too.  I'm just asking for what information you know.

10        A. Just realize that this is difficult, but, thank

11   you.

12        Q. Okay.  I'm not intending to make it difficult

13   for you.  I'm just trying to get some information.  So

14   we are just going to try it one more time.  If it

15   doesn't, you know, get anywhere, then --

16             MR. SCHWARTZ:  Hold it.  Hold it.  He has

17   said that it is difficult to watch this.  I would ask

18   you to respect that.  And do you want to say anything

19   else about that, Jared?

20             THE WITNESS:  I mean, there is a lot more to

21   say about that generally.  This was -- I was under

22   pressure to keep -- in my mind -- to keep working

23   because it felt -- well, because there was a basic

24   economic thing.  You are a freelancer.  You are paid to

25   work.  You are not on salary.  But, also, like this was

1    a moment of importance and I wanted to be out there,

2    but I probably should, like -- how do I put it -- I was

3    under a lot of emotion.  It was a difficult time, both

4    because I had recently been shot in the face and

5    looking back on it is difficult because it was such a

6    -- I had an understanding, like it really shook my

7    understanding of -- of -- how do I put it -- of, I

8    guess, a basic level of trust that I had in terms of

9    what the -- that the role of journalists was respected

10   and understood and that was hard to go through that

11   kind of questioning that this incident provoked.  And I

12   don't like to dwell on it too much and I -- yeah.

13   Yeah, there is a lot of, both directly and afterwards,

14   there is a lot of negative associations with it.  And I

15   very clearly remember how afraid I was in that moment

16   and I sort of feel that again now as you play it.

17   BY MS. ROBERTSON:

18        Q. Do you need a minute?

19        A. No, I just -- you know, I understood the need

20   to play it once.  I just didn't see the need to play it

21   again, but if you need to play it, I understand.

22        Q. All right.  Well, I'm trying to kind of walk a

23   line here.

24             MR. SCHWARTZ:  Yeah, I --

25             MS. ROBERTSON:  Mr. Schwartz, can I have

Page 102

```
1    just a second to think, please?
2                   MR. SCHWARTZ:  Yes.
3                   MS. ROBERTSON:  Thank you.  I appreciate
4    that.
5    BY MS. ROBERTSON:
6        Q. Okay.  Well, Mr. Goyette, I'm going to take you
7    at your word that it is not going to be fruitful to
8    play it again.  I don't mean to harass you or, you
9    know, make you feel traumatized.  I was just trying to
10   get some further information if we could figure out,
11   you know, who it was that was pointing a weapon at you,
12   but I understand what you are saying.
13       All right.  So after that line of officers passed,
14   what did you do next?
15       A. You know, the next distinct -- the sharpest
16   memory I have is the officer, you know, approaching in
17   the SUV.  Now, I'd have to talk to Maggie and look back
18   to see exactly how much time passed from one to the
19   other.  These are the kind of instances where you
20   remember very specific things very, very well and some
21   of what's in-between isn't as clear because, you know,
22   you're moving from place to place.
23       Q. Do you remember how far you had moved
24   in-between this incident and what happened with the
25   officer with the SUV?
```

1          A. I would have to go back and check to be sure.

2          Q. What would you have to go back and check?

3          A. I'd want to see if there was any other, you

4    know, did I film anything else between that and the

5    next thing?  Were there any other tweets between that

6    thing and the next thing that could help me, like,

7    pinpoint?  I remember that I was shaken by the initial

8    thing.  Like, it's not like me to -- honestly, I think

9    that's the only time I have ever cursed at a police

10   officer in my life.  And I did apologize -- you know,

11   some would say it wasn't necessary, but I did apologize

12   for that publicly.  But, yeah, I was shaken by what

13   happened and I -- I remember the interaction with the

14   SUV happening a relatively short time after that.  At

15   that time there were no more protesters in the street

16   and Maggie and I were together off to the side.  I

17   believe it was with the same group of officers, because

18   we were -- when he -- you know, my recollection is that

19   when he pulled up, he knew who -- he knew that we were

20   press, we were clearly labeled and we had just recently

21   had that interaction in which I had made it really

22   clear that I was press.

23          Q. So were there other officers, you know --

24          A. Yes.

25          Q. -- out in the street?  How many?

Page 104

1          A. I remember that they were moving, so there may

2      have been some walking that direction, but they were

3      moving out of there to another location.

4          Q. So this -- where was this SUV that approached

5      you in relation to the officers that were in the

6      street?

7          A. What I remember is I was talking to Maggie --

8      and when I say SUV, I mean a Minneapolis police, like,

9      SUV.  Like clearly labeled squad car.  And it pulled up

10     to us.  And when you have a police vehicle, like,

11     approach you, you stop what you're doing and you focus

12     on that vehicle and you wait for orders.  So that's,

13     you know, I -- it's hard for me to give you a complete,

14     ambient description of everything that was happening in

15     that moment or leading up to that.  But I remember like

16     being, oh, this car is approaching us, stop and wait.

17         Q. Okay.  So it was a police vehicle --

18         A. It was a police vehicle, yes.

19         Q. And it was a Minneapolis police vehicle?

20         A. Yes.

21         Q. How many police officers were in the car?

22         A. I can't say.

23         Q. Was there more than one?

24         A. Like I just told you, but I know what was said

25     to me, what the officer said to me.  I would have -- I

Page 105

1   would think that there wouldn't have been someone in

2   the passenger seat.  Well, I can't say.  I just

3   remember the window going down.  I didn't get a good

4   look at the officer.  They said that, "I wish I could

5   fucking peg you."  I understand that to be, like, hit

6   you.  And I was shocked.  Like, you know, I try to be

7   empathetic to everyone in the situation, but I did not

8   expect that.

9       Q. Was that the only thing that was said?

10      A. Yes.  He didn't wait for -- he just -- he

11  didn't wait for a response.  He wasn't interested in a

12  conversation.  He wanted to relay that.

13      Q. And then what happened?

14      A. He put the window back up and left.

15      Q. Where did he go?

16      A. Down the street.

17      Q. How fast?

18      A. I don't recall.

19      Q. Was it maintaining a set distance behind the

20  other officers?

21      A. I can't say that that was the role that that

22  car was playing.

23      Q. Okay.  Was the car, when it approached you, was

24  it going slowly?

25      A. It didn't speed up.  It didn't -- yeah, it

Page 106

1   wasn't -- I wasn't -- I was not -- had it approached me

2   very fast, I would think I would have a memory of being

3   startled by the arrival of a very fast car.  And I

4   remember it more as more distinctively approaching us,

5   stopping, it was a tense situation, you will stop when

6   you see police appear to be approaching you.  And I

7   don't remember if it was moving fastly [sic], but I

8   remember it was definitely moving -- it definitely sort

9   of pulled up next to us.

10       Q. Do you recall what the squad number was on this

11   police vehicle?

12       A. No.

13       Q. Okay.  Do you know what side of the street you

14   were on, if that makes sense?

15       A. I was off to the side of the street.  My

16   recollection is that the passenger side window is the

17   one that was pulled down.  It was dark inside the

18   vehicle though.  And that's what I mean by I couldn't

19   get a good look of what was happening inside and more,

20   I distinctly remember what I heard, but I didn't get a

21   good look inside the vehicle.

22       Q. And what did you do after the vehicle drove

23   off?

24       A. I remember -- I remember just Maggie and I

25   talking about what had happened and just being like,

Page 107

1    did you hear what -- did this just happen, you know?

2    Like we were both kind of shocked and conferred to make

3    sure that, you know, just conferred about what we just

4    witnessed.

5        Q. And what did you do next?

6        A. It was a long night in a series of long nights

7    and I can't tell you exactly what I did at that point

8    other than trying to complete my job.  The constant

9    pressure is that you're trying to -- I'm constantly

10   sending feeds in; right?  You have a document of the

11   tweets.  What's in-between the tweets is sending in

12   paragraphs of information to editors who would

13   incorporate that into articles.  And that is -- the

14   need to constantly do that is on my mind.  I'm not just

15   tweeting, I guess is my point.

16       Q. All right.  And so you continued reporting?

17       A. As I recall, yes.  I remember there not being

18   -- well, I would have to go back and check, because in

19   terms of what was that night and what was the night

20   after that.  Yeah.  But as far as I can tell, I

21   continued reporting.  I don't remember anything

22   distinctive happening that night.  There was a later

23   point in which I talked to a security guard by a Somali

24   mall, but I think that might have been the next day and

25   I would have to go back and check to see when that

Page 108

1    interview occurred.  I'm sorry.  I feel it's bad form

2    to refer to it as a "Somali mall," but anyone who knows

3    that area knows what I'm talking about and I just can't

4    remember the actual name of it.

5        Q. Do you remember how many days after this you

6    continued reporting on these protests?

7        A. Several.  How I remember it is just operating

8    off of like an imperative to keep, you know, to keep

9    working and functioning on adrenaline and needing to

10   get the job, you know, and just focusing on -- I

11   remember hitting a wall at some point though and

12   stopping.  I can't -- I would have to go back and look

13   as to how many days it was.  I know I didn't steadily

14   go through the week.  It was like I did a burst of

15   things around the Third Precinct in the days after, but

16   I don't think I -- I think I paused at some point.  It

17   probably was after that night, but I would have to go

18   back and check.

19       Q. Okay.  And when you said you hit a wall and

20   stopped reporting, what contributed to that?

21       A. My eye still hurt.  It was hurting to look at

22   screens.  I didn't want to stop working, but I was in

23   pain.  And what had happened had also had a

24   psychological impact.  You can hear that in the video.

25   And I was tired, because these were long -- you know,

Page 109

```
 1    you were -- you know, I was tired, sleep-wise, I was
 2    drained, and I was in pain.
 3        Q. Did you have any other interactions with law
 4    enforcement after that May 30th incident that you told
 5    me about?
 6        A. In what time period?
 7        Q. During what would be considered the George
 8    Floyd protests?
 9        A. Where do you draw the line?  Like, in the sense
10    of like, arguably it went on all that summer.  The
11    George Floyd Square becomes more of a permanent thing.
12    There was interactions around there.  But the protests
13    themselves in those few days, the initial protests -- a
14    contributing factor here is that I have at various
15    times been in touch with law enforcement.  So, it's
16    possible that I would have touched base with the PIO at
17    some point, and I know I did later, but I'm also aware
18    that they are getting flooded with calls and everything
19    imaginable at that point.  So I know that they are very
20    busy and hard to reach.  But, yeah, as a person who is
21    like -- it would be very easy for me to have been in
22    touch and not remember it, because it was something I
23    would have done regularly beforehand and continue to do
24    now.
25        Q. Okay.  And I will try to be a little more
```

Page 110

1    precise.

2        A. Yeah.

3        Q. Did you have any kind of interactions with

4    Minneapolis police officers in a -- in the field, where

5    they would be actively policing a situation?

6        A. I remember vaguely one of -- that was more

7    positive in nature where I remember the officer saying

8    -- like me trying to identify myself as -- it was a

9    calmer situation.  Right in front of protests, the

10   officer sort of walked up to us and we were like,

11   press, you know, and he was like, he said something to

12   the effect of, I know you are just trying to do your

13   job.  That happened, but that was like an officer that

14   actually seemed to want to talk to us and it was more

15   friendly in that particular moment.

16       Yeah, and I think that, you know, those things are

17   real.  So, yeah.  I would be remiss if I didn't mention

18   that that happened at some point.  Possibly the same

19   evening or day after.

20       Q. Okay.  And in your work as a reporter since

21   then, have you had interactions with Minneapolis police

22   officers who were actively doing police work in the

23   field?

24            MR. SCHWARTZ:  Objection to scope.

25            THE WITNESS:  There was an incident where

Page 111

```
 1   there was a shooting at George Floyd Square and I was
 2   -- because of conversations I had had in terms of like
 3   helping journalists, a lot of foreign journalists would
 4   come here and not know right from left, if you will.
 5   And they would speak to people that were more regular
 6   here for orientation and direction.  So I would be in
 7   touch with foreign correspondents sometimes.  And I
 8   became aware that one of the people I had talked to had
 9   captured footage that would be potentially relevant to
10   an investigation, and they were trying to decide
11   whether they should approach police or not.  And I
12   talked them through that and, you know, they eventually
13   ended up -- I ended up connecting them with -- how do I
14   put it -- I sort of gave them the -- they made the
15   decision, but I sort of talked them through it.  And
16   they said, basically, they didn't know if they needed
17   to be afraid or not.  And in this context I didn't
18   think they needed to be.  And they ended up cooperating
19   with detectives.
20   BY MS. ROBERTSON:
21       Q. All right.  So since the last incident you
22   talked about on May 30th, 2020, have you been
23   threatened with injury by any Minneapolis police
24   officers while working as a journalist?
25       A. Not by -- You know, there were instances around
```

Page 112

```
 1    Daunte Wright where -- but Minneapolis police weren't
 2    there.
 3         Q. Okay.  Do you think that there should be
 4    credentials made available for journalists by the city
 5    of Minneapolis?
 6              MR. SCHWARTZ:  Objection.  You're asking for
 7    his expert opinion?  He is here as a fact witness.
 8              MS. TRIBIÉ:  Also objecting.
 9    BY MS. ROBERTSON:
10         Q. Mr. Goyette?
11         A. That's a complicated question.  I was -- like I
12    had a concern of -- as things escalated, that I want to
13    know what the police are requiring and what they're --
14    what they are asking of people so that we are clear.
15    So I try to keep in communication with them on that.
16    But I think that a city credentialing formally is a
17    slippery slope, if you will, into the government
18    credentialing journalists and we know, you know, that's
19    kind of against the spirit of the First Amendment.  But
20    I am not an expert on the First Amendment, so probably
21    not your best person to talk to.
22         Q. Okay.  Do you continue to fear for your safety
23    in working as a journalist in Minneapolis?
24         A. I'm afraid that if a similar dynamic or a
25    similar situation were to repeat itself with mass
```

Page 113

1    protests, that some of what we saw in terms of

2    individual officers deliberately targeting journalists

3    because they were press, with the full knowledge that

4    they were press, I fear that that would repeat itself,

5    because there has been no acknowledgement or

6    accountability on the part of the city to recognize and

7    correct that behavior.  But I -- yeah.

8         Q. You, personally, have not experienced any

9    continuation after they --

10             MR. SCHWARTZ:  Objection.  Objection.  Asked

11   and answered.  Are you arguing with him now?

12             MS. ROBERTSON:  I'm just trying to clarify

13   so I haven't missed anything.

14             THE WITNESS:  What I'm telling you is my

15   fears are specific about the dynamic in which I fear

16   that happening.  And that dynamic has not replicated

17   itself, at least not that I have been a part of it.

18   But would I be afraid if that were to happen tomorrow?

19   Yes.

20   BY MS. ROBERTSON:

21        Q. Okay.  Have you covered any other protests

22   occurring in Minneapolis since --

23        A. I have avoided it --

24        Q. -- May 2020?

25        A. I have avoided being in the scene generally,

Page 114

```
 1    because I -- well, around the Daunte Wright
 2    situation -- the killing of Daunte Wright, of course --
 3    I remember there was another -- okay.  Basically, both
 4    times I tried to go back and cover protests, things
 5    happened to me that were re-traumatizing.  And I know
 6    that's a heavy word to use, but it's for lack of a
 7    better one.  I don't know how best to describe it.  And
 8    I believe there was an incident where there was a
 9    suicide -- or officers were pursuing a subject
10    downtown, that subject committed suicide, there was a
11    period of time where it wasn't clear how the person had
12    died or under what circumstances.  People were assuming
13    it was a police killing.  And I was out in the field
14    covering that and that happened after George Floyd.
15        Q. Okay.  But did something happen to you?
16        A. Not -- yeah, there wasn't -- it wasn't a -- I
17    -- it wasn't from the police.
18        Q. Okay.  All right.  And you said covering the
19    Daunte Wright protests, am I accurate in saying you had
20    other encounters with other law enforcement?
21            MR. SCHWARTZ:  Objection.  He said the city
22    wasn't involved with that.  This is way, way outside of
23    the scope.  It's not your client.  You are asking him
24    specifically about his encounters with the Hennepin
25    County police?
```

Page 115

```
 1              MS. ROBERTSON:  I'm just trying to a hundred
 2    percent make the record crystal clear that it was with
 3    other, not Minneapolis law enforcement.
 4              MR. SCHWARTZ:  And that's way outside the
 5    scope.
 6    BY MS. ROBERTSON:
 7        Q. Is that correct, Mr. Goyette?
 8              MR. SCHWARTZ:  Objection.  Way outside the
 9    scope.
10              THE WITNESS:  To my knowledge, MPD did not
11    respond to the protests in Brooklyn Center following
12    the murder of -- or, you know, the killing of Daunte
13    Wright, manslaughtering [sic].
14    BY MS. ROBERTSON:
15        Q. And my -- your specific experiences that you
16    had were not with the Minneapolis Police Department?
17        A. At Daunte Wright's -- in Brooklyn Center?
18        Q. Right.
19        A. Correct.
20        Q. All right.
21              MS. ROBERTSON:  Mr. Goyette, I am going to
22    be done with my questions now.  Thank you for answering
23    them.  I appreciate you appearing and speaking with me.
24              THE WITNESS:  For what it's worth, I don't
25    see you as some kind of big villain in this.  I
```

Page 116

1     understand you are just trying to do your job and that

2     is to protect the city and I respect your role in that

3     regard.

