# Exhibit A

and Testify at a Hearing or Trial in a Civil Action

# UNITED STATES DISTRICT COURT
для the
District of Minnesota

| Linda Tirado, | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.  20-cv- 01338 (JRT-JFD) |
| City of Minneapolis; Interim Minneapolis Chief of Police Amelia Huffman, in her official capacity; Robert Kroll, in his individual capacity; Andrew Braun, in his official and individual capacities; and Minneapolis Police Department Officer John Does 1, in his official and individual capacities | ) ) ) ) ) | |
| *Defendant* | | |

## SUBPOENA TO APPEAR AND TESTIFY
## AT A HEARING OR TRIAL IN A CIVIL ACTION

To:  Max (Maxwell) Nesterak

Minneapolis, MN

*(Name of person to whom this subpoena is directed)*

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place set forth below to testify at a hearing or trial in this civil action.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: | Deposition: Virtual Zoom video conferencing | Courtroom No.: | n/a |
|---|---|---|---|
| | | Date and Time: | March 29, 2022 |

You must also bring with you the following documents, electronically stored information, or objects *(leave blank if not applicable)*: All videos, photographs, recordings, communications, documents, or other items in your possession (including social media posts) that are related to you being hit in the chest as stated in your tweet from 11:32 p.m. on May 27, 2020, available at https://twitter.com/maxnesterak/status/1265863514754813952; all videos, photographs, recordings, emails, texts, social media posts, and documents in your possession relating to any protests, riots, members of the press, or law enforcement actions between May 26, 2020 and May 31, 2020.  All videos, photographs, recording, emails, texts, social media posts, and documents in your possession that reflect communications with or relating to Plaintiff Linda Tirado or her counsel.  Please note that this subpoena is not requesting any items or documents for which you have a good faith basis to assert is protected by a legally recognized journalistic privilege.

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:  3/16/2022

CLERK OF COURT

OR

/s/ Kristin R. Sarff