# Exhibit C



March 28, 2022

**VIA E-MAIL**

**PERSONAL AND CONFIDENTIAL**

Heather Robertson
Minneapolis City Attorney's Office
350 South Fifth Street, Suite 210
Minneapolis, MN 55415
heather.robertson@minneapolismn.gov

Re:   *Linda Tirado v. City of Minneapolis et al.*, 20-cv-1338 (JRT/JFD)
        Motion to Quash the Subpoena to Appear for a Deposition and Produce Documents
        (Nesterak)

Dear Ms. Robertson:

Thank you for your time today. As discussed, Maxwell Nesterak will be moving to quash the subpoena served upon him on March 18, 2022. This motion will be made pursuant to Federal Rule of Civil Procedure 45 and will be based on the objections raised in Mr. Nesterak's correspondence dated March 24, 2022.

A hearing on the motion to quash has been scheduled for April 22, 2022 at 10:00 a.m. in Courtroom 6A at the U.S. Courthouse, 316 N. Robert Street, St. Paul, MN 55101. A notice of hearing and motion have been filed and served today, with the remaining supportive documents forthcoming.

Based on the foregoing, Mr. Nesterak will not attend the deposition scheduled for March 29, 2022. Mr. Nesterak would appreciate if the City of Minneapolis cancelled the deposition as currently scheduled to avoid incurring unnecessary fees.

Please contact me with any questions.


Sincerely,


[Sent by E-Mail]

**Megan J. Renslow**
Attorney at Law
P: (612) 877-5450   F: (612) 877-5076
Megan.Renslow@lawmoss.com