**Robertson, Heather P.**

| | |
|---|---|
| **From:** | Renslow, Megan J. <megan.renslow@lawmoss.com> |
| **Sent:** | Thursday, March 24, 2022 11:55 AM |
| **To:** | Robertson, Heather P. |
| **Subject:** | RE: [EXTERNAL] Response to Subpoena to Nesterak |

Yes. Thanks, Heather.

**Megan J. Renslow**
Attorney at Law

# Moss & Barnett

Direct: (612) 877-5450  |  megan.renslow@lawmoss.com
Fax: (612) 877-5076  |

vCard  |  Bio  |  LinkedIn  |  Twitter  |  Facebook  |  www.LawMoss.com

150 South Fifth Street  |  Suite 1200  |  Minneapolis, MN 55402

Notice: Important disclaimers and limitations apply to this email.
Please click here for our disclaimer and here for our privacy policy.

---

**From:** Robertson, Heather P. <Heather.Robertson@minneapolismn.gov>
**Sent:** Thursday, March 24, 2022 11:54 AM
**To:** Renslow, Megan J. <megan.renslow@lawmoss.com>
**Subject:** RE: [EXTERNAL] Response to Subpoena to Nesterak

Megan,
I'll give you a call at noon.  Is (612) 877-5450 a good number to reach you?

---

**From:** Renslow, Megan J. <megan.renslow@lawmoss.com>
**Sent:** Thursday, March 24, 2022 10:54 AM
**To:** Robertson, Heather P. <Heather.Robertson@minneapolismn.gov>
**Subject:** RE: [EXTERNAL] Response to Subpoena to Nesterak

Hi Heather,
Max Nesterak wishes to sit in on the meet and confer conference for reporting purposes.

Thanks,
Megan

**Megan J. Renslow**
Attorney at Law

# Moss & Barnett

Direct: (612) 877-5450  |  megan.renslow@lawmoss.com
Fax: (612) 877-5076  |

vCard  |  Bio  |  LinkedIn  |  Twitter  |  Facebook  |  www.LawMoss.com

150 South Fifth Street  |  Suite 1200  |  Minneapolis, MN 55402

Ex. F

Notice: Important disclaimers and limitations apply to this email.
Please click here for our disclaimer and here for our privacy policy.

---

**From:** Robertson, Heather P. <Heather.Robertson@minneapolismn.gov>
**Sent:** Thursday, March 24, 2022 10:32 AM
**To:** Renslow, Megan J. <megan.renslow@lawmoss.com>
**Subject:** RE: [EXTERNAL] Response to Subpoena to Nesterak

Thanks Megan, talk to you soon

---

**From:** Renslow, Megan J. <megan.renslow@lawmoss.com>
**Sent:** Thursday, March 24, 2022 10:30 AM
**To:** Robertson, Heather P. <Heather.Robertson@minneapolismn.gov>
**Subject:** RE: [EXTERNAL] Response to Subpoena to Nesterak

Hi Heather,
Attached please find additional correspondence in preparation for our phone call.

Thanks,
Megan

**Megan J. Renslow**
Attorney at Law

## Moss & Barnett

Direct: (612) 877-5450   |   megan.renslow@lawmoss.com
Fax: (612) 877-5076   |

vCard   |   Bio   |   LinkedIn   |   Twitter   |   Facebook   |   www.LawMoss.com
150 South Fifth Street  |  Suite 1200  |  Minneapolis, MN 55402

Notice: Important disclaimers and limitations apply to this email.
Please click here for our disclaimer and here for our privacy policy.

---

**From:** Renslow, Megan J.
**Sent:** Wednesday, March 23, 2022 5:06 PM
**To:** Robertson, Heather P. <Heather.Robertson@minneapolismn.gov>
**Subject:** RE: [EXTERNAL] Response to Subpoena to Nesterak

Sounds good, I will give you a call then.

Thanks,
Megan

**Megan J. Renslow**
Attorney at Law

## Moss & Barnett

Direct: (612) 877-5450   |   megan.renslow@lawmoss.com
Fax: (612) 877-5076   |

vCard   |   Bio   |   LinkedIn   |   Twitter   |   Facebook   |   www.LawMoss.com
150 South Fifth Street  |  Suite 1200  |  Minneapolis, MN 55402

Ex. F

Notice: Important disclaimers and limitations apply to this email.
Please click here for our disclaimer and here for our privacy policy.

**From:** Robertson, Heather P. <Heather.Robertson@minneapolismn.gov>
**Sent:** Wednesday, March 23, 2022 4:56 PM
**To:** Renslow, Megan J. <megan.renslow@lawmoss.com>
**Subject:** RE: [EXTERNAL] Response to Subpoena to Nesterak

Great, can we plan on talking tomorrow at 11:00?  Let me know the best number to reach you, or you can reach me on my cell at ███████████.
Thanks,
-Heather

**From:** Renslow, Megan J. <megan.renslow@lawmoss.com>
**Sent:** Wednesday, March 23, 2022 4:50 PM
**To:** Robertson, Heather P. <Heather.Robertson@minneapolismn.gov>
**Subject:** [EXTERNAL] Response to Subpoena to Nesterak

Ms. Robertson,
As Leita mentioned, I represent Mr. Nesterak in relation to the City's recent subpoena. I am available tomorrow from 11:00 a.m. to 1:00 p.m. and anytime after 3:00 p.m. to meet and confer. I am also available on Friday anytime before 11:30 a.m. and after 2:00 p.m.

Thank you,
Megan

**Megan J. Renslow**
Attorney at Law

# Moss & Barnett

Direct: (612) 877-5450  |  megan.renslow@lawmoss.com
Fax: (612) 877-5076  |

vCard  |  Bio  |  LinkedIn  |  Twitter  |  Facebook  |  www.LawMoss.com

150 South Fifth Street  |  Suite 1200  |  Minneapolis, MN 55402

Notice: Important disclaimers and limitations apply to this email.
Please click here for our disclaimer and here for our privacy policy.

[EXTERNAL] This email originated from outside of the City of Minneapolis. Please exercise caution when opening links or attachments.

Ex. F