## Robertson, Heather P.

| | |
|---|---|
| **From:** | Robertson, Heather P. |
| **Sent:** | Thursday, March 24, 2022 12:44 PM |
| **To:** | Renslow, Megan J. |
| **Subject:** | RE: [EXTERNAL] Response to Subpoena to Nesterak |
| **Attachments:** | Protective Order - Tirado v. Minneapolis, et al.pdf |

Megan,

It was good speaking with you today.  It occurred to me that it may be of interest to you to have the governing protective order in this matter if you wished to mark any materials as "confidential" or "confidential – attorney's eyes only".

Thank you,

Heather Robertson
Assistant Minneapolis City Attorney
Minneapolis City Attorney's Office
City Hall, Room 210
350 South 5th Street
Minneapolis, MN 55415
612-673-3949

---

**From:** Renslow, Megan J. <megan.renslow@lawmoss.com>
**Sent:** Thursday, March 24, 2022 11:55 AM
**To:** Robertson, Heather P. <Heather.Robertson@minneapolismn.gov>
**Subject:** RE: [EXTERNAL] Response to Subpoena to Nesterak

Yes. Thanks, Heather.

**Megan J. Renslow**
Attorney at Law

## Moss & Barnett

Direct: (612) 877-5450  |  megan.renslow@lawmoss.com

Fax: (612) 877-5076  |

vCard  |  Bio  |  LinkedIn  |  Twitter  |  Facebook  |  www.LawMoss.com

150 South Fifth Street  |  Suite 1200  |  Minneapolis, MN 55402

Notice: Important disclaimers and limitations apply to this email.
Please click here for our disclaimer and here for our privacy policy.

---

**From:** Robertson, Heather P. <Heather.Robertson@minneapolismn.gov>
**Sent:** Thursday, March 24, 2022 11:54 AM
**To:** Renslow, Megan J. <megan.renslow@lawmoss.com>
**Subject:** RE: [EXTERNAL] Response to Subpoena to Nesterak

Megan,

Ex. G