# Robertson, Heather P.

| | |
|---|---|
| **From:** | Robertson, Heather P. |
| **Sent:** | Friday, March 25, 2022 3:46 PM |
| **To:** | Renslow, Megan J. |
| **Subject:** | Link for 3/29/22 deposition |
| **Attachments:** | Subpoena Max _Maxwell_ Nesterak_9am 3.29.22.pdf; [EXTERNAL] Veritext Virtual Invitation \| Tirado, Linda v. City of Minneapolis et al \| 3/29/2022 \| 5148324 \| Maxwell Nesterak |

Megan,
Thank you for your call.  The link for the deposition is attached.  Let me know if you think he will be able to determine the timestamp on the videos and if you believe there are any other documents.
Have a good weekend.
-Heather

Heather Robertson
Assistant Minneapolis City Attorney
Minneapolis City Attorney's Office
City Hall, Room 210
350 South 5th Street
Minneapolis, MN 55415
612-673-3949

1

Ex. H