## Robertson, Heather P.

| | |
|---|---|
| **From:** | Robertson, Heather P. |
| **Sent:** | Friday, March 25, 2022 4:43 PM |
| **To:** | John M. Baker |
| **Cc:** | Sarff, Kristin R; Enslin, Sharda; Tribié, Gaëlle; Nicholas Scheiner |
| **Subject:** | RE: [EXTERNAL] Tirado v. City of Minneapolis: Third-party depositions [GE-7C3W4EYAPCWP-1373173926-95] |

John,
At this point we have been unable to serve Mr. Dalton and that will not go forward on Monday. The deposition of Mr. Nesterak is fully expected to go forward. The other two depositions may go forward, but have not been confirmed.
Thank you,

Heather Robertson
Assistant Minneapolis City Attorney
Minneapolis City Attorney's Office
City Hall, Room 210
350 South 5th Street
Minneapolis, MN 55415
612-673-3949

---

**From:** John M. Baker <JBaker@greeneespel.com>
**Sent:** Friday, March 25, 2022 3:35 PM
**To:** Robertson, Heather P. <Heather.Robertson@minneapolismn.gov>
**Cc:** Sarff, Kristin R <Kristin.Sarff@minneapolismn.gov>; Enslin, Sharda <sharda.enslin@minneapolismn.gov>; Tribié, Gaëlle <gtribie@sidley.com>; Nicholas Scheiner <NScheiner@greeneespel.com>
**Subject:** [EXTERNAL] Tirado v. City of Minneapolis: Third-party depositions [GE-7C3W4EYAPCWP-1373173926-95]

Heather:

Looking ahead to the depositions of journalists the City has noticed, is the one set for Monday, March 28 (Austin Dalton) going forward as scheduled? If not, I'd like to use that time for other matters.

If there are others that aren't likely to go forward at the dates and times scheduled, please let us know.

Have a great weekend!

John M. Baker
Greene Espel PLLP
222 South Ninth Street, Suite 2200
Minneapolis, MN 55402
Direct: (612) 373-8344
*Mobile: (612) 998-9458*
Fax: (612) 373-0929

1

Ex. I

JBaker@greeneespel.com
www.greeneespel.com

[EXTERNAL] This email originated from outside of the City of Minneapolis. Please exercise caution when opening links or attachments.

Ex. I