**Robertson, Heather P.**

| | |
|---|---|
| **From:** | Renslow, Megan J. <megan.renslow@lawmoss.com> |
| **Sent:** | Monday, March 28, 2022 5:18 PM |
| **To:** | Robertson, Heather P. |
| **Subject:** | [EXTERNAL] RE: Link for 3/29/22 deposition |
| **Attachments:** | Correspondence Re_ Motion to Quash(7717807.1).pdf |

Hi Heather,
Attached please find correspondence related to Mr. Nesterak's motion to quash.

Thank you,
Megan

**Megan J. Renslow**
Attorney at Law

# Moss & Barnett

Direct: (612) 877-5450   |   megan.renslow@lawmoss.com
Fax: (612) 877-5076
vCard   |   Bio   |   LinkedIn   |   Twitter   |   Facebook   |   www.LawMoss.com
150 South Fifth Street   |   Suite 1200   |   Minneapolis, MN 55402

Notice: Important disclaimers and limitations apply to this email.
Please click here for our disclaimer and here for our privacy policy.

---

**From:** Robertson, Heather P. <Heather.Robertson@minneapolismn.gov>
**Sent:** Friday, March 25, 2022 3:46 PM
**To:** Renslow, Megan J. <megan.renslow@lawmoss.com>
**Subject:** Link for 3/29/22 deposition

Megan,
Thank you for your call.  The link for the deposition is attached.  Let me know if you think he will be able to determine the timestamp on the videos and if you believe there are any other documents.
Have a good weekend.
-Heather

Heather Robertson
Assistant Minneapolis City Attorney
Minneapolis City Attorney's Office
City Hall, Room 210
350 South 5th Street
Minneapolis, MN 55415
612-673-3949

[EXTERNAL] This email originated from outside of the City of Minneapolis. Please exercise caution when opening links or attachments.

1

Ex. J