**Robertson, Heather P.**

| | |
|---|---|
| **From:** | Robertson, Heather P. |
| **Sent:** | Monday, March 28, 2022 10:38 AM |
| **To:** | Walker, Leita |
| **Cc:** | Sarff, Kristin R; Enslin, Sharda; Salomao Nascimento, Isabella |
| **Subject:** | RE: [EXTERNAL] RE: Response to Subpoenas to Mannix |

Thank you Leita,
We will accept service by email.  I apologize for not responding to your email Friday night, but I was not able to discuss the issue with my team until this morning.  A statement that comes from only the Star Tribune and not from Mr. Mannix is a far short of what might be useful evidence in this case regarding the necessity of or extent of injunctive relief.  Unless you wish to discuss other possibilities further, which would be, at the very least, a sworn statement from Mr. Mannix himself, I will await the motion to quash.
Have a great day,
-Heather


Heather Robertson
Assistant Minneapolis City Attorney
Minneapolis City Attorney's Office
City Hall, Room 210
350 South 5th Street
Minneapolis, MN 55415
612-673-3949


---

**From:** Walker, Leita <WalkerL@ballardspahr.com>
**Sent:** Monday, March 28, 2022 8:54 AM
**To:** Robertson, Heather P. <Heather.Robertson@minneapolismn.gov>
**Cc:** Sarff, Kristin R <Kristin.Sarff@minneapolismn.gov>; Enslin, Sharda <sharda.enslin@minneapolismn.gov>; Salomao Nascimento, Isabella <salomaonascimentoi@ballardspahr.com>
**Subject:** [EXTERNAL] RE: Response to Subpoenas to Mannix

Counsel, attached and served upon you are objections to the subpoena served on Andrew Mannix. We assume email service is sufficient but please let us know if you prefer a hard copy by mail.

Having received no response to my email below, we have commenced work on a motion to quash. Star Tribune has authorized us to seek an award of attorneys' fees if filing the motion proves necessary, so please let us know as soon as possible if you will withdraw the subpoena.

Sincerely,


**Leita Walker**

Ex. K