UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Linda Tirado

    Plaintiff,

vs.

City of Minneapolis; Interim Minneapolis Chief of Police Amelia Huffman, in her official capacity; Robert Kroll, in his individual capacity; Andrew Braun, in his individual and official capacities, and Minneapolis Police Department Officer John Doe 1, in his official and individual capacities,

    Defendants.

Case No. 20-CV-01338 (JRT-ECW)

LOCAL RULE 5.6(D)(1)(A) STATEMENT

Exhibit D to the Declaration of Heather Robertson is a document that has been marked "Confidential" by Plaintiffs pursuant to the Protective Order in this matter. As it is listed as Confidential on every page and was so marked by opposing counsel, redaction is not possible. For these reasons, City Defendants have not filed a redacted version of this exhibit.

Dated: April 15, 2022

JAMES R. ROWADER, JR.
Minneapolis City Attorney
By
*/s/ Heather P. Robertson*
Heather P. Robertson (#0390470)
Kristin R. Sarff (#388003)
Sharda Enslin (#0389370)
Assistant City Attorneys
Office of the Minneapolis City Attorney
City Hall, Room 210
350 S. Fifth Street
Minneapolis, MN 55415
Telephone: 612-673-3949
heather.robertson@minneapolismn.gov
kristin.sarff@minneapolismn.gov
sharda.enslin@minneapolismn.gov

*Attorneys for City of Minneapolis and Minneapolis Interim Chief of Police Amelia Huffman*