# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Linda Tirado,<br><br>                    Plaintiff,<br><br>v.<br><br>City of Minneapolis; Interim Minneapolis Chief of Police Amelia Huffman, in her official capacity; Andrew Braun, in his individual and official capacities, and Minneapolis Police Department Officer John Doe #1, in his official and individual capacities,<br><br>                    Defendants. | **COURT MINUTES**<br>BEFORE: JOHN F. DOCHERTY<br>U.S. MAGISTRATE JUDGE<br><br>Case No.: 20-cv-1338 (JRT/JFD)<br>Date: April 22, 2022<br>Location:  Courtroom 6A, St. Paul<br>Court Reporter: Maria Weinbeck<br>Time Commenced: 9:59 a.m.<br>Time Concluded: 11:08 a.m.<br>Time in Court: 1 hour, 9 minutes |

## CIVIL MOTION HEARING

**APPEARANCES:**

Plaintiff: John Baker
City of Minneapolis Defendants: Kristin Sarff and Heather Robertson
Movant Andrew Mannix: Isabella Nascimento and Leita Walker
Movant Maxwell Nesterak: Megan Renslow

**PROCEEEDINGS:**

The Court held a hearing on Andrew Mannix's Motion to Quash Subpoena (Dkt. No. 166) and Maxwell Nesterak's Motion to Quash Subpoena (Dkt. No. 168). Movants may file a reply memorandum forthwith, and the City of Minneapolis Defendants may file a surreply memorandum as soon as possible after the reply is filed. The Court took the motions under advisement and will issue a written order in due course.

                                                                                    *s/ ALM*
                                                                                    Judicial Law Clerk