**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Linda Tirado,<br><br>               Plaintiff,<br><br>v.<br><br>City of Minneapolis; Interim Minneapolis Chief of Police Amelia Huffman, in her official capacity; Andrew Braun, in his individual and official capacities, and Minneapolis Police Department Officer John Doe #1, in his official and individual capacities,<br><br>               Defendants. | **COURT MINUTES**<br>BEFORE: JOHN F. DOCHERTY<br>U.S. MAGISTRATE JUDGE<br><br>Case No.: 20-cv-1338 (JRT/JFD)<br>Date: April 26, 2022<br>Location: Telephonic<br>Court Reporter: n/a<br>Time Commenced: 10:00 a.m.<br>Time Concluded: 11:01 a.m.<br>Time in Court: 61 minutes |

**TELEPHONIC INFORMAL DISPUTE RESOLUTION CONFERENCE**

**APPEARANCES:**

<u>Plaintiff Linda Tirado:</u> John Baker, Gaelle Tribie, Margaret Allen, Nicholas Scheiner, and Stacy Horth-Neubert

<u>City of Minneapolis Defendants:</u> Kristin Sarff, Heather Robertson, and Sharda Enslin

**PROCEEEDINGS:**

The Court held an informal dispute resolution conference on the issues raised in the parties' letters emailed to chambers. The Court denied Plaintiff's requests (1) to reopen fact discovery for the limited purpose of deposing nonparty Hillard Heintze and (2) to compel further Rule 30(b)(6) deposition testimony from the City.

                                                                                      *s/ ALM*
                                                                            Judicial Law Clerk