UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Linda Tirado | Court File No. 0:20-cv-01338 (JRT/ECW) |
| Plaintiff, | |
| vs. | **NOTICE OF WITHDRAWAL OF KATHRYN IVERSON LANDRUM** |
| City of Minneapolis, et al. | |
| Defendants. | |

TO:   The Administrator of the Above-Named Court and All Counsel of Record

Pursuant to Local Rule 83.7 of the United States District Court, District of Minnesota, Kathryn Iverson Landrum, Assistant Attorney General, hereby withdraws as counsel for Minnesota Department of Public Safety Commissioner John Harrington and Minnesota State Patrol Colonel Matthew Langer, in their official capacities. Defendants Harrington and Langer have been terminated as parties.

Dated: May 20, 2022

Respectfully submitted,

KEITH ELLISON
Attorney General
State of Minnesota

s/ **Kathryn Iverson Landrum**
KATHRYN IVERSON LANDRUM
Assistant Attorney General
Atty. Reg. No. 0389424

445 Minnesota Street, Suite 1400
St. Paul, Minnesota 55101-2131
(651) 757-1189 (Voice)
(651) 282-5832 (Fax)
kathryn.landrum@ag.state.mn.us

WITHDRAWING ATTORNEY