UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Linda Tirado

           Plaintiff,

      vs.

City of Minneapolis; Interim
Minneapolis Chief of Police Amelia
Huffman, *in her official capacity*; Andrew
Braun, *in his individual and official
capacities*, and Minneapolis Police
Department Officer John Doe #1*, in his
official and individual capacities*.

          Defendants.

Case No. 20-CV-01338 (JRT-JFD)

**STIPULATION OF DISMISSAL
WITH PREJUDICE**

---

The parties, by and through their undersigned counsel, stipulate that the Court may dismiss

all claims and parties, including John Doe #1, with prejudice and without costs or fees to any party.

**Dated:**   June 2, 2022

**GREENE ESPEL PLLP**
/s/ John M. Baker
John M. Baker, Reg. No. 0174403
Davida S. McGhee, Reg. No. 0400175
Nicholas Scheiner, Reg. No. 0402470
222 S. Ninth Street, Suite 2200
Minneapolis, MN 55402
(612)373-0830
jbaker@greeneespel.com
dwilliams@greeneespel.com
nscheiner@greeneespel.com

-and-

Tai-Heng Cheng (admitted *pro hac vice*)
Gaëlle E. Tribié (admitted *pro hac vice*)
Cassandra Liu (admitted *pro hac vice*)
John G. Plotz (admitted *pro hac vice*)
Alyssa M. Hasbrouck (admitted *pro hac vice*)
**SIDLEY AUSTIN LLP**
787 Seventh Avenue
New York, NY 10019
(212)839-5661
tcheng@sidley.com
gtribie@sidley.com
cassandra.liu@sidley.com
jplotz@sidley.com
ahasbrouck@sidley.com

Margaret Hope Allen (admitted *pro hac vice*)
**SIDLEY AUSTIN LLP**
2021 McKinney Ave, Ste. 2000
Dallas, TX 75201
(214) 969-3506
margaret.allen@sidley.com

Stacy Horth-Neubert (admitted *pro hac vice*)
**SIDLEY AUSTIN LLP**
555 West Fifth Street
Los Angeles, CA 90013
(213) 896-6018
shorthneubert@sidley.com

Gabriel Schonfeld (admitted *pro hac vice*)
**SIDLEY AUSTIN LLP**
1501 K Street NW
Washington, DC 20005

(202) 736-8483
gschonfeld@sidley.com
*Attorneys for Plaintiff Linda Tirado*

Dated:   June 2, 2022

JAMES R. ROWADER, JR.
City Attorney
By */s/Kristin Sarff*
KRISTIN R. SARFF (0388003)
SHARDA ENSLIN (0389370)
HEATHER P. ROBERTSON (0390470)
Assistant City Attorneys
350 South Fifth Street, Room 210
Minneapolis, MN 55415
(612) 673-3919
kristin.sarff@minneapolismn.gov
sharda.enslin@minneapolismn.gov
heather.robertson@minneapolismn.gov

*Attorneys for City of Minneapolis, Minneapolis
Interim Chief of Police Amelia Huffman, in her
official capacity, and Andrew Braun*

280373340v.2