UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

LINDA TIRADO,

        Plaintiff,

v.

CITY OF MINNEAPOLIS, et al.,

        Defendants.

Civil No. 20-1338 (JRT/JFD)

**ORDER**

John M Baker, **GREENE ESPEL PLLP,** 222 South 9th Street, Suite 2200, Minneapolis, MN 55402, for plaintiff.

Kristin R. Sarff, **MINNEAPOLIS CITY ATTORNEY'S OFFICE,** 350 South 5th Street, Room 210, Minneapolis, MN 55415, for defendants.

The parties have filed a stipulation of dismissal of this action with prejudice. [ECF No. 196]

Based on a review of the file, record, and proceedings herein, **IT IS HEREBY ORDERED** that this action is **DISMISSED WITH PREJUDICE**, each party to bear its own costs, disbursements, and attorney's fees.

    **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: June 8, 2022
at Minneapolis, Minnesota.

                                          s/John R. Tunheim
                                          JOHN R. TUNHEIM
                                          Chief Judge
                                          United States District Court