# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| **Linda Tirado** | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff(s), | |
| v. | Case Number: 20-cv-1338 JRT/JFD |
| **City of Minneapolis, Medaria Arradondo, Robert Kroll, John Harrington, Matthew Langer, John Does, Andrew Braun, Amelia Huffman, Officer John Doe #1** | |
| Defendant(s). | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

this action is **DISMISSED WITH PREJUDICE**, each party to bear its own costs, disbursements, and attorney's fees.

Date: 6/9/2022                                                                KATE M. FOGARTY, CLERK