4                    MS. ROBERTSON:  Thank you, sir.

5                    MR. SCHWARTZ:  All right.  I do not have any

6     questions.  So if Ms. Tirado's counsel wants to take a

7     few minutes to ask Mr. Goyette questions, that's fine

8     with me.

9                    MS. TRIBIÉ:  Thank you.

10                    So first of all, I'm just going to note, for

11    the record, that we are reserving our right to recall

12    Mr. Goyette, if needed.  We had asked for time to be

13    reserved.  There is now four minutes left and I will be

14    very respectful of the hard stop that you and your

15    counsel have, Mr. Goyette, so I'm going to keep this

16    very brief, but we ask --

17                    THE WITNESS:  I can come back.

18                    MS. TRIBIÉ:  Thank you, yes.  We reserve our

19    right to have you recalled because the City did not

20    make that time available and spent time asking largely

21    irrelevant questions, for the record, to what this

22    deposition was supposed to be.  So we really appreciate

23    that.

24

25                              EXAMINATION

Page 117

1   BY MS. TRIBIÉ:

2        Q. So the only questions I'll ask you, and I will

3   keep it very brief.

4        So, Mr. Goyette, you are aware that Ms. Tirado is a

5   freelance journalist; is that right?

6        A. Correct.

7        Q. And to be clear, freelance journalists are

8   still journalists just like a journalist that would

9   work for any news organization; is that right?

10       A. Correct.  Unequivocally.  Correct, yes.

11       Q. Thank you.  And are freelance journalists

12  worthy of First Amendment protections and First

13  Amendment -- are they permitted to exercise their First

14  Amendment rights and worthy of First Amendment

15  protections?

16       A. Yes.

17       Q. Thank you.  Give me just one moment.

18            MS. TRIBIÉ:  No further questions for today,

19  but again, we will reserve our right recall you,

20  Mr. Goyette.  Thank you so much.

21            MR. SCHWARTZ:  All right.  Thanks, all.

22            MS. ROBERTSON:  And I will note that it is

23  11:42 a.m. on my clock.  Thank you.

24            MR. SCHWARTZ:  Okay.  Thank you.

25            MS. ROBERTSON:  And, Jill, I will send you

Page 118

1   the exhibits.

2            MR. SCHWARTZ:  Yeah, and Mr. Goyette will

3   read and sign.  All right.  Thanks, everybody.  Have a

4   good rest of the day.

5

6            (Whereupon this deposition was concluded at

7   11:42 a.m.).

8                       *      *       *

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 119

1    STATE OF MINNESOTA   }
                          }ss.
2    COUNTY OF HENNEPIN   }

3

4                  COURT REPORTER'S CERTIFICATE

5         Whereupon, I, the undersigned certified registered
     professional stenographic court reporter, took the deposition
6    at the time and place set forth herein;

7         That I was then and there a notary public in and for the
     county of Hennepin, state of Minnesota, and by virtue thereof
8    I am duly authorized to administer an oath;

9         That before testifying, the witness was first duly sworn
     under oath by me to testify to the whole truth relative to
10   said cause;

11        That the testimony of said witness was recorded in
     stenographic shorthand and transcribed by computer-aided
12   transcription and that the deposition is a true record of the
     testimony given by the witness to the best of my ability;

13

          That I am not related to any of the parties hereto nor
14   interested in the outcome of the action;

15        That the original transcript was charged and delivered
     to the attorney conducting the deposition, that copies were
16   charged and delivered to respective counsel;

17        IN EVIDENCE HEREOF, WITH

18

19
                             JILL C. GARRISON
20                           Registered Professional Reporter
                             NCRA #65276
21                           Notary Public -
                             Commission Expires 01/31/2025

22

23

24

25

```
                                                          Page 120
                                Veritext Legal Solutions
 1
                                    1100 Superior Ave
                                       Suite 1820
 2
                                Cleveland, Ohio 44114
                                 Phone: 216-523-1313
 3

 4
        April 6, 2022

 5
        To: Mr. Schwartz

 6
        Case Name: Tirado, Linda v. City Of Minneapolis Et Al

 7
        Veritext Reference Number: 5168017

 8
        Witness:  Jared Goyette      Deposition Date:  4/4/2022

 9
10      Dear Sir/Madam:

11
        Enclosed please find a deposition transcript.  Please have the witness

12
        review the transcript and note any changes or corrections on the

13
        included errata sheet, indicating the page, line number, change, and

14
        the reason for the change.  Have the witness' signature notarized and

15
        forward the completed page(s) back to us at the Production address

16      shown
17      above, or email to production-midwest@veritext.com.

18
        If the errata is not returned within thirty days of your receipt of

19
        this letter, the reading and signing will be deemed waived.

20
21      Sincerely,
22      Production Department

23

24
25      NO NOTARY REQUIRED IN CA
```

Page 121

```
1              DEPOSITION REVIEW
             CERTIFICATION OF WITNESS
2
        ASSIGNMENT REFERENCE NO: 5168017
3       CASE NAME: Tirado, Linda v. City Of Minneapolis Et Al
        DATE OF DEPOSITION: 4/4/2022
4       WITNESS' NAME: Jared Goyette
5       In accordance with the Rules of Civil
   Procedure, I have read the entire transcript of
6  my testimony or it has been read to me.
7       I have made no changes to the testimony
   as transcribed by the court reporter.
8
   _____          _____
9  Date                        Jared Goyette
10      Sworn to and subscribed before me, a
   Notary Public in and for the State and County,
11 the referenced witness did personally appear
   and acknowledge that:
12
        They have read the transcript;
13      They signed the foregoing Sworn
             Statement; and
14      Their execution of this Statement is of
             their free act and deed.
15
        I have affixed my name and official seal
16
   this _____ day of_____, 20_____.
17
                   _____
18                 Notary Public
19                 _____
                   Commission Expiration Date
20
21
22
23
24
25
```

Page 122

```
 1              DEPOSITION REVIEW
              CERTIFICATION OF WITNESS
 2
         ASSIGNMENT REFERENCE NO: 5168017
 3       CASE NAME: Tirado, Linda v. City Of Minneapolis Et Al
         DATE OF DEPOSITION: 4/4/2022
 4       WITNESS' NAME: Jared Goyette
 5           In accordance with the Rules of Civil
         Procedure, I have read the entire transcript of
 6       my testimony or it has been read to me.
 7           I have listed my changes on the attached
         Errata Sheet, listing page and line numbers as
 8       well as the reason(s) for the change(s).
 9           I request that these changes be entered
         as part of the record of my testimony.
10
             I have executed the Errata Sheet, as well
11       as this Certificate, and request and authorize
         that both be appended to the transcript of my
12       testimony and be incorporated therein.
13       _____       _____
         Date                   Jared Goyette
14
             Sworn to and subscribed before me, a
15       Notary Public in and for the State and County,
         the referenced witness did personally appear
16       and acknowledge that:
17           They have read the transcript;
             They have listed all of their corrections
18               in the appended Errata Sheet;
             They signed the foregoing Sworn
19               Statement; and
             Their execution of this Statement is of
20               their free act and deed.
21       I have affixed my name and official seal
22       this _____ day of_____, 20____.
23               _____
                 Notary Public
24
                 _____
25               Commission Expiration Date
```

Veritext Legal Solutions

Page 123

1                          ERRATA SHEET
                VERITEXT LEGAL SOLUTIONS MIDWEST
2                      ASSIGNMENT NO: 5168017
3       PAGE/LINE(S) /        CHANGE        /REASON
4       _____
5       _____
6       _____
7       _____
8       _____
9       _____
10      _____
11      _____
12      _____
13      _____
14      _____
15      _____
16      _____
17      _____
18      _____
19

        _____        _____
20      Date                     Jared Goyette
21      SUBSCRIBED AND SWORN TO BEFORE ME THIS _____
22      DAY OF _____, 20_____ .
23                    _____
                      Notary Public
24
                      _____
25                    Commission Expiration Date

| & |
| --- |
| **&**   3:9 |

| 0 |
| --- |
| **01/31/2025**   119:21 |
| **01338**   1:3 |

| 1 |
| --- |
| **1**   4:6 45:21,23 |
| **1-4**   1:11 |
| **10**   3:6 36:15 |
| **1000**   3:3 |
| **100019**   2:4 |
| **10:40**   88:23 |
| **10:45**   88:20 |
| **10:52**   88:23 |
| **1100**   120:1 |
| **117**   4:3 |
| **11:42**   117:23 |
|        118:7 |
| **1301**   3:3 |
| **18**   35:4 |
| **1820**   120:2 |
| **1:00**   84:23 |

| 2 |
| --- |
| **2**   4:7 97:1,3,19 |
| **20**   1:3 121:16 |
|        122:22 123:22 |
| **200**   3:9 |
| **2000**   2:8 |
| **20005**   3:4 |
| **2020**   20:1 27:15 |
|        29:10 30:25 83:9 |
|        83:13 84:10,21 |
|        85:9,13 89:2 |
|        111:22 113:24 |
| **2021**   2:7 |
| **2022**   1:16,22 120:4 |
| **210**   2:22 |
| **212.839.5300**   2:5 |
| **212.896.6000**   2:13 |

**216-523-1313**
    120:3
**2200**   2:16
**2214.981-3300**   2:9
**222**   2:15
**24**   84:22
**25706**   119:19
**26**   30:25
**26th**   29:10 36:24
    37:21 38:7,23
**27th**   38:1,2,6
    39:17 40:6 41:16
    41:17 73:13,16
    83:9,16
**28th**   83:19 85:12
    85:17
**29th**   84:11 85:9,13

| 3 |
| --- |
| **30**   22:23 |
| **30th**   83:13,16 |
|        84:10,12,15,21 |
|        85:6,18,20 89:2 |
|        109:4 111:22 |
| **312.207.1000**   3:7 |
| **350**   2:21 |
| **38th**   28:13 29:7 |
|        30:6,12 41:20,23 |
|        42:6 83:25 84:2 |

| 4 |
| --- |
| **4**   1:16,22 |
| **4/4/2022**   120:8 |
|        121:3 122:3 |
| **4000**   1:2 3:10 |
| **40th**   3:6 |
| **44114**   120:2 |
| **45**   4:6 |

| 5 |
| --- |
| **5**   4:2 42:3 47:5 |
| **5'10**   34:6 |

**5/27/2020**   4:6
**5/30/2020**   4:7
**5168017**   120:7
    121:2 122:2 123:2
**538**   86:16
**55402**   2:16 3:10
**55415**   2:22
**555**   2:11
**5:59**   49:15

| 6 |
| --- |
| **6**   47:23 120:4 |
| **60606**   3:7 |
| **612.373.0830**   2:17 |
| **612.492.7357**   3:11 |
| **612.673.2010**   2:23 |
| **65276**   119:20 |
| **6:01**   50:1 |
| **6:27**   73:16 |

| 7 |
| --- |
| **75201**   2:8 |
| **787**   2:4 |

| 8 |
| --- |
| **8**   36:15 |
| **8:00**   1:17,22 85:3 |
|        87:5 |

| 9 |
| --- |
| **9**   10:3,16 14:16 |
|        15:16 |
| **90013**   2:12 |
| **97**   4:7 |
| **9:15**   47:12 |
| **9:20**   47:6,11 |
| **9:24**   47:12 |

| a |
| --- |
| **a.m.**   1:17,22 47:12 |
|        47:12 84:23 88:23 |
|        88:23 117:23 |
|        118:7 |

**ability**   119:12
**able**   34:25 35:17
    45:24 46:4 53:13
    53:15,24 55:18
    56:9 60:11 68:23
    69:6 82:6 89:5
    97:14,23 98:9
    100:7
**accident**   82:24
**account**   25:17
**accountability**
    113:6
**accounts**   25:20
**accurate**   35:4 52:3
    52:22 53:5,8 56:6
    67:18,23 70:22
    73:19 114:19
**accurately**   6:3 8:9
**acknowledge**
    121:11 122:16
**acknowledgement**
    113:5
**act**   121:14 122:20
**acting**   22:9,12
    25:11
**action**   119:14
**actions**   83:2
**active**   29:16
**actively**   22:13
    23:14 110:5,22
**activity**   38:21
    39:23 71:10 85:13
**actors**   23:17
**actual**   50:12 108:4
**adding**   68:18
**addition**   20:5
**address**   5:14
    120:15
**adjust**   78:14
**administer**   119:8

**adopting**  63:22
**adrenaline**  108:9
**advance**  8:2
**affixed**  121:15
  122:21
**affixes**  33:12
**afield**  20:22
**afraid**  40:24
  101:15 111:17
  112:24 113:18
**ago**  7:18 12:17
**agree**  23:23 24:2
  64:3
**agreed**  14:10
  28:22
**agreement**  11:18
  11:21,23
**ahead**  17:15 18:21
  22:2 27:21 31:21
  33:5 34:17 38:3
  40:13 59:16 70:6
  70:15 77:12 79:18
  81:15 92:16
**aided**  119:11
**aim**  67:2 91:22
**aiming**  67:4,13,15
  67:15 91:21,24
  92:17
**air**  72:10
**al**  120:6 121:3
  122:3
**aldi**  68:2
**aldi's**  81:17
**allen**  2:6
**alright**  13:9 86:21
**alternative**  13:19
**ambient**  104:14
**amelia**  1:8
**amended**  23:5
**amendment**
  112:19,20 117:12

**117**:13,14,14
**america**  15:1 16:3
**american**  16:17
**amount**  49:5
  53:17
**analyst**  81:24
**andrew**  1:9
**angeles**  2:12
**angle**  99:23
**angles**  11:1
**angry**  69:17
**answer**  5:25 6:20
  6:21,24 9:25
  18:21 22:3,6 34:3
  37:4 54:22 77:17
  100:3,4
**answered**  82:19
  113:11
**answering**  12:14
  115:22
**answers**  57:23
**anthony**  3:5
**anticipate**  6:6
**anxiety**  51:20
**anxious**  95:15
**apart**  11:5
**apologize**  24:12
  51:7 103:10,11
**appear**  49:16 52:3
  91:7 106:6 121:11
  122:15
**appearances**  2:1
**appeared**  35:3
  43:18
**appearing**  1:24
  27:7 115:23
**appears**  52:15
**appended**  122:11
  122:18
**apply**  13:21,24
  61:16

**applying**  17:4
**appreciate**  20:25
  53:23 77:24 102:3
  115:23 116:22
**approach**  29:4
  104:11 111:11
**approached**  43:9
  94:18 104:4
  105:23 106:1
**approaching**
  40:19 96:1 102:16
  104:16 106:4,6
**approval**  29:2
**approximately**
  23:11
**approximation**
  57:12
**april**  1:16,22
  120:4
**area**  12:23 14:4
  24:24 41:20 44:14
  44:19,22,23,25
  45:18 48:11,14,23
  51:18 54:5,19,24
  54:25 55:12 73:22
  79:21 83:25 86:7
  86:10,11,12 87:5
  108:3
**areas**  14:1 16:9
  54:4 91:5
**arguably**  109:10
**arguing**  113:11
**arm**  80:3
**arrival**  85:1 106:3
**arrived**  12:16,25
  37:16 38:14,16
  63:7
**arriving**  56:13
  64:16 69:10,13
**article**  13:3

**articles**  107:13
**aside**  74:18
**asked**  6:23,25 9:19
  82:18 113:10
  116:12
**asking**  5:14 82:4
  98:23,24 100:9
  112:6,14 114:23
  116:20
**assault**  38:2
**assess**  43:8
**assessing**  43:11
**assigned**  16:4
**assignment**  11:9
  11:17,24 14:15
  121:2 122:2 123:2
**associated**  20:7,9
**association**  17:8
**associations**  17:1
  101:14
**assuming**  114:12
**assumption**  92:23
**atreet**  2:15
**attached**  76:7,10
  122:7
**attempted**  37:6
  79:3
**attendants**  1:24
**attention**  54:11
  56:12
**attorney**  5:12,21
  6:16,16,21 7:25
  8:1 9:17 18:20
  119:15
**attorney's**  2:21
**audience**  16:8
**audio**  32:8 73:12
**austin**  2:3,7,11
**authority**  38:1
**authorize**  122:11

**authorized** 119:8
**auto** 52:6,19 55:24
  56:6,9,20 57:2,8
  58:24
**available** 112:4
  116:20
**ave** 120:1
**avenue** 2:4,7
**avoided** 113:23,25
**aware** 78:21 87:21
  109:17 111:8
  117:4
**awareness** 55:4,11
**ayotzinapa** 20:4

**b**

**b** 3:2
**back** 7:8,9 10:18
  15:11,14 20:10
  25:9 30:17 35:18
  47:6 48:13 52:24
  54:17 56:19 58:7
  63:10 82:12 84:1
  85:8,19 88:4,20
  89:14 94:10 101:5
  102:17 103:1,2
  105:14 107:18,25
  108:12,18 114:4
  116:17 120:15
**backed** 7:9 79:16
  90:17
**backup** 95:6
**backwards** 13:10
**bad** 108:1
**badly** 50:7
**bag** 32:11 34:21
  34:21,23 35:1,3,5
  74:1,3,4 75:25
  76:5 92:6,8
**baker** 2:14
**balanced** 33:17,17

**bandage** 40:19
  61:16 79:7
**bandana** 73:21
**bar** 17:21
**barrel** 92:5,9,10
**base** 44:3 60:10,13
  109:16
**basic** 8:23 9:13
  31:7,15 35:24
  100:23 101:8
**basically** 6:17 12:6
  33:8 67:6 80:4
  111:16 114:3
**basics** 18:8
**basing** 69:25
**basis** 70:4
**bates** 46:8 97:6
**batons** 93:12
**bean** 92:6,8
**becoming** 12:18
  16:18
**began** 45:15
**beginning** 29:18
  49:9 61:18
**behalf** 2:2,19 3:1
  23:24
**behavior** 113:7
**believe** 9:25 19:6
  38:1 39:11,25
  51:25 59:3 65:4
  65:25 66:6,10
  82:16,23 89:5
  94:7,14 97:20
  100:1 103:17
  114:8
**belong** 17:1
**best** 39:8 64:11
  112:21 114:7
  119:12
**better** 44:16 47:8
  50:14,16 51:11

75:8 82:1 114:7
**beyond** 8:5 22:10
  55:8,24 71:19
**big** 29:23 34:22
  63:20 68:3,14
  70:13 71:9 75:18
  115:25
**bit** 19:24 25:16
  31:13,15 48:15,16
  57:4 63:11 67:7
  82:13 90:6
**black** 61:2,4 63:12
  73:23,24
**bleeding** 45:14
  79:5
**blurry** 59:8
**books** 44:12
**boosting** 38:21
**bottle** 62:10,11
**bottles** 43:20,21
**bottom** 49:15
**braun** 1:9
**break** 6:22,25
  13:25 46:24 47:3
  47:12 88:10,13,15
  88:23
**breaking** 10:11
  81:6
**brief** 61:19 80:10
  116:16 117:3
**briefly** 8:22
**bring** 55:20 67:24
  81:10
**broad** 21:25 22:4
  70:1,7 86:9
**broader** 86:11
**broadest** 24:25
**broke** 81:8
**brooklyn** 115:11
  115:17

**brought** 7:19
**buffer** 90:9
**build** 53:21
**building** 63:2 66:7
  80:8,12,13 81:8
**buildings** 65:1
  66:12 67:22
**bullet** 89:6
**burst** 108:14
**bus** 64:20
**business** 14:23
**busy** 65:21 109:20
**byron** 3:9

**c**

**c** 119:19
**ca** 120:25
**cable** 19:13
**calculate** 50:14
**calculating** 49:4
**california** 2:12
**call** 38:19
**calls** 109:18
**calm** 61:20 72:14
**calmer** 110:9
**camera** 10:9 11:1
  25:2 31:7,15,22
  32:1,4,15 33:9,12
  34:20 72:6,8
  73:11 74:20,22
  75:10,18,20,23
  76:7 94:25 95:6,8
  99:22,23
**canister** 79:10
**capacities** 1:10,11
**capacity** 1:8,9
**capital** 16:2
**capture** 6:3 99:22
**captured** 99:12
  111:9
**capturing** 98:2

**car** 45:10 55:23
57:24 58:7,10,20
82:3 104:9,16,21
105:22,23 106:3
**cardinal** 52:10
66:19
**carefully** 58:1,5
**carolina** 14:2,3,4,9
19:20
**carried** 51:15 95:2
**carry** 32:5,11 74:1
**carrying** 32:15
33:7 35:8 50:8
51:14 73:11,12
75:23 77:9 87:11
**case** 9:20 20:4,5
70:18 97:7 120:6
121:3 122:3
**cases** 70:13,14
**castile** 70:9
**cause** 119:10
**caution** 9:6
**caveat** 6:23 49:17
50:1 96:21
**cdt** 1:17,22
**cell** 36:9,19
**center** 115:11,17
**central** 16:3
**centralized** 17:24
**certain** 24:13
65:15 69:22
**certainly** 21:16
81:11
**certificate** 119:4
122:11
**certification** 121:1
122:1
**certified** 119:5
**cetera** 32:10
**chance** 13:19 46:2
46:21

**change** 34:8
120:13,14 122:8
123:3
**changes** 120:12
121:7 122:7,9
**channel** 42:22
**chant** 53:16,17
**chanting** 69:13
**charged** 119:15,16
**charging** 7:11
**check** 10:18 15:4
85:19 89:14 103:1
103:2 107:18,25
108:18
**checked** 60:16
**checking** 60:18,25
**chicago** 3:7 28:13
29:7 30:6,12
41:20,23 42:6
83:25 84:2
**chief** 1:7
**chin** 34:6
**choice** 84:18
**choose** 43:4
**cinematic** 96:25
**circle** 78:1
**circumstances**
80:6 96:9 114:12
**cities** 17:8
**city** 1:7 2:21 5:13
8:13 14:2 23:3
112:4,16 113:6
114:21 116:2,19
120:6 121:3 122:3
**civil** 121:5 122:5
**clarification** 77:24
86:20
**clarify** 63:1 79:20
113:12
**clear** 5:22 37:25
43:24 54:23 56:2

72:2 75:4 78:17
92:4,8 95:23
102:21 103:22
112:14 114:11
115:2 117:7
**clearer** 70:17
**clearly** 73:2 75:6
87:16 91:8 96:7,8
101:15 103:20
104:9
**cleveland** 120:2
**client** 97:9 114:23
**clip** 4:7
**clips** 13:20,23 17:5
**clock** 117:23
**close** 12:20 19:2
48:7,22 50:4
52:21 54:9 60:20
77:1,1,2 79:11
85:5
**closed** 50:2
**closer** 48:14,20
56:20 59:1 60:21
64:25,25 67:5
78:10 90:16,22
91:9 98:12
**clothing** 36:23,25
**cloud** 79:13
**collapse** 34:8
**colleague** 93:19,20
**college** 21:10
**color** 92:10
**colorful** 96:15
**come** 8:4 11:19
12:7,21 20:10
21:3,4 25:6,9 34:6
35:20 47:6 59:4
62:2 78:1 88:19
111:4 116:17
**comes** 40:15

**comfortably** 35:17
**coming** 55:23
56:20 57:7 62:20
63:5 65:14 68:4
68:12,14
**commission**
119:21 121:19
122:25 123:25
**committed** 114:10
**common** 21:20
**communicate** 9:1
69:4 75:9
**communicated**
8:20 9:15
**communicating**
32:9 42:23
**communication**
28:20 42:10,14,18
70:17 112:15
**communications**
9:6
**complaint** 17:22
23:5
**complete** 104:13
107:8
**completed** 11:20
120:15
**completion** 11:9
**complicated**
112:11
**comprehensive**
25:6
**computer** 7:10
119:11
**concentrated**
85:13
**concern** 41:21
112:12
**concerns** 15:15
**concierge** 1:20

concluded  118:6
concrete  9:3 65:2
  69:12
concretely  9:12
concussion  52:25
  53:19
condition  55:11
  82:1
conducting  119:15
confer  89:15
conferences  10:13
conferred  107:2,3
confidence  62:22
confident  82:20
connecting  111:13
considerations
  17:14
considered  109:7
considering  53:9
  53:10 80:6
consistent  63:9
consistently  70:10
conspicuously
  37:1
constant  107:8
constantly  60:25
  107:9,14
contact  54:8 67:17
  78:19 94:9,12
  95:17
content  27:2
context  7:20 9:8
  9:10 66:4 83:18
  111:17
contexts  24:13
contextual  22:5
continually  60:17
continuation
  113:9
continue  81:22,25
  109:23 112:22

continued  96:11
  96:13 107:16,21
  108:6
continuously  62:5
contract  11:15,16
  11:18 12:4 28:18
contracted  11:8
  11:10 12:10
contributed
  108:20
contributing
  109:14
control  45:24
conversation  9:4
  80:10 105:12
conversations
  111:2
convey  54:12
conveying  8:23
convulsing  60:2
cooperating
  111:18
coordinated  58:6
coordinating  10:9
copies  119:15
cops  14:2
copy  47:7
cord  7:10
corner  28:9,11
  48:20,22 52:1,7,8
  52:14,16
correct  11:1 23:21
  27:11 29:11 49:16
  55:16 65:24 79:22
  85:4 90:3 93:21
  113:7 115:7,19
  117:6,10,10
corrections  120:12
  122:17
correctly  33:8
  37:17 38:11 76:4

correspondents
  111:7
coughing  79:15
  80:1
counsel  7:22 18:17
  23:24 71:2 116:6
  116:15 119:16
country's  16:1
county  114:25
  119:2,7 121:10
  122:15
couple  90:24
course  8:22 39:18
  114:2
court  1:1,3 5:23
  6:9 20:22 34:3
  44:5 86:20 87:3
  119:4,5 121:7
cover  21:7,18
  28:15,21 114:4
coverage  14:18
covered  19:15
  70:8 113:21
covering  8:17,19
  12:6 14:5 18:23
  20:8 28:24 31:11
  39:10 62:7 73:3,4
  73:5 114:14,18
covid  15:14
created  69:16
credential  35:24
  36:2,18
credentialing
  112:16,18
credentials  17:5
  35:23 74:6 112:4
credibly  43:18
crescendo  91:13
crime  14:2,5
criminal  20:5

crisis  15:9,19 20:1
crowd  53:1 62:19
  65:19 67:16 69:15
  71:20 74:19 81:4
crystal  115:2
curfew  40:16,17
  84:25 85:1 86:3
  87:5
cursed  103:9
cv  1:3

**d**

d  2:10 4:1
dallas  2:8
damond  70:9
danger  60:2
dark  87:6 92:11
  106:17
date  1:16 10:18
  36:24 84:21 120:8
  121:3,9,19 122:3
  122:13,25 123:20
  123:25
daughter  12:21
  26:8 60:5,6,15
  65:5,8 69:5 74:19
  75:9 82:9 83:4
daunte  112:1
  114:1,2,19 115:12
  115:17
day  10:14 12:3
  30:22 41:19
  107:24 110:19
  118:4 121:16
  122:22 123:22
days  12:4 28:23,25
  31:10 108:5,13,15
  109:13 120:18
dc  3:4 42:12,25
deadline  20:21
dear  120:10

**debate** 17:19
**debris** 43:20
**decide** 80:25 81:1
  111:10
**decided** 13:15
  14:22 16:17 76:11
**decision** 11:3
  75:17 111:15
**declaration** 7:21
**deed** 121:14
  122:20
**deemed** 120:19
**defaulted** 75:13
**defendants** 1:12
  2:19 23:3
**defensive** 91:4
**definitely** 88:14
  92:7 106:8,8
**definitive** 92:7
**definitively** 71:6
**degree** 16:19 37:8
  60:12 62:21 72:14
**delay** 49:20,23
**deliberate** 72:15
**deliberately** 67:4
  113:2
**delivered** 119:15
  119:16
**department** 1:10
  115:16 120:22
**depend** 22:6
**depending** 23:16
**depiction** 50:12
**deposition** 1:15
  7:6,15 8:2 22:19
  25:23 27:4,10
  31:5,19 32:17
  33:11,21 34:2,10
  36:5 38:2 39:15
  46:16 97:14
  116:22 118:6

119:5,12,15 120:8
  120:11 121:1,3
  122:1,3
**depositions** 5:20
**describe** 31:15
  44:6,16 54:24
  59:21 85:21 114:7
**described** 38:22
  54:25 55:13 56:17
  64:14 69:2 79:21
  85:18 88:1 95:9
  95:16
**describing** 38:6,7
  44:20 48:6 54:4
**description** 35:5
  53:23 104:14
**designed** 35:16
**desk** 10:3,6,7
**detached** 76:10
**detail** 31:14
**details** 29:4
**detectives** 111:19
**determination**
  24:17
**determine** 11:1
  62:13 72:12 86:8
**determined** 81:22
**developed** 70:10
**died** 114:12
**differ** 11:13
**difference** 63:21
**different** 32:11
  54:22 99:8
**differentiate** 37:7
**difficult** 22:3
  100:10,12,17
  101:3,5
**digital** 10:3 19:14
**direct** 12:6,14 39:5
  42:18 60:19 61:1
  71:17

**direction** 61:24
  62:3,4,12,20,23,24
  63:2 66:7,16,18,20
  66:20 71:18 93:1
  99:8 104:2 111:6
**directions** 52:10
  66:19
**directly** 8:20
  23:17 41:4,7,21
  90:19,20 91:1,3
  101:13
**directs** 6:21
**disbarred** 17:23
**discern** 62:8 69:22
**disclose** 9:6
**discount** 66:22
**discovery** 22:18
  23:3 24:20
**discussion** 17:19
  39:19 88:24
**disney** 14:25
**disseminated** 18:3
**dissipated** 41:3
**distance** 74:14
  90:10 105:19
**distinct** 102:15
**distinctive** 37:18
  38:18 107:22
**distinctively** 106:4
**distinctly** 30:4
  72:11 93:16 94:8
  106:20
**district** 1:1,2
**doctorate** 14:11
**document** 4:10
  19:2 23:14,20
  25:1 47:7,15
  107:10
**documented** 45:11
**doing** 6:14 10:20
  10:21 11:4,5,10

13:1,17 19:6,7
  22:8,13 23:12
  24:9 25:11 28:1
  30:13,15 37:21
  40:25 58:20 68:24
  69:6 71:12 72:15
  72:17,22 73:9
  81:5,5 87:9 93:5
  104:11 110:22
**doubt** 74:17
**downtown** 114:10
**dozen** 99:16
**drag** 88:16
**drained** 109:2
**draining** 59:25
**draw** 109:9
**dress** 22:10 37:6
  37:11 73:24
**dressed** 74:15
  94:11
**drinking** 88:11
**drive** 3:6 82:6
**driving** 41:24
**dropped** 7:7
**dropping** 16:19
**drove** 42:8 106:22
**dsl** 31:7,15
**duly** 1:23 5:2,5
  119:8,9
**duration** 49:6
**dwell** 101:12
**dynamic** 69:14
  112:24 113:15,16

---

e

**e** 4:1 11:20 47:6
**eager** 65:8 82:12
**earlier** 69:20
  73:10 87:12
**early** 21:9 37:8,10
  42:4 84:11

[easier - familiar]                                                                 Page 7

**easier** 13:12 49:10
**easily** 32:5 62:8
**east** 3:3 48:16,16
  48:18 55:24 56:6
  56:24,24
**eastern** 16:3
**easy** 109:21
**economic** 100:24
**edge** 54:17
**editor** 10:3,6 11:9
  14:15,20 15:2
  69:4
**editors** 18:7 32:10
  42:11 60:5,13
  107:12
**edward** 3:2
**effect** 51:5 69:21
  86:3 110:12
**effort** 20:20 37:11
  65:16
**efforts** 55:9 59:24
**eight** 32:23
**either** 11:1,19 13:5
  30:2 32:19
**electric** 15:25
**else's** 9:22
**email** 120:17
**emedina** 2:13
**emotion** 101:3
**empathetic** 105:7
**empathy** 8:24 9:4
  9:13
**enclosed** 120:11
**encountered** 37:15
**encounters** 114:20
  114:24
**ended** 7:10 14:13
  14:14 16:18
  111:13,13,18
**energy** 53:16

**enforcement**
  29:13 30:2 37:15
  37:15,20 39:1,11
  40:7 41:18,21
  109:4,15 114:20
  115:3
**engaged** 39:23
**english** 16:5
**entered** 122:9
**entering** 54:19
**enterprise** 10:3
**entire** 49:6 121:5
  122:5
**entirely** 34:25
**equipment** 19:22
  22:11 24:14,18,22
  25:7 30:19 31:2
  31:14 73:10 74:2
  74:15 87:12,18
  89:3,24
**equipped** 33:4
  93:15
**errata** 120:13,18
  122:7,10,18 123:1
**escalated** 112:12
**espel** 2:15
**esq** 2:3,6,10,14,20
  3:2,5,8
**essentially** 10:6
  13:14
**establish** 22:25
**established** 11:20
  22:24
**estimate** 32:20,21
**et** 32:10 120:6
  121:3 122:3
**ethical** 17:9,14,22
  18:2
**europe** 16:3
**evaluate** 11:2

**evan** 2:10
**evening** 27:25
  30:6 42:4,4 83:19
  83:21 84:12 85:6
  87:11 110:19
**event** 30:12,22
  54:20
**events** 10:13 21:14
  21:19 50:13
**eventually** 14:19
  15:3 111:12
**everybody** 5:22
  47:6 118:3
**evidence** 119:17
**evolved** 28:25
**exact** 4:10 10:18
  10:19 57:12 61:22
  64:14
**exactly** 6:15,15
  53:9 64:12 65:11
  68:25 72:23 77:16
  78:7,25 84:6
  86:13 89:13 92:19
  102:18 107:7
**examination** 4:2,3
  5:8 116:25
**examine** 20:21
**example** 6:5 18:20
  23:20 36:9
**exchange** 61:19
**executed** 122:10
**execution** 121:14
  122:19
**exercise** 117:13
**exhibit** 4:6,7 45:21
  45:23 97:1,3,14,19
**exhibits** 4:5,9
  118:1
**existing** 11:14
**expect** 99:10 105:8

**experience** 12:23
  13:7,8 20:16 21:9
**experienced** 113:8
**experiences**
  115:15
**expert** 112:7,20
**expertise** 24:24
  58:4
**expiration** 121:19
  122:25 123:25
**expires** 119:21
**explain** 16:7 76:20
  76:20
**expressing** 9:4,12
**extended** 15:12
**extensively** 70:8
**eye** 8:19,23 40:19
  54:8 61:8,16,17
  67:17 78:19 89:21
  94:8,12 95:16
  108:21
**eyes** 50:2 55:5

**f**

**face** 50:5 57:15
  59:11,14,16 66:12
  73:23 79:5 80:22
  82:17,21 88:7
  91:23,25 92:2
  93:9 94:3 95:15
  98:8 101:4
**facebook** 26:4,5
**facing** 43:16 66:14
  66:15,16,16 99:23
**fact** 112:7
**factor** 109:14
**facts** 8:9 18:9
**fair** 17:3 29:22
  62:21 67:1
**fairly** 10:17
**familiar** 83:24

**far** 20:22 39:22
45:10 90:25 94:10
102:23 107:20
**fast** 105:17 106:2
106:3
**fastly** 106:7
**fear** 58:5 112:22
113:4,15
**fears** 113:15
**feature** 14:6
**feed** 30:12,14,16
32:13 45:11
**feeding** 69:14
**feeds** 30:10,18
107:10
**feel** 67:7 82:10
101:16 102:9
108:1
**feeling** 8:9
**feet** 72:9
**fell** 65:2
**felt** 40:7 41:7,12
50:4 81:19,20
100:23
**field** 13:16,25
16:25 21:8,22
23:11 83:15 110:4
110:23 114:13
**fifth** 2:11,21 85:14
85:15
**fighter** 58:2
**figure** 102:10
**figured** 29:3
**file** 1:3
**filed** 30:11
**filing** 7:19 30:10
**film** 103:4
**filmed** 94:10
**filming** 72:7 94:19
94:23 96:23

**find** 10:25 120:11
**finding** 16:5 75:11
**fine** 5:16 47:2
100:8 116:7
**finish** 6:11
**fire** 58:2 62:13
63:5,9 65:20
71:17 83:5,20
84:8 85:11,12,17
**fired** 38:18 72:22
72:24
**firing** 43:19 62:5,8
62:18 63:8 66:23
69:15,22 71:19
72:6,18
**first** 5:5 9:21 13:1
13:24 24:23 25:9
29:1 30:1 37:14
37:18 41:17 43:8
45:8 49:12 54:24
58:3 60:14 90:8
90:21 112:19,20
116:10 117:12,12
117:13,14 119:9
**fit** 34:25 35:17
**five** 53:6 57:22
**fixed** 55:5 78:13
78:15 94:20 95:22
**flash** 15:24
**flooded** 109:18
**floor** 3:6
**florida** 14:11
**floyd** 27:16 28:11
83:21 109:8,11
111:1 114:14
**floyd's** 39:11
**fluid** 75:17 77:7,15
78:5
**fluidness** 76:11
**flux** 17:15,17

**focus** 16:19,21
45:15 55:9 76:11
104:11
**focused** 15:1,8
28:1 55:19 62:16
93:3 94:19 96:23
96:23
**focusing** 108:10
**follow** 14:10 17:10
20:6
**followed** 14:9
**following** 1:23 5:2
115:11
**follows** 5:6
**foot** 35:18
**footage** 10:14 86:9
94:10,15,16,16
96:19 111:9
**foregoing** 121:13
122:18
**foreign** 111:3,7
**forget** 29:15
**forgetting** 25:4,14
**forgive** 16:24
35:14
**form** 85:23 108:1
**formal** 37:7
**formally** 72:9
112:16
**forte** 52:11
**forth** 119:6
**forums** 25:19
**forward** 23:2
120:15
**found** 12:24 13:1
**four** 116:13
**fox** 10:3,16 12:13
14:16 15:16
**fredlaw.com** 3:11
**fredrikson** 3:9

**free** 121:14 122:20
**freelance** 11:5,6
11:24 12:12,15,19
21:17 117:5,7,11
**freelancer** 19:16
100:24
**freelancing** 10:21
15:6,11,12,14
**frequency** 71:4
**frequently** 66:24
**friendly** 110:15
**front** 45:13,20
51:18 53:14 57:20
66:13 75:7 90:8
110:9
**fruitful** 102:7
**fucking** 105:5
**full** 16:18 78:1
86:15 88:10 113:3
**function** 46:6
**functioning** 108:9
**further** 48:15
80:15,16 90:6
102:10 117:18
**fusion** 14:24 19:13
20:3
**future** 23:5 83:10

---

**g**

---

**game** 11:5
**gap** 53:4,6
**garrison** 1:19
119:19
**gas** 38:18 53:19
61:23,25 62:23
79:10,14 80:1,4
89:4 94:13
**gather** 60:4 79:17
81:22
**gathered** 45:1
**gathering** 54:10
57:5 58:17 59:6

68:3,7
**gaëlle** 2:3 22:20
  26:12
**gear** 59:6
**gears** 25:16
**general** 58:25
  62:15 64:13 66:9
  67:15 76:25 77:19
  77:22 78:23 92:25
**generally** 11:25
  100:21 113:25
**geography** 13:13
**george** 27:16
  28:11 83:21 109:7
  109:11 111:1
  114:14
**getting** 30:17
  40:24 49:14 51:21
  51:22 60:3 67:6
  68:9 79:13 80:10
  94:19 96:24
  109:18
**gig** 10:23 13:1
**give** 10:4 20:20
  32:19 51:10 57:16
  64:14 79:7 80:5
  84:5 86:15 100:7
  104:13 117:17
**given** 62:9,9
  119:12
**gives** 50:16 83:18
**giving** 66:5
**go** 5:19 10:17 14:1
  17:15 18:21 22:2
  27:21 31:21 33:5
  34:17 38:2 40:13
  45:7 47:10 48:13
  49:11 55:7 59:16
  63:10 70:6,14,15
  75:20 77:12,14
  79:18,19 80:7

81:15 85:8,19
  88:4 89:14 92:16
  97:18 99:8 101:10
  103:1,2 105:15
  107:18,25 108:12
  108:14,17 114:4
**goal** 10:25 11:2
**goes** 61:2 75:19
**goggles** 89:4,5,16
  89:18,19,21
**going** 5:19 6:7 9:5
  12:4,5 13:10
  18:16,18 20:17,18
  21:24 22:16 23:1
  26:9 30:17 31:4
  31:13,18 32:16,22
  32:25 37:22 39:13
  42:20 43:6 45:22
  46:1,14 47:6,22
  49:11 50:21 51:23
  53:1,16 59:15
  60:7 61:15,16
  63:10,24 66:19
  70:15,23 71:25
  74:21 81:12 83:1
  84:3 85:8 89:2
  92:19 97:2,3,16
  99:24 100:4,6,14
  102:6,7 105:3,24
  115:21 116:10,15
**good** 5:10,11 6:5
  17:12 23:8 32:1
  57:14 71:2 105:3
  106:19,21 118:4
**google** 44:18
**gotten** 39:18
**govern** 17:14
**government**
  112:17
**goyette** 1:15 3:1
  5:1,4,10,15,16 7:5

7:14 10:1 18:15
  20:21 21:2 23:10
  24:22 26:1 27:21
  37:4 46:22 47:14
  64:10 70:24 71:2
  89:1 97:7 102:6
  112:10 115:7,21
  116:7,12,15 117:4
  117:20 118:2
  120:8 121:4,9
  122:4,13 123:20
**goyette's** 4:7 23:23
**grab** 77:20
**grabbed** 80:3
**grad** 14:12 16:15
**grant** 15:7
**grassy** 52:2 55:1
**great** 100:8
**green** 45:16 48:7
  48:23
**greene** 2:15
**greeneespel.com**
  2:17
**grenades** 52:25
  53:19 72:9
**grew** 13:22 91:13
**ground** 20:16 23:6
  33:18 42:13,19,24
  45:12 49:5 61:7
  62:1,22 79:6,13
**group** 43:16,22
  44:5,21,21 45:1
  49:8 52:21 54:10
  55:8,8 58:2 61:23
  68:9,10,14 69:9,12
  71:9 79:14 103:17
**groups** 43:13
  49:18 72:4
**gtribie** 2:5
**guard** 107:23

**guess** 17:20 36:24
  44:9 48:13 52:17
  54:21 55:17 56:18
  57:22 68:2,9 77:2
  85:16 91:13 93:10
  101:8 107:15
**guessing** 81:16
**guided** 80:4
**guidelines** 17:10
  17:19 18:10 19:5
**gun** 91:22,24 92:1
  92:3,13 93:9,17
  96:11,14 98:7,10
  98:16,20
**guns** 40:23 91:18
  92:13 93:11
**guy** 93:8

### h

**h** 2:6
**habit** 74:4 76:22
**half** 14:22
**hall** 14:2
**hand** 12:22 56:25
  57:8 77:1,1,2,14
  77:21 78:3,3
  119:17
**handle** 26:15 27:2
**hands** 32:19,21
  33:15 35:19 44:2
  72:10 77:9 78:25
  94:18,21 95:10
  96:21
**happen** 107:1
  113:18 114:15
**happened** 5:18
  8:24 21:20 59:22
  61:9,12 65:7 74:8
  83:9 84:15 85:21
  90:15 102:24
  103:13 105:13
  106:25 108:23

110:13,18 114:5
114:14
**happening** 8:4
15:9 16:7 23:15
38:15 40:16 42:1
50:15 53:14 55:12
61:11 71:18 81:25
82:14 87:15
103:14 104:14
106:19 107:22
113:16
**happens** 12:5 19:2
**happy** 30:23
**harass** 102:8
**hard** 46:17 49:14
54:22 71:6 72:11
80:5 101:10
104:13 109:20
116:14
**harder** 43:20
62:13
**hat** 69:14
**head** 35:22 45:14
49:14 58:5 60:3
**headed** 57:2
**hear** 37:5 97:23
107:1 108:24
**heard** 9:22 41:23
41:24 106:20
**heather** 2:20 5:12
23:2 46:8 63:13
97:11
**heather.robertson**
2:23
**heavy** 114:6
**heightened** 53:10
**held** 33:3 78:18
**helicopters** 41:23
41:25
**helmet** 89:3

**help** 10:25 16:6
24:16 33:18 44:14
45:15 59:24 61:14
61:21 82:4 103:6
**helped** 14:23 58:4
79:2
**helpful** 47:9
**helping** 111:3
**hennepin** 114:24
119:2,7
**herald** 14:13,13
16:18
**hereof** 119:17
**hereto** 119:13
**hey** 51:10 61:15
**high** 96:24
**higher** 32:8
**hip** 50:22
**hit** 49:14,20 51:21
54:15 59:14,16
61:16 62:4,17,18
63:11,19,21,25
64:4 66:11 74:11
82:16,24 105:5
108:19
**hitting** 108:11
**hold** 32:19 33:9
46:1 74:22 76:21
77:20 97:17
100:16,16
**holding** 32:21
33:15 72:6,8
76:15,22
**home** 65:14,15
**honest** 22:4
**honestly** 72:4
85:19 103:8
**hop** 50:22
**hopefully** 56:4
**horseback** 56:14
69:11

**horses** 59:3,7
**hosted** 1:23
**hour** 84:22
**huffman** 1:8
**huh** 6:2,2 29:9
33:25 35:6 71:14
74:20 93:18 95:19
**hundred** 54:23
115:1
**hurt** 41:5 50:7
62:16 69:17 74:21
94:19 108:21
**hurting** 108:21
**hyper** 14:17

## i

**idea** 10:4 11:22
35:15 48:5 57:14
70:10 92:17
**identification**
45:21 97:1
**identified** 9:16
96:7
**identifies** 22:9
**identify** 21:23
22:7 98:25 110:8
**identifying** 24:10
**ignorance** 16:24
**illegal** 39:23 72:22
73:1,9
**illinois** 3:7
**image** 48:11
**images** 50:3
**imaginable** 109:19
**immediately** 40:15
**impact** 108:24
**imperative** 108:8
**importance** 101:1
**important** 5:25
16:21,22 25:4
49:17 55:2 66:4

**imposed** 20:22
**impression** 29:15
72:21
**inaccurate** 57:16
**inches** 32:20,23
35:4,19
**incidences** 62:7
69:21
**incident** 51:10
83:13 85:21 94:15
95:3 96:19 98:2
98:23 101:11
102:24 109:4
110:25 111:21
114:8
**incidents** 41:11
83:13 84:14 85:18
**included** 120:13
**including** 97:17
**incomplete** 82:11
**incorporate**
107:13
**incorporated**
122:12
**independence**
18:9,12,22,24
**independent** 19:1
71:11 81:3
**independently**
39:22
**indicate** 4:10
32:14 54:8
**indicated** 51:16
52:2
**indicating** 28:4
32:21 34:22,23
35:19 44:2,7 77:6
88:5 91:19 96:16
120:13
**indication** 87:17
88:2

**indications** 87:20
**individual** 1:9,9
  1:11 19:4 50:13
  99:1 113:2
**individuals** 21:23
  39:21 43:19 69:23
  71:8,23 79:1
**information** 25:15
  30:17 39:9 80:11
  82:11 100:8,9,13
  102:10 107:12
**initial** 28:19 30:12
  45:11 54:4,5,24
  95:3 103:7 109:13
**initially** 49:7
  51:19 55:19
**injunctive** 23:4
**injured** 40:18,18
  45:14 53:12 64:11
  82:9
**injury** 58:5 111:23
**inquiries** 12:25
**inside** 106:17,19
  106:21
**insignia** 89:12
**instagram** 25:21
  26:1
**instance** 71:22
  99:23
**instances** 69:23
  70:16 71:16 72:25
  73:2 102:19
  111:25
**intending** 100:12
**intentional** 63:21
**intentionally**
  17:25 39:20 63:14
**intentions** 83:2
**interaction** 41:7
  80:18 103:13,21

**interactions** 39:1
  39:6 41:20 109:3
  109:12 110:3,21
**interested** 47:23
  105:11 119:14
**interim** 1:7
**international** 13:2
  15:7 21:17
**internet** 21:11
**internship** 13:19
  13:21 14:12
**interpreted** 38:20
**interrupt** 6:10
  44:24
**interrupting** 64:1
**intersection** 43:15
  43:17 44:1,10,11
  45:2,3 48:8,15,17
  51:24 52:1 54:3
  54:18 55:25 56:3
  59:4,6 63:4,7
  64:17 68:5,7,12,13
  68:15 69:10 86:13
**interview** 6:14
  13:4 30:13 108:1
**interviewed** 51:1
**interviewing**
  13:16
**interviews** 30:16
**investigation** 20:6
  111:10
**involve** 16:9
**involved** 15:19
  16:5 20:5 114:22
**iphone** 4:7
**irrelevant** 27:20
  116:21
**issue** 51:2 71:15
**items** 70:20 71:5

**j**

**jacket** 89:7,8,10
  89:11
**jackets** 89:13
**jared** 1:15 3:1 4:7
  5:1,4,16 9:5 27:7
  100:19 120:8
  121:4,9 122:4,13
  123:20
**jaredgoyette** 4:6
  26:21 27:8
**jbaker** 2:17
**jesus** 97:21
**jfd** 1:4
**jill** 1:19 117:25
  119:19
**job** 12:21,24 13:18
  13:24 14:1,14,15
  14:24 16:20,21
  107:8 108:10
  110:13 116:1
**john** 1:10 2:14
**join** 37:24
**journal** 10:23
**journalism** 12:23
  13:7,8,25 16:14,16
  16:25 17:12 18:3
  18:22 19:12
**journalist** 8:17 9:8
  9:9 10:2 11:7
  12:12,16,19 17:2
  17:10 18:4,13
  21:4,5 22:15
  23:13 25:7,8
  39:12 40:8,25
  41:4,12 54:8
  67:10 74:14,18
  82:17,21 111:24
  112:23 117:5,8
**journalists** 17:7
  17:24 19:6 21:14

  21:23 22:7 36:1
  101:9 111:3,3
  112:4,18 113:2
  117:7,8,11
**jrt** 1:4
**judge** 6:19 10:25
**judge's** 22:18 23:7
**juncture** 60:14
**justine** 70:9

**k**

**k** 3:3
**karen** 3:8 46:4
**keep** 30:13 55:3,3
  63:25 77:13,19
  78:20 81:20
  100:22,22 108:8,8
  112:15 116:15
  117:3
**keeping** 10:12
  55:11 78:12,13,15
  93:2 95:22
**kept** 94:1,1 95:6
  96:17
**key** 17:6 18:8 29:5
  74:14
**kid** 16:20 67:6
**killed** 28:12 29:8
**killing** 114:2,13
  115:12
**kind** 6:6 13:13
  19:9 21:7 22:14
  23:11 24:18,22
  28:22,23 30:25
  38:19,21 45:25
  56:19 64:18 69:1
  72:9 78:1 82:3
  89:18,19 92:3,22
  94:7,17 95:6
  101:11,22 102:19
  107:2 110:3
  112:19 115:25

kinds   21:6
knew   12:22 29:2
  60:24 65:10 82:21
  103:19,19
knoll   52:2 55:1
know   7:17,25 8:12
  8:13 9:3,7,11,25
  11:14,23 12:12
  14:9 15:3 17:21
  18:6,8 19:6 20:8
  20:18 22:7 24:1
  28:25 29:20 31:1
  31:25 34:22 35:3
  35:14,15,20,21
  36:8 37:8,8,11
  40:6,17 41:10
  43:19 44:5,20
  46:2 51:20 53:8
  53:10 54:5 55:7
  55:23 56:2,11
  58:14,14 59:5,7,24
  60:3,5,6,12,14,18
  60:19 61:15,21
  62:1,16 64:15
  65:2,9,12,14,17
  67:6,17 68:1 69:3
  69:10,16 70:7
  71:16 72:3 75:11
  76:1 77:6,18,18
  78:9,21,23 80:13
  81:20 84:24 86:24
  87:5,13,19 90:22
  91:2,24 92:3 94:9
  94:16 95:2 96:3
  96:14 100:9,15
  101:19 102:9,11
  102:15,16,21
  103:4,10,18,23
  104:13,24 105:6
  106:13 107:1,3
  108:8,10,13,25

109:1,17,19
  110:11,12,16
  111:4,12,16,25
  112:13,18,18
  114:5,7 115:12
knowing   8:5 40:1
knowledge   9:21
  27:5 99:9 113:3
  115:10
known   8:17
knows   108:2,3
koerth   86:16
  93:20
kroll   1:8
kschanfield   3:11

**l**

label   97:7
labeled   73:15
  87:16 96:8 103:20
  104:9
lack   75:8 114:6
laid   15:4
lake   44:19,21 45:2
  48:8,14 51:25
  55:25 57:6 68:21
  68:21 83:24 86:12
  87:4
landed   61:23
  79:11
landmarks   64:19
language   96:15
lanyard   35:24
  36:21 74:13,13
laptop   32:11
large   21:13,19
  32:15 35:10 36:2
  36:14,20 49:8,18
  94:25
largely   116:20
larger   36:19 44:5
  55:12 56:13 92:5

lasted   15:10
late   42:4,5
latest   7:19
latin   15:1 16:17
law   29:13 30:2
  37:15,15,20 39:1
  39:11 40:7 41:17
  41:21 109:3,15
  114:20 115:3
lawyer   17:20
lawyers   7:22
layoff   15:14
layout   52:4
leadership   58:4
leading   104:15
leaning   80:11
learn   18:6 27:18
  57:19
learned   27:15,24
leave   57:24 58:10
  58:14 79:16 80:25
  81:1,23 82:2,15
  99:8
leaving   92:20
led   13:20 14:19
  80:8
left   57:3,8 58:21
  61:17 105:14
  111:4 116:13
legal   1:23 120:1
  123:1
length   34:8
lenses   31:25
lethal   39:21 92:24
letter   120:19
level   101:8
life   60:2 89:7,8,10
  89:11,13 103:10
lifting   58:6
light   41:22

limited   20:19
linda   1:4 2:2 8:12
  8:14 18:18 23:24
  120:6 121:3 122:3
line   7:7 11:19 17:8
  18:16 24:19 38:12
  40:19 41:2 43:15
  45:1 53:25 54:21
  54:25 60:19 61:1
  64:16 65:20 68:19
  68:20,22 75:7
  83:5 85:22,23
  90:14 91:3 93:14
  96:1 101:23
  102:13 109:9
  120:13 122:7
  123:3
linked   26:6
liquor   44:11 81:17
list   25:6
listed   122:7,17
listing   122:7
little   10:4 19:24
  25:16 31:13,15
  43:23 48:15,16
  57:4 63:11 67:7
  82:13 90:6 109:25
live   49:4 50:15,19
  50:20,23 51:3
llp   2:3,7,11 3:2,5
local   13:21 14:16
  14:17,18 19:15
  21:21 50:23
located   90:11
location   28:10
  29:12 43:5 54:13
  55:13,18 62:9
  104:3
locked   67:7,8
lodged   23:24

**logic** 72:12
**long** 10:16 11:20
  12:11 35:16,18,19
  45:25 47:3 48:25
  57:14,20 58:20
  61:22 79:23 80:21
  86:3 95:20 107:6
  107:6 108:25
**longer** 32:1,13
  95:21
**look** 35:2 37:12
  44:14 46:5,21
  50:14 55:8 67:20
  68:1 86:18,22
  88:4 94:9 99:15
  102:17 105:4
  106:19,21 108:12
  108:21
**looked** 35:21
  65:20 74:17 78:18
  92:25 93:11,22
**looking** 39:9 49:4
  54:12 56:11 65:6
  65:25 67:16 86:8
  101:5
**looks** 49:25
**loose** 68:4
**los** 2:12
**losing** 8:18
**lost** 8:23
**lot** 14:7 15:9 19:9
  20:3 21:14,16
  22:4 43:11 48:7
  51:18,20 52:18
  54:15 55:15,22
  56:19 61:13 65:3
  68:2 69:16 79:21
  84:3 85:13 100:20
  101:3,13,14 111:3
**lots** 17:13,19

**loud** 6:1
**louder** 91:20,22
**loudly** 91:12
**lumix** 31:22
**lyn** 86:12 87:4

**m**

**m** 2:14
**mace** 93:12
**madam** 87:3
  120:10
**maggie** 85:24
  86:15 93:20
  102:17 103:16
  104:7 106:24
**mail** 11:20 47:6
**main** 68:9,10
  81:19
**maintain** 18:24
  29:16
**maintaining**
  105:19
**major** 19:15
**making** 37:12
  54:20 76:3 95:16
**mall** 107:24 108:2
**man** 45:12 48:2
  49:13 53:13 55:10
  57:17 59:25 62:16
  72:7 78:12
**manner** 4:9
**manslaughtering**
  115:13
**map** 44:14,18
  48:10,12 51:24
  55:20 64:14 67:24
  81:10
**march** 30:5,6,13
  30:15 31:1 38:14
  38:16
**marches** 32:6

**marching** 30:8
**margaret** 2:6
**margaret.allen**
  2:9
**margins** 71:9
**mark** 57:3
**marked** 45:21,23
  74:14 97:1
**mask** 73:23,24
  88:7 89:4 94:13
**mass** 15:14 37:9
  112:25
**material** 75:21
  89:13
**matter** 8:12 12:4
**mckinney** 2:7
**mean** 11:6,22
  12:14 17:16 18:13
  18:22 28:10 30:9
  38:6 46:17 49:3
  63:2 69:8 81:2
  82:13 84:2 86:8
  94:5 100:20 102:8
  104:8 106:18
**meaning** 99:21
**means** 10:5,7 11:8
  12:3 23:15 24:10
  64:16
**measure** 49:3
**media** 10:8 19:11
  21:11 25:17,19
  26:14 28:1
**medications** 8:11
**medina** 2:10
**medium** 23:16
**mediums** 19:12,15
**meeting** 7:24 8:1
**meetings** 7:21,22
**member** 17:21
**members** 29:13

**memory** 7:18
  37:18 38:19 59:8
  92:4 102:16 106:2
**mention** 110:17
**mentioned** 15:17
  24:9 40:6 59:3
  65:4
**messaged** 61:1
  83:3
**messages** 28:4
**messenger** 35:3
**mexico** 20:4
**miami** 14:13,13
  16:18
**microphone** 75:19
**middle** 54:6
**midnight** 84:11
**midst** 21:8
**midwest** 120:17
  123:1
**mince** 63:18
**mind** 33:5 40:15
  46:5 60:14 65:13
  75:6 100:22
  107:14
**minneapolis** 1:7,7
  1:10 2:16,21,22
  3:10 5:13 8:13
  86:10 104:8,19
  110:4,21 111:23
  112:1,5,23 113:22
  115:3,16 120:6
  121:3 122:3
**minneapolismn....**
  2:23
**minnehaha** 44:19
  45:2 48:8 51:24
  52:3 56:1 57:5,9
  57:10 58:13 59:1
  68:5,8,12,14,21
  80:16

**minnesota**  1:2
2:16,22 3:10 11:5
12:16,20 13:1,6
15:5,6 21:16,18
119:1,7
**minute**  45:6 50:9
53:6 69:2 101:18
**minutes**  47:5 49:5
53:2,9 57:19,22
58:22 65:9 80:23
116:7,13
**mischaracterizat...**
64:4 84:5
**mischaracterizes**
77:11
**mischaracterizing**
63:14
**mispronounce**
50:22 86:17
**misquote**  24:12
**misremembering**
66:8
**missed**  113:13
**missing**  40:5
**misspeak**  38:7
**misspoke**  52:9
**misstate**  16:1
**mistake**  6:12,13
**misunderstood**
87:24
**mix**  10:21 27:24
**mobile**  32:5 33:4
43:6 49:19 78:14
**mobility**  95:5
**model**  31:23 32:3
**moment**  10:2
15:23 45:13 54:18
59:23 60:4,20
71:18 74:22,23,25
75:1,10,12 78:24
79:15 84:4 87:19

94:8,12 95:8
96:23 101:1,15
104:15 110:15
117:17
**moments**  54:22
**monopod**  31:7
32:2,4 33:7,18
34:5,8,19 73:11
76:8
**month**  10:19
**moon**  44:12
**moral**  17:13 38:21
**morning**  5:10,11
8:7 20:19 28:6
29:7,8
**mother**  16:21
**move**  51:21 54:14
59:13 60:7,22
83:12 93:22
**moved**  12:20 49:9
55:24 59:19 66:17
102:23
**movement**  20:7
**movements**  16:6
20:8 21:6
**movies**  35:15
**moving**  41:23 57:4
102:22 104:1,3
106:7,8
**mpd**  115:10
**mpr**  16:6
**multiple**  31:10
**murder**  27:16
28:16 39:11
115:12

**n**

**n**  4:1
**name**  5:12,17
26:16 80:11 83:23
86:15,24 108:4
120:6 121:3,4,15

122:3,4,21
**named**  86:14
**narrow**  35:16,17
**national**  21:18
**natural**  5:17
**naturally**  6:6
**nature**  8:10 33:3
53:10 110:7
**ncra**  119:20
**near**  13:21 45:8,9
45:9 53:12 64:19
81:6,17
**nearby**  79:2
**necessarily**  4:10
**necessary**  6:19
24:16 32:12 78:15
103:11
**neck**  33:3 73:21,22
75:23
**need**  6:22,24 10:12
11:16 22:23 24:1
32:7 41:1,11
46:24 57:2 100:5
101:18,19,20,21
107:14
**needed**  15:2 32:7
60:8 81:23 82:4
82:15 89:20 95:21
111:16,18 116:12
**needing**  108:9
**negative**  101:14
**neglect**  29:20
**neighborhood**
14:18
**nervous**  90:23
**network**  19:13
**never**  33:5
**new**  2:4,4 11:16,16
11:17 23:4
**news**  10:7,11 12:5
17:8 21:21 117:9

**nhl**  10:22,23
**nicollet**  86:12 87:4
**night**  83:22 84:7
84:21 87:22 107:6
107:19,19,22
108:17
**nights**  107:6
**ninth**  2:15
**north**  48:17,18
58:13 80:15,16
**northeast**  52:1,8
**northwest**  3:3
52:13,15
**notarized**  120:14
**notary**  119:7,21
120:25 121:10,18
122:15,23 123:23
**note**  4:9 20:18
22:17 55:2 116:10
117:22 120:12
**notebook**  25:2
31:8 35:7,10,12
54:12 73:12 75:12
76:12,15,21,25
77:9,13,14,16,17
77:18,19,21 78:3,7
78:17,20
**noted**  6:18 24:7
**notes**  76:12
**notice**  30:1
**number**  28:23,25
31:23 43:12 46:9
106:10 120:7,13
**numbers**  122:7

**o**

**oath**  119:8,9
**object**  6:17 18:16
18:18 20:17 21:24
22:22 23:6 24:4
25:22 26:9 31:4
31:18 32:16,25

[object - outside]                                                      Page 15

37:22 39:13 42:20
46:14 59:15 70:23
71:25 81:12
**objecting**  24:19
26:18,22 27:3,9,20
33:10,20 34:1,9
64:5 112:8
**objection**  6:17
22:21 24:6 26:11
34:15 35:11 36:4
36:10,11,16,17
37:2,25 39:2,4
40:10 63:13,18
64:3,7 70:2,3
76:17 77:11 82:18
82:25 96:5 97:8
98:17 99:13
110:24 112:6
113:10,10 114:21
115:8
**objections**  23:23
**objectively**  19:3
**objects**  18:21 24:4
**observe**  22:14
43:10 69:6 70:19
71:12,13 81:4,6,25
82:14 86:1
**observed**  43:12,15
43:17,19 45:10
63:9 70:25 73:3,4
73:5,6 87:8
**observer**  19:1 81:3
**observing**  71:3
72:13
**obviously**  8:18
12:22 82:11
**occasions**  40:5
**occur**  37:9 62:10
**occurred**  50:13
81:1 108:1

**occurring**  16:10
37:9 113:22
**odd**  84:18
**offer**  12:21
**office**  2:21
**officer**  1:10 29:19
39:25 41:3 54:12
67:12,14,19 78:19
82:20 84:15 92:17
93:1,3,17,22 94:13
95:17,24 96:10
99:3,7,11 100:1
102:16,25 103:10
104:25 105:4
110:7,10,13
**officer's**  94:3
**officers**  39:12,20
39:24 40:19 43:16
43:18 54:7 60:3
60:24 62:5,8 63:3
63:6 64:16 66:22
66:24 67:3,9 69:9
69:13,14,22 72:13
78:22 91:3 92:15
92:22,25 93:4
94:21 95:13 98:24
102:13 103:17,23
104:5,21 105:20
110:4,22 111:24
113:2 114:9
**offices**  15:2
**official**  1:8,9,11
121:15 122:21
**oftentimes**  16:4,11
**oh**  16:2 17:18 34:5
42:16 48:13 57:1
104:16
**ohio**  120:2
**okay**  5:15 7:2,5,12
7:14,24 8:7,11
9:15 10:16 11:4

12:8,11,18 13:6
18:1,12 19:9
20:24 21:13 22:20
23:8,10,19 24:6,9
24:14 25:12 26:14
27:1,13 29:12,21
30:1 31:24 32:22
33:7 34:24 35:2
35:23 36:14,23
37:14 38:4,10,23
39:8 40:3 41:9
42:16 43:2,2,10,22
44:17 45:3,6
46:13,19,25 47:2
47:14 48:5,18,22
48:25 49:10,12,22
49:25,25 50:25
51:23 52:6,13,21
53:12,23 54:20,22
55:6,13,17 56:8,15
56:18 57:1,2,4,11
57:24 58:8,10
59:1,10,21 60:6,9
61:12,24 62:24
63:10 64:10,18
65:4,24 66:3
67:21 68:14,23
69:19 71:21 73:7
74:23 75:9,16
76:3,7 77:5,8,24
78:8 79:4,23 80:7
80:9 82:2,6,9,10
82:23 83:8,14
84:7,20 85:2,5,8
85:16 86:2,14
87:4 88:1,18 89:1
90:1,4,11 91:9
93:6,10,18 94:13
94:22 96:19 97:23
98:5,14,22 99:3,7
99:24 100:6,12

102:6 104:17
105:23 106:13
108:19 109:25
110:20 112:3,22
113:21 114:3,15
114:18 117:24
**okayed**  28:21
**older**  72:7
**once**  29:5 46:2
50:11 76:23
101:20
**ones**  40:5 50:21
70:14
**open**  61:18
**operate**  20:13,15
21:3
**operating**  5:23
40:18 108:7
**opinion**  112:7
**opportunities**
83:11
**opportunity**  20:20
88:19
**opposed**  13:17
33:13 50:12 71:9
**order**  13:13 22:18
23:7 61:9
**orders**  104:12
**organization**
17:24 117:9
**organizations**  17:1
**organize**  20:13,15
21:3
**organized**  71:9
**organizers**  28:4
**orientation**  111:6
**original**  119:15
**outcome**  119:14
**outline**  17:12
**outside**  22:17,22
23:7 24:20 25:22

27:4,10 31:5,19
32:17 33:11,20
34:2,10 36:5 37:2
37:23 38:24,25
39:2,14 46:15
56:20 70:25 71:3
72:2 114:22 115:4
115:8
**overseeing** 14:16
**owned** 14:23
**owner** 14:22

**p**

**p.m.** 49:15 50:1
73:16 85:3 87:5
**page** 4:5 47:23
120:13,15 122:7
123:3
**pages** 45:25
**paid** 12:2,2,3
100:24
**pain** 61:8,13
108:23 109:2
**palace** 44:12
**panicked** 39:24
**pants** 35:18
**paper** 13:21 14:3,6
36:15,20
**paragraphs**
107:12
**paramedic** 50:6
**parked** 43:7
**parking** 43:11
44:22,23,25 45:9
45:16,19 48:7,14
51:18 52:18 54:15
55:15,22 56:19
65:3 68:2 79:21
**part** 15:13 16:3,5
17:6,8 59:8 69:13
87:22,22,23 113:6
113:17 122:9

**partially** 35:1
**participating**
23:17 53:18 71:10
74:16
**particular** 17:9
20:4 28:24 34:18
84:4 87:19 93:3
110:15
**parties** 19:1 86:1
119:13
**partner** 14:8
**partnerships**
14:17
**passage** 50:16
51:11
**passed** 40:21 53:9
53:11 90:14 99:4
99:21 102:13,18
**passenger** 105:2
106:16
**passing** 99:12
**pattern** 53:22
62:14 73:2
**patterns** 70:11
73:4
**paul** 1:20
**paused** 108:16
**pdf** 47:7
**peg** 105:5
**pegged** 41:6 84:18
84:20
**pen** 31:8 35:7
**pending** 50:11
**people** 8:5 10:9
13:17 30:8 31:1
42:23,24 44:4
45:14 49:1,19
53:17 54:10 56:13
58:1,6 61:7,14,20
62:6,17 65:19
66:15 68:3,4,7,18

69:17,17 72:4,20
72:21,24,25 73:8,8
74:19 80:2 82:4
98:13,14,15,15
111:5,8 112:14
114:12
**perceived** 83:5
**percent** 54:23
115:2
**perception** 62:2
**perfectly** 100:8
**period** 11:25
15:12,15 31:6
41:13 70:24 84:22
109:6 114:11
**periodically** 53:1
**periods** 12:9
**permanent** 12:24
109:11
**permitted** 39:14
46:16 117:13
**person** 22:15
23:13 60:21 62:9
67:18 72:6 88:3
98:6,9,19 109:20
112:21 114:11
**person's** 6:7
**personally** 39:1
113:8 121:11
122:15
**perspective** 16:7
**philadelphia**
13:22
**philandro** 70:9
**phone** 9:2 23:20
25:3 31:7 32:9
36:9,19 50:5 65:7
66:1 72:8 75:12
76:12,15,21 77:1,4
77:9,14,21 78:4
94:20,22 95:4,7

96:20 98:6 120:3
**phones** 49:19
**photograph** 47:24
74:5
**photographers**
10:9 42:12
**photographs**
19:17,21
**photography**
19:22
**photos** 32:2 88:4
**picture** 47:24
73:16
**pictured** 79:8
**piece** 36:15,20
51:2
**pieces** 25:7
**pin** 30:21
**pinpoint** 103:7
**pio** 109:16
**place** 1:18 16:12
55:5,5 67:7,8
78:13,16 102:22
102:22 119:6
**places** 10:10 11:14
16:1 17:4 32:6
**plaintiff** 1:5 2:2
23:24
**plaintiffs** 23:4
**plaintiffs000157**
97:8
**play** 101:16,20,20
101:21 102:8
**played** 97:19
**playing** 105:22
**please** 16:24 96:13
97:11 100:3 102:1
120:11,11
**plenty** 83:10
**pllp** 2:15

plural 92:13
pocket 35:18
  77:15 78:4
point 8:22 9:2
  36:19 38:18,20
  50:24 53:18 54:7
  56:22 71:2 76:9
  81:6 82:12 83:4
  89:14 91:16 92:1
  92:12 93:4 95:1,4
  95:22 96:10,12,13
  96:14 107:7,15,23
  108:11,16 109:17
  109:19 110:18
pointed 40:21,22
  84:15 93:25,25
  94:1 95:20 96:17
  98:7,10,12,16
pointing 54:11
  92:8 93:2,9,17,23
  95:17 98:19 99:1
  99:3,7,11 100:1
  102:11
points 15:24 32:11
police 1:7,10 29:15
  29:25 38:12,19
  43:16,21 53:19
  56:12,13 57:5
  59:6 60:20 62:11
  62:18 64:16 66:15
  66:17 68:20,21
  70:8,17,20 71:5,17
  71:19,22,23 72:5,6
  73:5,8 75:9 81:5
  83:6 85:18,23,23
  90:14 103:9 104:8
  104:10,17,18,19
  104:21 106:6,11
  110:4,21,22
  111:11,23 112:1
  112:13 114:13,17

114:25 115:16
policing 110:5
policy 13:17
politics 14:5
position 25:8
  59:13,19 63:17
  64:15 65:18
positioned 74:13
  85:24
positive 110:7
possibilities 99:18
  99:20
possible 23:19
  24:25 25:7 82:23
  87:21 99:4 109:16
possibly 5:20
  66:23 110:18
post 28:19 30:10
  42:11 50:1 51:1
posted 27:1,7
  49:11 50:8,11
  53:2 59:14 80:19
posting 50:2
posts 49:21
potential 51:21
  83:5
potentially 32:2
  111:9
powerful 28:3
practice 18:6 73:5
  76:25 77:19,22
precinct 30:5,7
  31:2 37:16,21
  38:12,24,25 42:1,7
  43:3,4,13,17 45:20
  53:14 54:2 60:22
  62:3,6 63:2 66:7
  66:14 71:4 78:11
  83:19 84:1,8
  85:11,12,14,15,17
  95:3 108:15

precise 110:1
precisely 22:7
prefer 5:14
prepare 7:6,15
presence 29:16,24
  30:2 37:16 41:17
  41:22 56:13
present 29:19 30:9
  38:25 49:4
press 10:13 14:21
  19:14 35:23,24
  36:18,25 40:1,22
  40:23 74:5 78:17
  87:14,17,21,24
  88:2 89:7,9,12
  90:22,23 91:8,10
  91:10,18,19,19
  95:13,23,25 96:7,9
  96:10,11,12,17,22
  98:19 103:20,22
  110:11 113:3,4
pressure 81:20
  100:22 107:9
presume 93:15
pretty 20:22 33:23
  69:15
previous 13:8 53:5
primarily 66:22
principally 22:8
  34:19
principle 22:12
  24:10 25:10 32:9
print 19:11
prior 20:1,21
privately 14:23
probably 44:15
  80:2 86:8 101:2
  108:17 112:20
procedure 121:5
  122:5

proceeding 5:18
proceedings 1:23
  5:2
producer 50:23
production 120:15
  120:17,22
profession 10:1
  17:18
professional 16:25
  17:7,9,12 18:2
  35:25 119:5,20
projectiles 39:21
  66:18,21
prolonged 96:16
prominent 44:10
  50:21
promised 65:15
pronounce 86:25
proof 89:6
proper 63:17
protect 116:2
protections 117:12
  117:15
protective 89:3,21
  89:21,24 91:5
  94:6
protest 8:19 20:7
  21:6 40:16,16
  68:6 69:21,24
  74:16 84:25
protester 21:4
  37:13 49:13 57:18
protesters 29:17
  29:18 37:7 38:13
  38:18 40:20 43:13
  43:23 50:8 51:13
  53:15 54:3 60:19
  66:13,14 67:22
  68:10,19,20,21,23
  69:6 70:18,20
  71:5 75:8 81:4

83:6 85:22 87:8
90:11 93:15 96:2
103:15
**protests**   8:18 15:9
15:19,24 16:2,3,10
19:25 20:2,9 21:3
21:8 27:14 31:11
32:6 37:9 38:15
49:19 62:7 70:8
71:3 73:3,4,6
84:24 108:6 109:8
109:12,13 110:9
113:1,21 114:4,19
115:11
**provide**   87:2
**provided**   95:5
97:13
**provoked**   101:11
**psychological**
108:24
**public**   13:2 15:6
21:15 119:7,21
121:10,18 122:15
122:23 123:23
**publication**   11:13
11:13 18:10
**publications**   19:4
19:19 21:18
**publicly**   103:12
**pull**   46:9
**pulled**   46:12
103:19 104:9
106:9,17
**purposes**   8:3
**pursuing**   114:9
**pursuit**   16:19
**put**   24:25 25:5
34:21 37:11 48:10
50:11 54:16 71:8
75:10 84:3 89:7
89:12 94:18 101:2

101:7 105:14
111:14
**putting**   58:6

**q**

**quadrant**   52:8
**quality**   32:8 96:24
**question**   6:17,20
6:22,24,24 17:3
18:21 22:2,3
23:10 52:17 55:17
56:18 57:23 67:10
85:9 98:22 112:11
**questioning**   18:17
24:20 77:3 101:11
**questions**   6:1 23:6
90:24 115:22
116:6,7,21 117:2
117:18
**quickly**   46:18
77:20 89:6
**quotations**   4:9
**quote**   4:10

**r**

**r**   3:5
**radio**   6:14 13:2,3
15:7,13 19:10
31:8
**rafferty**   1:20
**rain**   38:17
**raised**   72:10
**raising**   71:15
**rate**   12:3
**reach**   57:10
109:20
**reached**   93:14
**reaction**   28:16
**read**   4:9 7:16,16
7:18,20 46:17
118:3 121:5,6,12
122:5,6,17

**reading**   120:19
**ready**   89:20
**real**   11:3 20:20
110:17
**realization**   61:6
61:10
**realize**   100:10
**realized**   54:9
87:15
**realizing**   61:18
**really**   10:24 17:4
22:5,17 24:23
26:6,7 80:5 99:15
100:4 101:6
103:21 116:22
**reason**   8:7 72:12
120:14 122:8
123:3
**reasonable**   99:10
**recall**   8:8 27:15
48:21 59:19 60:12
61:22 64:11,21
76:6,9 78:7,10,25
83:17 86:6,13
88:8 89:13,19,25
92:20,21 93:4,8
105:18 106:10
107:17 116:11
117:19
**recalled**   116:19
**receipt**   120:18
**recognize**   47:15
64:6 113:6
**recollection**   52:4
65:3 69:11 72:3
78:6 103:18
106:16
**record**   4:9 6:18
18:16,17 22:16,25
23:1,22 26:10,12
33:4 47:10 88:24

115:2 116:11,21
119:12 122:9
**recorded**   119:11
**recorder**   25:1 31:8
32:6 73:12 75:19
**recording**   10:13
13:4
**records**   87:1
**recount**   8:8
**recover**   69:3
**recruited**   14:19
**redundant**   91:14
**reed**   3:2,5
**refer**   108:2
**referee**   10:25
**referee's**   11:2
**reference**   120:7
121:2 122:2
**referenced**   51:7,9
86:17 121:11
122:15
**referring**   69:24
70:11 78:24 84:13
93:7,11,12 98:1
**reflected**   4:9
**reflective**   87:17,23
88:1,2 89:9,10,11
**refresh**   7:18
**refugee**   15:8,19
20:1
**regard**   38:8 116:3
**regarding**   19:25
**regardless**   100:6
**registered**   119:5
119:20
**regular**   13:1 111:5
**regularly**   109:23
**related**   9:7 10:23
119:13
**relation**   80:18
104:5

**relationship** 11:15
11:17
**relative** 95:10
119:9
**relatively** 103:14
**relay** 105:12
**relevance** 26:19
26:23 27:3,9 31:5
31:19 32:17 33:1
33:10,20 34:1,9,15
35:11 36:4 37:23
39:4 40:11 42:21
46:16
**relevant** 11:25
32:8 111:9
**reliant** 95:4,7
**relied** 53:8
**relief** 23:4
**remain** 33:13
80:21
**remember** 8:23
9:3,12,23 13:12
27:25 28:1 29:22
30:4,11,19 31:22
32:3 34:18 36:6
36:12 37:20 38:11
38:11,16 39:5
41:1 42:2 44:9
49:23 50:19 51:14
54:11 55:23 56:10
56:11,15 57:17
58:12 59:5,23
61:3,5,17,24 64:18
64:22 65:10,11
69:8 72:4,7,11,13
74:3,8 78:9 79:12
79:24,25 80:3,10
80:11 81:8 82:4
84:25 86:7 87:13
89:12 92:5,9,14,24
93:1,8,16,24 94:6

94:7,11 95:10,12
95:21 101:15
102:20,23 103:7
103:13 104:1,7,15
105:3 106:4,7,8,20
106:24,24 107:17
107:21 108:4,5,7
108:11 109:22
110:6,7 114:3
**remembering**
37:17
**remiss** 110:17
**remote** 1:15 14:1
16:11
**removed** 54:14
55:14 68:8,22
**render** 79:3
**repeat** 112:25
113:4
**repeatedly** 20:10
**replay** 10:22
**replicated** 113:16
**replied** 50:24
**reply** 65:13,20
**reported** 1:19 21:7
**reporter** 5:23 6:9
10:3 14:2 34:3
83:23 86:20 87:3
96:8 110:20 119:5
119:20 121:7
**reporter's** 4:9
35:12 44:6 119:4
**reporters** 42:12,19
**reporting** 10:15
11:11 15:18 18:9
19:25 20:2 21:13
38:23 41:19 83:15
84:4 85:10 107:16
107:21 108:6,20
**request** 23:4 122:9
122:11

**requested** 7:23
**requesting** 34:3
86:20
**required** 120:25
**requiring** 112:13
**reserve** 116:18
117:19
**reserved** 116:13
**reserving** 116:11
**resonated** 8:25
**respect** 50:3
100:18 116:2
**respected** 101:9
**respectful** 116:14
**respective** 119:16
**respond** 60:15
71:23 115:11
**responded** 65:5
**responder** 58:3
**response** 38:19
39:10 53:19 70:8
72:5 105:11
**responsibility**
10:7,8
**rest** 47:1 88:9
95:11 118:4
**restroom** 88:19
**retaliate** 62:11
**retrospect** 82:8
**returned** 120:18
**review** 120:12
121:1 122:1
**right** 6:25 7:3 8:11
9:25 10:10 15:17
21:2 24:14 25:9
25:25 26:1,14,21
26:24 27:13 31:23
32:14 33:24 34:17
35:7 41:15 44:1,3
44:10,11 45:22
46:1 47:22 51:23

52:14,24 55:21
56:5,25 57:7,13,20
58:12 59:21 60:11
61:12,23 64:6,22
66:5,12 67:12,21
70:6,12 73:22
77:8 85:20 86:5
86:12,18 88:21
92:23 95:16 97:2
97:2,15 99:10
101:22 102:13
107:10,16 110:9
111:4,21 114:18
115:18,20 116:5
116:11,19 117:5,9
117:19,21 118:3
**rights** 117:14
**riot** 59:6 93:12
**rise** 9:8
**risk** 90:19
**robert** 1:8
**robertson** 2:20 4:2
5:9,12 7:13 9:14
18:19 20:24 21:1
22:1,20 23:8,9
24:1,6,8,21 25:24
26:11,13,20,25
27:6,12 28:7
30:23,24 31:9,20
32:18 33:6,16,22
34:7,12,16 35:13
36:7,13,22 37:3
38:4,9 39:7 40:2
41:8 43:1 46:7,11
46:19,20 47:2,5,10
47:13 59:20 63:16
63:24 64:6,9 70:5
71:1 72:16 75:15
76:19 77:23 81:14
82:22 83:7 86:23
87:2 88:14,18,22

[robertson - seriousness]                                                                Page 20

88:25 97:6,13,22
98:21 99:19
101:17,25 102:3,5
111:20 112:9
113:12,20 115:1,6
115:14,21 116:4
117:22,25
**rock** 62:10
**role** 58:4 101:9
105:21 116:2
**rolled** 41:3
**roof** 39:20 43:18
54:2,9 60:4 62:5
63:6,9 66:22,25
67:3,9,15 72:13
**room** 2:22 47:1
88:9 92:20
**round** 92:6,8
**rpr** 1:19
**rule** 6:19 78:23
**rules** 5:20 121:5
122:5
**run** 88:9,11
**running** 10:7
30:15
**rural** 14:1
**rushed** 39:24

                    s

**s** 120:15 122:8,8
123:3
**sacramento** 14:20
14:21 19:13
**safely** 29:23
**safer** 65:22
**safety** 50:8 51:14
112:22
**sake** 24:3 44:6
**salary** 100:25
**saved** 6:18
**saw** 23:12 37:15
39:19 45:12,13

49:7 56:12 57:24
58:1,14 59:3 60:1
67:3 69:9 91:22
92:1 93:25 96:10
113:1
**saying** 6:1,2 29:25
61:15,21 65:25
72:24 91:12 92:7
96:10 98:8,18
102:12 110:7
114:19
**says** 51:13
**scale** 21:14,19
87:15
**scanning** 67:16
**scared** 61:13
**scatter** 53:20
**scattered** 71:7
80:2
**scattering** 53:1
**scenario** 39:18,19
69:16 94:7
**scenarios** 67:8
71:11
**scene** 25:11 28:5,8
29:3,17 53:11
69:18 98:4 113:25
**schanfield** 3:8
46:5
**scheduling** 8:3
**school** 13:14,18,24
14:12 16:15,22
**schwartz** 3:2 9:5
20:17,24 30:21
33:5 36:10,16
37:2,24 39:2
40:10,13 46:8,13
59:15 63:13,16,20
63:24 64:2,8 70:2
74:24 75:3 76:17
77:11 82:18,25

86:21 88:12 96:5
97:7,10 98:17
99:13 100:16
101:24,25 102:2
110:24 112:6
113:10 114:21
115:4,8 116:5
117:21,24 118:2
120:5
**scope** 22:17,18,23
22:25 23:2,7
24:20 25:23 27:4
27:10 31:5,19
32:17 33:11,21
34:2,10 36:5 37:2
37:23 38:1 39:3
39:14 40:10 42:20
46:15 70:2,25
72:2 81:13 110:24
114:23 115:5,9
**screaming** 61:6
**screen** 44:18 46:3
46:6 49:12 56:25
57:9 65:6
**screens** 108:22
**script** 13:3
**scroll** 45:25 46:1
51:17
**scrolled** 46:18
**seal** 119:17 121:15
122:21
**searing** 61:8
**seat** 58:7 105:2
**second** 22:23 23:4
46:1 54:13 55:13
102:1
**security** 107:23
**see** 5:23 13:9 28:2
29:13 42:1 43:5
44:2,17 46:3,4
47:7 53:13,15,24

54:2,3,6 55:18,25
56:9 57:5,5 58:10
61:14,18 64:15
67:1,12,18,19
68:23 71:16,17,22
71:22 74:5 78:22
80:1 81:16,21
94:3,20 97:15,23
98:7,9,19,23 100:1
100:4,5 101:20
102:18 103:3
106:6 107:25
115:25
**seeing** 5:17 56:2,3
56:5,16 59:5,24
71:4 72:4 93:2
98:3,3,4
**seen** 46:15 59:8
**self** 81:24
**selfie** 80:19
**sell** 14:22
**send** 30:14 49:20
97:12 117:25
**sending** 12:25
30:16,18 107:10
107:11
**sense** 5:19 7:4
11:13 48:9 50:16
51:11 53:9 56:21
58:15,16 61:11
65:1 66:9 69:18
70:1,7 76:14
84:12 86:10 90:7
106:14 109:9
**sent** 45:11
**sentence** 6:7 22:23
**series** 12:4 107:6
**serious** 28:5 55:10
**seriously** 62:17
**seriousness** 87:16

**set** 28:23,25 36:20
  83:20 84:8 85:17
  105:19 119:6
**sets** 10:24
**seventh** 2:4
**severance** 15:4
**severe** 8:25
**shaken** 82:14
  103:7,12
**share** 49:12 65:6
**sharing** 44:18 45:6
  46:6
**sharpest** 102:15
**sheet** 120:13 122:7
  122:10,18 123:1
**shelters** 64:20
**shield** 94:7
**shift** 25:16 27:13
**shining** 98:6
**shirt** 37:11 73:24
**shocked** 105:6
  107:2
**shook** 82:13 101:6
**shooting** 111:1
**short** 34:13,17,18
  103:14
**shorter** 22:21 23:1
  32:1 34:11
**shorthand** 119:11
**shot** 37:25 39:17
  39:25 40:24 51:22
  54:16,19 59:17
  60:3 62:4,18
  63:15,18,21,23
  66:11 67:18,19
  73:8 74:25 75:1
  78:25 82:21 95:14
  96:24 101:4
**shoulder** 46:6 76:1
  76:5

**shout** 94:2
**shouted** 91:17
**shouting** 91:15
**show** 16:6 45:22
  48:2 94:21 95:12
  97:2 99:24 100:6
**showing** 44:18
  47:14 73:15 95:9
  97:9
**shown** 120:16
**shows** 13:2
**shrink** 34:20
**shut** 41:1
**sic** 106:7 115:13
**side** 18:25 40:20
  43:14,14,25 44:4,8
  44:8 48:19 49:14
  52:7 55:7 56:1,3,6
  56:23,24,24,25
  57:8,9 58:23 59:1
  60:17,18 66:17
  80:8 85:25 90:2
  90:18 103:16
  106:13,15,16
**sides** 43:13,23,24
  44:8,13 71:12
**sidewalk** 64:23,24
  90:4,6,7,8,9
**sidley** 2:3,7,11
**sidley.com** 2:5,9
  2:13
**sight** 54:21,25
  64:17
**sign** 7:8 11:16 89:9
  118:3
**signal** 60:23 67:5,9
  78:16
**signature** 119:19
  120:14
**signed** 11:15
  121:13 122:18

**signifier** 24:15,16
**signifiers** 22:10
**signing** 120:19
**signs** 64:20
**similar** 14:15
  17:23 112:24,25
**simultaneously**
  42:23
**sincerely** 120:21
**singled** 39:12 40:7
  41:12
**sippyzoom** 51:4
**sippyzooms** 50:22
**sir** 116:4 120:10
**sit** 32:12
**site** 53:25
**situation** 8:24 22:6
  22:9 28:22 60:1
  62:15 65:23 75:18
  76:11 77:7,15
  78:5,15 105:7
  106:5 110:5,9
  112:25 114:2
**situational** 55:4
**situations** 21:20
  78:13
**six** 12:17
**sixth** 3:9
**size** 36:8
**sizes** 35:20
**skill** 10:24
**slack** 42:10,15,16
  42:22
**slacks** 37:11 73:25
**sleep** 109:1
**slightly** 54:13
  55:24
**slippery** 112:17
**slope** 45:16 48:7
  112:17

**slowed** 50:17
**slowly** 15:3 39:20
  53:21 61:17 67:3
  105:24
**small** 13:21 14:3,6
  19:19 81:18
**smart** 23:20 25:3
**smith** 3:2,5
**snapchat** 26:6
**social** 10:8 20:8
  25:17,19 26:14
  28:1
**society** 17:7,11
  35:25
**solely** 23:3
**solutions** 1:24
  120:1 123:1
**somali** 107:23
  108:2
**someone's** 50:5
**somewhat** 55:14
**soon** 29:5
**sorry** 17:16 18:15
  25:25 27:21,22
  34:5 37:4 38:24
  42:4,16 44:23
  45:23 48:11 52:7
  52:9 67:11 68:11
  76:20 79:18,19
  83:17 88:11 92:15
  92:16 99:21 108:1
**sort** 10:15 13:15
  13:23 14:14 15:8
  16:25 17:23 18:2
  19:11 22:5 28:15
  28:16 30:15 32:12
  35:2 43:5 45:12
  48:6,22 49:10
  52:1 53:20 54:7
  54:11 58:3,17
  59:25 60:7 61:5

61:22 65:18 69:2
72:10 75:13 78:12
78:14 79:21 80:3
85:2 92:25 94:8
101:16 106:8
110:10 111:14,15
**sound** 35:4 97:17
**sounds** 5:16 19:11
23:8 29:21
**source** 46:10
66:18,21
**south** 2:15,21 3:6
3:9 14:2,3,4,9,11
19:20 86:10,11,11
**speak** 6:6 8:1
92:19 95:24 96:6
111:5
**speakers** 16:5
**speaking** 6:1 70:7
115:23
**specific** 12:10
18:10 25:3 43:5
69:8,23 78:6,24
102:20 113:15
115:15
**specifically** 27:14
37:6 41:24 54:7
76:9 87:13 93:1
98:12 114:24
**specify** 36:24
**speculate** 83:2
**sped** 50:17
**speed** 105:25
**spelling** 86:24
**spend** 20:23
**spent** 116:20
**spirit** 112:19
**spj** 17:12
**spoke** 9:2 83:13
**spot** 14:10 25:5

**spread** 45:12
**squad** 104:9
106:10
**square** 44:7 83:22
109:11 111:1
**ss** 119:1
**stabilize** 32:3
33:18 34:20
**stage** 37:10
**stamp** 49:15 80:5
**stamps** 57:16
**stand** 55:4
**standard** 35:2,12
35:20 36:18,20
**standards** 18:2,2
**standing** 28:18
54:1 56:8 64:3,7
64:12,13,19,23,24
87:10 90:1
**start** 5:13 6:9
11:10 13:10 14:20
14:25 19:14 41:16
53:16
**started** 12:12,25
13:10 15:6 28:2,2
28:3 38:17 40:22
40:23 41:19 43:7
54:14,17 79:14
83:21,24 85:23
90:16 94:2
**startled** 106:3
**starts** 49:13
**state** 119:1,7
121:10 122:15
**stated** 5:6
**statement** 121:13
121:14 122:19,19
**states** 1:1
**stay** 91:6 94:20
**stayed** 82:1

**steadily** 66:24
69:15 108:13
**steady** 33:13,14
62:13 63:8 68:16
68:17
**stenographic**
119:5,11
**step** 75:7 83:4
**stepped** 74:18
**stick** 33:9 100:4
**sticking** 50:5
**stood** 45:8
**stop** 41:25 43:5
45:6 63:25 64:5
65:6 104:11,16
106:5 108:22
116:14
**stopped** 108:20
**stopping** 30:16
106:5 108:12
**store** 44:12 52:7
52:19 56:6,9,21
57:8 81:18,18
**stories** 12:10 14:6
19:21
**story** 11:8,11,19
11:22,23 12:2
28:24 32:13
**stream** 50:15,19
50:20 51:3 68:4
68:16,17
**streaming** 50:23
**streams** 49:4
**street** 2:11,21 3:3
3:9 45:17,18,19,20
64:19,25 68:8,22
83:24 85:23,24
86:5 87:10 90:2,7
90:9,12 99:8
103:15,25 104:6
105:16 106:13,15

**strength** 53:17
**strikes** 50:10
**struck** 57:15 59:11
66:1 72:14 75:22
76:24 80:22
**student** 21:10
**studied** 13:13,25
**studies** 13:14,14
16:17
**study** 16:14
**stuff** 35:15 72:5
89:21
**stun** 72:9
**subject** 114:9,10
**subscribed** 121:10
122:14 123:21
**substance** 7:25
**suburban** 13:22
**sufficiently** 90:18
**suicide** 114:9,10
**suite** 2:8,12,16 3:3
3:10 120:2
**summer** 109:10
**superior** 120:1
**supervisor** 10:25
**supposed** 116:22
**sure** 5:22 7:11,20
10:6,10 13:11
18:5 21:19 29:24
30:23 37:12 40:4
41:10 44:15 48:11
49:3 55:21 57:21
58:14,22 59:18
60:16,24,25 65:17
65:18,22 67:25
74:12 75:3,11,25
76:3,4 77:17 78:2
80:9,14,20,24 82:7
83:10,23 87:1,18
90:17 92:24 95:2
95:7 97:17 99:14

99:17 103:1 107:3
**suv** 58:9 102:17,25
103:14 104:4,8,9
**switch** 51:23
**sworn** 5:1,5 119:9
121:10,13 122:14
122:18 123:21
**syrian** 15:8,18
19:25

**t**

**t** 44:2,3,7
**tag** 24:6
**take** 6:25 19:16,20
23:3 38:2 46:24
47:5,25 60:4 75:7
76:12 80:19 88:10
88:12,14,18 102:6
116:6
**taken** 47:12 54:17
55:20 56:12 57:24
57:25 59:23 83:4
88:23
**talk** 6:8 18:12 40:4
41:9,11,15 61:7
62:25 63:10 64:10
83:12 97:3 102:17
110:14 112:21
**talked** 5:21 19:9
19:24 52:25 73:10
80:8 87:12 90:25
96:20 107:23
111:8,12,15,22
**talking** 6:10,13
12:1 13:17 15:15
27:14 30:22 31:1
39:17 43:24 48:3
74:24 75:1 84:12
84:22 86:9 89:1
97:5 104:7 106:25
108:3

**tall** 33:23
**target** 43:7,11,25
44:3,8,23,25 45:19
48:19 52:13,15
**targeted** 41:7
82:16
**targeting** 39:21
113:2
**tear** 38:17 53:19
61:22,24 62:23
79:10,14 80:1,4
**tech** 1:20 10:22
**technical** 11:12
**tell** 8:16 39:22
75:5 77:16 79:12
79:24 82:8 83:9
97:4 107:7,20
**telling** 41:1 113:14
**ten** 35:19 80:23
**tend** 21:18 35:20
50:6
**tense** 59:25 106:5
**term** 59:16 75:8
**terms** 10:13 14:17
17:3,13 18:8
22:10 29:4 53:16
61:9 71:19 101:8
107:19 111:2
113:1
**testified** 5:6
**testify** 9:19 119:9
**testifying** 119:9
**testimony** 63:14
63:22 64:5 77:12
119:11,12 121:6,7
122:6,9,12
**texas** 2:8
**text** 65:5 74:19
**texting** 65:8
**thank** 15:17 26:12
27:13 63:25 64:7

64:8 66:5 100:10
102:3 115:22
116:4,9,18 117:11
117:17,20,23,24
**thanks** 88:21,22
117:21 118:3
**theirs** 84:19
**themes** 20:9
**thereof** 119:7
**thing** 9:3,12,21
12:24 17:6 18:8
22:12 25:4,10,10
29:1,5 32:9 40:14
40:25 60:8,15
61:3 78:22 81:19
90:21 100:24
103:5,6,6,8 105:9
109:11
**things** 7:16 10:12
12:6 20:10 22:5
22:14 23:12 43:8
43:11,12,20 61:11
62:25 71:24 74:14
93:16 102:20
108:15 110:16
112:12 114:4
**think** 17:3,11
22:15,20 23:13
24:24 25:4,12
26:11 29:3 35:25
38:22 39:8,16
40:14 41:22 43:4
43:7,16 48:6 49:3
51:16 58:13 63:17
65:14 66:6 67:21
69:20 70:19 72:1
74:17 75:24 79:1
79:10 81:17,19
84:7 85:5 86:17
89:11,20 90:5,5
92:6,12 99:15

102:1 103:8 105:1
106:2 107:24
108:16,16 110:16
111:18 112:3,16
**thinking** 15:25
96:4
**third** 30:5,7 31:2
37:16,21 38:24,25
41:25 42:7 43:2,3
45:20 62:3,5 71:3
78:10 83:19 84:1
84:8 85:11,12,17
95:3 108:15
**thirty** 120:18
**thought** 18:25
41:25 58:16 60:2
65:19,23 91:20
95:22
**thread** 50:24 51:8
**threat** 39:25 91:7
95:13
**threatened** 111:23
**three** 96:18
**throw** 62:10 71:5
71:16 72:5
**throwing** 43:20
70:20 71:23
**thrown** 73:1
**tick** 48:16
**tiktok** 26:7,14
**time** 1:17 6:22
10:19 11:3,25
12:9 13:15 14:8
14:20,24 16:18,20
20:19,23 21:11
22:22 24:4 30:11
31:6 37:14 39:10
40:17 41:13 42:2
49:15,24 50:4,13
50:14,16 51:11
52:4 53:11 55:10

57:16 65:9,15 67:4 68:24,25 69:1,5,7 70:24 74:10 75:22 76:10 76:16,24 77:10 80:5 81:21 83:16 85:1,6 97:16,19 99:2,25 100:7,14 101:3 102:18 103:9,14,15 109:6 114:11 116:12,20 116:20 119:6

**timeframe** 72:1

**times** 17:6 19:18 72:12 77:20 78:21 91:10 96:18 99:16 109:15 114:4

**tirado** 1:4 2:2 6:16 7:19 8:13,14,21 9:7,19 18:18 23:25 117:4 120:6 121:3 122:3

**tirado's** 9:16 116:6

**tired** 108:25 109:1

**today** 7:19 8:8 12:1 20:21 57:21 117:18

**todd** 3:5

**told** 41:4 64:21 84:14 96:14 100:3 104:24 109:4

**tomorrow** 113:18

**tone** 91:19

**tony** 9:24

**tools** 75:13

**top** 33:13 35:21

**touch** 60:10 109:15,22 111:7

**touched** 60:13 109:16

**tower** 3:3

**town** 86:7

**track** 10:12 58:15

**transcribed** 119:11 121:7

**transcript** 119:15 120:11,12 121:5 121:12 122:5,11 122:17

**transcription** 119:12

**transmission** 7:11

**traumatized** 102:9

**traumatizing** 114:5

**traveling** 16:9

**treat** 55:9

**treated** 57:19 60:21,23 67:6

**treating** 78:12

**treatment** 79:3,13

**tribié** 2:3 4:3 18:15 21:24 22:16 22:24 23:22 24:3 24:19 25:22 26:9 26:18,22 27:3,9,20 31:4,18 32:16,25 33:10,20 34:1,9,15 35:11 36:4,11,17 37:22 39:4,13 40:12 42:20 46:14 47:3,9 70:3,23 71:25 81:12 97:11 112:8 116:9,18 117:1,18

**trick** 25:13

**tried** 37:10 43:8 54:7 60:23 67:5,8 78:18 82:8 114:4

**true** 19:3,19 119:12

**trust** 101:8

**truth** 119:9

**truthfully** 9:11 77:17

**try** 20:20 48:5 61:16 86:18 87:2 92:19 97:16 100:14 105:6 109:25 112:15

**trying** 23:14 25:12 25:13,14 28:15 29:14,16 39:8 43:4 45:15 50:6 54:12 55:3,3,9 57:13 61:7,14,20 61:21 69:4 71:11 71:12 78:16,20 79:16 81:2,4,21,24 82:14 83:17 84:20 87:20 88:16 90:17 91:6,6,7 92:16 94:21 95:12 96:22 100:13 101:22 102:9 107:8,9 110:8,12 111:10 113:12 115:1 116:1

**turn** 92:1

**turned** 56:11 91:18

**turning** 13:3,4 93:2

**turns** 57:18

**tv** 19:15

**tweet** 9:22,22,23 38:22 49:12 52:25 59:14 73:15 79:8 80:19

**tweeted** 59:7,10 59:11

**tweeting** 107:15

**tweets** 4:6 7:17 27:7 47:19,20 49:11 50:10 51:8 51:11 52:24 53:5 60:1 86:18 103:5 107:11,11

**twenty** 57:22

**twin** 17:7

**twitter** 25:21,25 26:15 27:2

**two** 7:17,22 11:2 14:4 31:25 43:13 43:23 44:8,13 54:4 72:4 75:13

**type** 92:6

**types** 93:7

**typically** 62:9

**u**

**ubiquitous** 21:12

**uh** 6:2,2 29:9 33:25 35:6 71:14 74:20 93:18 95:19

**ultimately** 6:20

**um** 56:7 70:16 100:3

**unable** 8:8

**unclear** 98:22

**undergraduate** 16:15

**underneath** 77:4

**undersigned** 119:5

**understand** 18:10 20:12,12 22:2 25:12 50:1 52:10 63:16 92:9 98:8 101:21 102:12 105:5 116:1

**understandable** 56:4

**understanding**
18:1 20:14 21:2
33:8 65:24 76:4
101:6,7
**understood**  7:20
51:13 101:10,19
**undone**  73:22
**unequivocally**
117:10
**united**  1:1
**universe**  41:10
**univision**  14:25
**univision's**  15:2
**ups**  13:2
**urban**  13:13,14
**use**  26:6,7,7,8 33:9
33:18 46:25 58:18
59:16 64:3 75:2
75:18 88:19 93:6
114:6
**useful**  24:13 75:12
**usually**  22:9 77:4

**v**

**v**  1:6 120:6 121:3
122:3
**vague**  69:11 70:24
**vaguely**  110:6
**various**  109:14
**vehicle**  104:10,12
104:17,18,19
106:11,18,21,22
**verbal**  11:18
**verbally**  90:22
**verbiage**  47:24
**veritext**  1:18,20
1:23 120:1,7
123:1
**veritext.com.**
120:17
**versus**  8:13

**vest**  89:6
**vicinity**  41:19 43:3
58:25 62:18 64:13
81:18
**video**  4:7 28:3
32:2,6 96:25 97:3
97:4,9,12,24 98:1
98:4,9,13,15,23,25
99:12,16,24,25
100:5 108:24
**videoconference**
1:18,25
**videos**  32:4
**view**  82:12
**villain**  115:25
**violation**  17:22
**violent**  39:23
**virtual**  1:18,24
**virtue**  119:7
**visible**  29:16 78:20
90:21
**visibly**  37:12
53:24
**visor**  94:4,5
**vocal**  87:23
**voice**  94:1
**volunteer**  58:1
**vulnerable**  91:4,5

**w**

**wacker**  3:6
**wait**  6:11 104:12
104:16 105:10,11
**waited**  27:23
**waived**  120:19
**walk**  30:8 101:22
**walked**  98:14,24
110:10
**walking**  104:2
**wall**  108:11,19
**walterboro**  14:3

**want**  5:22 7:18,25
10:14 15:25 16:1
20:23 22:21,22
25:5 27:13 29:14
29:19 30:21 38:7
40:3,4 41:9,10,15
49:2 53:7,8 57:16
62:25 64:10 67:7
69:19 83:8,12
84:2,5 86:16,19
87:24 90:24 91:1
91:2 100:18 103:3
108:22 110:14
112:12
**wanted**  5:13 13:15
14:10 51:21 60:4
60:10 65:13,22
75:6 79:20,25
82:8 98:7,8 101:1
105:12
**wanting**  65:21
**wants**  46:4 116:6
**wary**  38:5
**washington**  3:4
28:19 30:10 42:11
42:11 51:1
**watch**  99:25
100:17
**water**  43:20,21
46:25 62:11 88:11
**way**  11:12 12:14
13:25 19:2 23:17
24:25 31:2 34:20
34:20 37:7 39:8
44:12 50:14,17
53:10 54:20 58:12
74:13,15 78:16,21
82:3,5 91:6 99:22
114:22,22 115:4,8
**ways**  25:3

**wcco**  15:11,12
**weapon**  84:16
93:22 95:17,20
99:1,4,7,11 100:2
102:11
**weapons**  92:13,22
92:24 93:5,6,7,10
93:11
**wearing**  24:11
35:23 36:3,23,25
73:20,23 74:10
88:2,7 89:3,6,16
94:13
**web**  13:3
**website**  10:8
**webster**  9:24
**weed**  89:22
**week**  10:15 16:12
16:13 108:14
**weekly**  13:20
**weird**  50:5
**wendy's**  51:19
52:2,18 54:15
55:15,22 56:19
**went**  7:10 14:8,12
14:12 15:11,12,14
16:15 28:5,21
29:3 47:15 49:13
58:12 61:4 63:12
72:9 83:25 84:1,1
86:3 97:20 109:10
**west**  2:11 56:23
57:1,2,3,4,7
**western**  58:23
**whacking**  89:22
**whichever**  5:16
**wide**  35:4
**wild**  10:22,23 11:5
**window**  5:24 81:6
81:9,16 105:3,14
106:16

**wise** 82:7 109:1
**wish** 84:17 105:4
**wished** 41:5,5,6
**witness** 3:1 5:1 7:8
  7:9 9:10 26:24
  27:5,11,22 31:6
  32:21 33:2,12
  34:3,5,11 35:12
  36:6,12,18 38:5
  39:5,16 40:14
  42:22 46:24 59:18
  63:23 72:3 75:5
  76:18 77:13 82:20
  83:1,3 88:9,16,21
  96:6 97:20 98:18
  99:14 100:20
  110:25 112:7
  113:14 115:10,24
  116:17 119:9,11
  119:12,17 120:8
  120:11 121:1,4,11
  122:1,4,15
**witness's** 7:7 64:4
**witnessed** 66:24
  69:3 107:4
**witness'** 120:14
**wits** 55:3
**woman** 79:25 80:3
**wondering** 53:24
  69:5 71:21
**word** 34:4 63:25
  64:3 75:2 93:6
  102:7 114:6
**words** 58:18 61:22
  63:18 84:18
**wore** 37:10,11
**work** 5:20 7:23
  8:22 9:8,9 10:22
  11:9 13:17 15:7
  17:5 18:7 19:4,24
  20:3 21:4,5,17

23:16 97:18
  100:25 110:20,22
  117:9
**worked** 13:18 14:4
  15:1,13 19:10,10
  19:12,19 89:12
**working** 10:2 12:5
  12:11,15 14:13
  15:18 16:23 18:11
  19:14,21 21:10
  81:20 100:22
  108:9,22 111:24
  112:23
**works** 11:12 32:20
  58:2 86:16
**world** 15:10,24
**worried** 60:16
  65:11,12,12 78:11
  82:10
**worries** 83:18
**worth** 115:24
**worthy** 117:12,14
**wound** 15:3
**wrap** 14:23
**wright** 112:1
  114:1,2,19 115:13
**wright's** 115:17
**write** 13:2,19
  32:13,13
**writer** 15:2
**writing** 13:16
**written** 27:8
**wrong** 66:20

**x**

**x** 4:1 64:14

**y**

**yeah** 6:4 7:16 8:15
  9:4,10 11:12
  17:11,13,15 20:3
  28:11,14,18 29:1

29:23 32:24 33:2
  37:6,24 39:16
  41:24 42:17,22
  44:13,15,20,25
  45:5 46:23 47:9
  48:20,24 51:2,6,9
  51:16,18 52:9,12
  52:15 53:7,22,22
  54:22 55:2 56:3,4
  56:7,22 57:10,22
  59:5 66:9 67:14
  68:10,25 69:17
  70:3 73:21,24
  75:5,14 76:13
  77:16,25 80:9,17
  83:21 84:2,9
  85:22 86:4 88:12
  88:12 89:15,17
  91:11,17 93:21
  95:14 98:3,18
  99:17,17 100:3
  101:12,13,24
  103:12 105:25
  107:20 109:20
  110:2,16,17 113:7
  114:16 118:2
**year** 14:21 15:7,10
  15:13
**years** 7:17 12:17
  14:5
**yell** 40:23
**yelling** 95:25
**yerevan** 16:2
**york** 2:4,4
**young** 45:12 48:2
  49:13 53:13 55:10
  57:17 59:24 78:12
**youth** 15:9,24
**youtuber** 57:18

**z**

**zone** 52:6,19 55:24
  56:6,9,20 57:2,8
  58:24
**zoom** 1:24 5:24

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted
fashion to authenticated parties who are permitted to
access the material. Our data is hosted in a Tier 4
SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and
State regulations with respect to the provision of
court reporting services, and maintains its neutrality
and independence regardless of relationship or the
financial outcome of any litigation. Veritext requires
adherence to the foregoing professional and ethical
standards from all of its subcontractors in their
independent contractor agreements.

Inquiries about Veritext Legal Solutions'
confidentiality and security policies and practices
should be directed to Veritext's Client Services
Associates indicated on the cover of this document or
at www.veritext.com.